QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice forthcoming*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice forthcoming*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice forthcoming*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice forthcoming*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice forthcoming*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff*
*People Center, Inc. d/b/a Rippling*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>       Plaintiff,<br><br>   vs.<br><br>DEEL, INC., a Delaware corporation, and DOES 1 – 100,<br><br>       Defendants. | Case No. 3:25-CV-2576<br><br>**PLAINTIFF'S CERTIFICATE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 17, 2025　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP


　　　　　　　　　　　　　　　　　　　By */s/ Kathleen S. Messinger*

　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　*People Center, Inc. d/b/a Rippling*