Brad Karp (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212)-757-3990
bkarp@paulweiss.com
glaufer@paulweiss.com

Walter F. Brown (SBN 130248)
Melinda Haag (SBN 132612)
Randall S. Luskey (SBN 240915)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
wbrown@paulweiss.com
mhaag@paulweiss.com
rluskey@paulweiss.com

*Counsel for Defendant Deel, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

PEOPLE CENTER, INC. D/B/A
RIPPLING, a Delaware corporation,

        Plaintiff,

    vs.

DEEL, INC., a Delaware corporation, and
DOES 1 – 100,

        Defendants.

Case No. 4:25-cv-02576-KAW

**DEEL, INC.'s CORPORATE
DISCLOSURE STATEMENT AND
CERTIFICATION OF CONFLICTS
AND INTERESTED ENTITIES OR
PERSONS**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Deel, Inc. states that it has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

## CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 3-15

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: March 28, 2025

Respectfully submitted,

*/s/  Walter F. Brown*
Walter F. Brown

Brad Karp (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212)-757-3990
bkarp@paulweiss.com
glaufer@paulweiss.com

Walter F. Brown (SBN 130248)
Melinda Haag (SBN 132612)
Randall S. Luskey (SBN 240915)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
535 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101
wbrown@paulweiss.com
mhaag@paulweiss.com
rluskey@paulweiss.com

*Counsel for Defendant Deel, Inc.*