1 | LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
2 | JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
4 | 525 University Avenue
Palo Alto, California 94301
5 | Telephone:   (650) 470-4500
Facsimile:    (650) 470-4570

6 | JASON D. RUSSELL (SBN 169219)
7 | jason.russell@skadden.com
ADAM K. LLOYD (SBN 307949)
8 | adam.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER
9 | & FLOM LLP
2000 Avenue of the Stars, Suite 200N
10 | Los Angeles, California 90067
Telephone:   (213) 687-5000
11 | Facsimile:    (213) 687-5600

*Counsel for Defendant Deel, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, and DOES 1 – 100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br><br>Judge:         Hon. Charles R. Breyer<br>Compl. Filed:   March 17, 2025 |

1  Pursuant to Federal Rule of Civil Procedure ("Rule") 12 and Civil Local Rule 6-1(a),
2  Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, ("Plaintiff") and Defendant DEEL, INC.,
3  ("Defendant"), through their respective attorneys of record, hereby stipulate as follows:

4  WHEREAS, Plaintiff served Defendant with the Complaint on March 17, 2025;

5  WHEREAS, pursuant to Rule 12(a)(1)(A)(i) Defendant's response to the Complaint is
6  due on April 7, 2025;

7  WHEREAS, Civil Local Rule 6-1(a) permits parties to extend the time within which to
8  answer or otherwise respond to the Complaint by stipulation in writing and without a Court
9  order, provided the change will not alter the date of any event or any deadline already fixed by
10 Court order;

11 WHEREAS, the Parties agree that extending the deadline for Defendant respond to the
12 Complaint will not alter the date of any event or any deadline already fixed by Court order;

13 WHEREAS, both Parties agree that neither party will seek to stay discovery in
14 connection with or while any motions to dismiss are pending; and

15 WHEREAS, this is the first request for an extension of time to respond by Defendant.

16 NOW, THEREFORE, the Parties hereby agree and stipulate:

17 1. The Parties agree that the deadline for Defendant to respond to the Complaint shall be
18    extended by 30 days.
19 2. The Parties agree that neither party will seek to stay discovery in connection with or
20    while any motions to dismiss are pending.
21 3. The briefing schedule for any motion filed by Defendant in response to the Complaint, if
22    any, is as follows:
23    a. Defendant's Response Due Date:  May 7, 2025
24    b. Plaintiff's Opposition Due Date:  June 6, 2025
25    c. Defendant's Reply Due Date:  July 7, 2025
26 4. This stipulation is without prejudice to, or waiver of, any rights or defenses available to
27    the Parties.

1     **IT IS SO STIPULATED.**

2

3     Dated: April 4, 2025                    Respectfully submitted,

4                                             */s/ Jason D. Russell*
                                              Jason D. Russell

5                                             LANCE A. ETCHEVERRY (SBN 199916)
                                              lance.etcheverry@skadden.com
6                                             JACK P. DICANIO (SBN 138782)
                                              jack.dicanio@skadden.com
7                                             SKADDEN, ARPS, SLATE, MEAGHER &
                                              FLOM LLP
8                                             525 University Avenue
                                              Palo Alto, California 94301
9                                             Telephone:     (650) 470-4500
                                              Facsimile:     (650) 470-4570
10
                                              JASON D. RUSSELL (SBN 169219)
11                                            jason.russell@skadden.com
                                              ADAM K. LLOYD (SBN 307949)
12                                            adam.lloyd@skadden.com
                                              SKADDEN, ARPS, SLATE, MEAGHER &
13                                            FLOM LLP
                                              2000 Avenue of the Stars, Suite 200N
14                                            Los Angeles, California 90067
                                              Telephone:     (213) 687-5000
15                                            Facsimile:     (213) 687-5600

16
                                              *Counsel for Defendant Deel, Inc.*
17

18    Dated: April 4, 2025                    I, Jason D. Russell, attest that all other
                                              signatories listed, and on whose behalf this
19                                            filing is submitted, concur in the filing's
                                              content and have authorized its filing.
20
                                              */s/ Jason D. Russell*
21                                            Jason D. Russell

22

23

24

25

26

27

28

| | |
|---|---|
| Dated: April 4, 2025 | */s/ Dominic Pody* |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Alex Spiro (*pro hac vice*) |
| | alexspiro@quinnemanuel.com |
| | Maaren A. Shah (*pro hac vice*) |
| | maarenshah@quinnemanuel.com |
| | Samuel Nitze (*pro hac vice*) |
| | samuelnitze@quinnemanuel.com |
| | Scott Hartman (*pro hac vice*) |
| | scotthartman@quinnemanuel.com |
| | Dominic Pody (*pro hac vice*) |
| | dominicpody@quinnemanuel.com |
| | 295 5th Avenue, 9th Floor |
| | New York, NY 10016 |
| | Telephone: (212) 849-7000 |
| | Facsimile: (212) 849-7100 |
| | |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | Kathleen S. Messinger (CA Bar No. 329983) |
| | kathleenmessinger@quinnemanuel.com |
| | 865 S Figueroa St., 10th Floor |
| | Los Angeles, CA 90017 |
| | Telephone: (213) 443-3000 |
| | Facsimile: (213) 443-3100 |
| | |
| | *Counsel for Plaintiff People Center, Inc. D/B/A Rippling* |

**[PROPOSED] ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE