1  LANCE A. ETCHEVERRY (SBN 199916)
   lance.etcheverry@skadden.com
2  JACK P. DICANIO (SBN 138782)
   jack.dicanio@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER
   & FLOM LLP
4  525 University Avenue
   Palo Alto, California 94301
5  Telephone:    (650) 470-4500
   Facsimile:    (650) 470-4570
6
   JASON D. RUSSELL (SBN 169219)
7  jason.russell@skadden.com
   ADAM K. LLOYD (SBN 307949)
8  adam.lloyd@skadden.com
   SKADDEN, ARPS, SLATE, MEAGHER
9  & FLOM LLP
   2000 Avenue of the Stars, Suite 200N
10 Los Angeles, California 90067
   Telephone:    (213) 687-5000
11 Facsimile:    (213) 687-5600

*Counsel for Defendant Deel, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, and DOES 1 – 100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)**<br>ORDER<br>Judge:         Hon. Charles R. Breyer<br>Compl. Filed:  March 17, 2025 |

STIPULATION EXTENDING TIME TO FILE RESPONSE
TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)            CASE NO. 3:25-CV-02576-CRB

- 1 -

Pursuant to Federal Rule of Civil Procedure ("Rule") 12 and Civil Local Rule 6-1(a), Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, ("Plaintiff") and Defendant DEEL, INC., ("Defendant"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiff served Defendant with the Complaint on March 17, 2025;

WHEREAS, pursuant to Rule 12(a)(1)(A)(i) Defendant's response to the Complaint is due on April 7, 2025;

WHEREAS, Civil Local Rule 6-1(a) permits parties to extend the time within which to answer or otherwise respond to the Complaint by stipulation in writing and without a Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree that extending the deadline for Defendant respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, both Parties agree that neither party will seek to stay discovery in connection with or while any motions to dismiss are pending; and

WHEREAS, this is the first request for an extension of time to respond by Defendant.

NOW, THEREFORE, the Parties hereby agree and stipulate:

1. The Parties agree that the deadline for Defendant to respond to the Complaint shall be extended by 30 days.
2. The Parties agree that neither party will seek to stay discovery in connection with or while any motions to dismiss are pending.
3. The briefing schedule for any motion filed by Defendant in response to the Complaint, if any, is as follows:
   a. Defendant's Response Due Date:  May 7, 2025
   b. Plaintiff's Opposition Due Date:  June 6, 2025
   c. Defendant's Reply Due Date:  July 7, 2025
4. This stipulation is without prejudice to, or waiver of, any rights or defenses available to the Parties.

**IT IS SO STIPULATED.**

Dated: April 4, 2025

Respectfully submitted,

*/s/ Jason D. Russell*
Jason D. Russell

LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570

JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
ADAM K. LLOYD (SBN 307949)
adam.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:     (213) 687-5000
Facsimile:     (213) 687-5600

*Counsel for Defendant Deel, Inc.*

Dated: April 4, 2025

I, Jason D. Russell, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

*/s/ Jason D. Russell*
Jason D. Russell

| | | |
|---|---|---|
| 1 | Dated: April 4, 2025 | */s/ Dominic Pody* |
| 2 | | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | | Alex Spiro (*pro hac vice*) |
| | | alexspiro@quinnemanuel.com |
| 4 | | Maaren A. Shah (*pro hac vice*) |
| | | maarenshah@quinnemanuel.com |
| 5 | | Samuel Nitze (*pro hac vice*) |
| | | samuelnitze@quinnemanuel.com |
| 6 | | Scott Hartman (*pro hac vice*) |
| | | scotthartman@quinnemanuel.com |
| 7 | | Dominic Pody (*pro hac vice*) |
| | | dominicpody@quinnemanuel.com |
| 8 | | 295 5th Avenue, 9th Floor |
| | | New York, NY 10016 |
| 9 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Plaintiff People Center, Inc. D/B/A Rippling*

STIPULATION EXTENDING TIME TO FILE RESPONSE
TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)                    CASE NO. 3:25-CV-02576-CRB

- 4 -

## [~~PROPOSED~~] ORDER

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

DATED: April 7, 2025

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING TIME TO FILE RESPONSE
TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)   CASE NO. 3:25-cv-02576-CRB

- 5 -