UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,

Plaintiff,

v.

DEEL, INC., a Delaware corporation, and DOES 1 – 100,

Defendant.

Case No. 3:25-cv-02576-CRB

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) Deel, Inc., the following attorney(s)

    (1) move(s) to substitute as counsel of record,

    (2) certify they are members in good standing of this Court's bar,

    (3) attest to the consent of current counsel to be withdrawn, and

    (4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

See attached page.

Name(s) of counsel withdrawing from representation and firm name:

See attached page.

Date: April 7, 2025

**[~~PROPOSED~~] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: April 7, 2025

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Names of new counsel seeking to appear and firm name:

| | |
|---|---|
| LANCE A. ETCHEVERRY (SBN 199916)<br>lance.etcheverry@skadden.com<br>JACK P. DICANIO (SBN 138782)<br>jack.dicanio@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>525 University Avenue<br>Palo Alto, California 94301<br>Telephone:   (650) 470-4500<br>Facsimile:    (650) 470-4570 | JASON D. RUSSELL (SBN 169219)<br>jason.russell@skadden.com<br>ADAM K. LLOYD (SBN 307949)<br>adam.lloyd@skadden.com<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>2000 Avenue of the Stars, Suite 200N<br>Los Angeles, California 90067<br>Telephone:   (213) 687-5000<br>Facsimile:    (213) 687-5600 |

Names of counsel withdrawing from representation and firm name:

| | |
|---|---|
| Brad S. Karp (*pro hac vice*)<br>Gregory F. Laufer (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Telephone: (212) 373-3000<br>Facsimile: (212)-757-3990<br>bkarp@paulweiss.com<br>glaufer@paulweiss.com<br><br>Walter F. Brown (SBN 130248)<br>Melinda L. Haag (SBN 132612)<br>Randall S. Luskey (SBN 240915)<br>Erika K. Hoglund (SBN 327781)<br>Rebecca R. Vail (SBN 317977)<br>Shawn M. Estrada (SBN 322852)<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>535 Mission Street, 25th Floor<br>San Francisco, CA 94105<br>Telephone: (628) 432-5100<br>Facsimile: (628) 232-3101<br>wbrown@paulweiss.com<br>mhaag@paulweiss.com<br>rluskey@paulweiss.com<br>ehoglund@paulweiss.com<br>rvail@paulweiss.com<br>sestrada@paulweiss.com | Rollo Clyde Baker, IV (*pro hac vice*)<br>Brian Robert Campbell (*pro hac vice*)<br>David Elsberg (*pro hac vice*)<br>Vivek Vijay Tata (*pro hac vice*)<br>ELSBERG BAKER & MARURI PLLC<br>One Penn Plaza, Suite 4015<br>New York, NY 10119<br>Telephone: (212) 597-2600<br>Facsimile: (212) 244-1009<br>rbaker@elsberglaw.com<br>bcampbell@elsberglaw.com<br>delsberg@elsberglaw.com<br>vtata@elsberglaw.com |