LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
ADAM K. LLOYD (SBN 307949)
adam.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*Counsel for Defendant Deel, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEEL, INC., a Delaware corporation, and DOES 1-100,<br><br>                    Defendants. | CASE NO.: 3:25-cv-02576-CRB<br><br>**DECLARATION OF SHUO WANG IN SUPPORT OF DEFENDANT DEEL, INC.'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**<br><br>Compl. Filed:    March 17, 2025<br>Judge:    Hon. Charles R. Breyer<br>Courtroom:     6<br>Hearing Date:    July 25, 2025<br>Hearing Time:    10:00 a.m. |

## **DECLARATION OF SHUO WANG**

I, Shuo Wang, declare and state as follows:

1.    I submit this declaration on behalf of Deel, Inc. ("Deel") in support of Deel's Motion to Dismiss for *Forum Non Conveniens* in the above-captioned action. I make this declaration based on my own personal knowledge and, if called upon to do so, could and would testify competently hereto.

2.    I currently reside in the State of Washington. I do not work or live in California.

3.    I am the co-Founder of Deel, and hold the position of Deel's Chief Revenue Officer ("CRO").

4.    I have served in my current capacity as Deel's CRO since Deel's founding in 2019. In my role as Deel's co-Founder and CRO, I have knowledge of Deel's global management and operations, including where the company maintains offices, personnel, and files.

5.    Deel is a company incorporated under the laws of the state of Delaware.

6.    Although Deel's current principal place of business is technically listed as San Francisco, California, Deel does not maintain any actual office space in San Francisco. Instead, Deel's San Francisco address is for receiving mail only. Deel is currently in the process of changing its listed principal place of business from California to Texas or Florida because Deel maintains no physical presence in California.

7.    Since Deel does not have an actual office in San Francisco, it also does not run its company operations out of San Francisco or California. Deel's key executives and decision-making personnel do not reside or work in San Francisco or California. Deel also does not maintain any electronic or hard copy documents in San Francisco or California.

8.    To the contrary, Deel's executives and decision-making personnel all live and work in locations outside of California, and are much closer to Ireland than to California, as they are largely concentrated in countries in Europe and the Middle East. Some executives may occasionally fly across the world to travel to California for trade conferences that have nothing to do with this action, but this would be only once or twice per year in any event.

9.    I have reviewed the allegations made in the Complaint filed by Rippling against Deel in the above-captioned matter, as well as the affidavits of Keith O'Brien and Vanessa Wu that were filed on behalf of Rippling in the High Court of Ireland. Lacking personal knowledge, I am unable to attest to the

1

veracity of any of the substantive allegations and assertions made against Deel in those materials. However, based on my personal knowledge of how and where Deel and its executives conduct Deel's business operations, I can attest that to the extent any Deel executives would have communicated with O'Brien at all, those communications would not have occurred in California.

10. I am authorized to represent that Deel is amenable to service of process and will not object to jurisdiction in an Irish court for an action arising out of the facts alleged in this proceeding.

11. Nearly all of Deel's electronic and hardcopy files, including files that may be relevant to this case, may be produced in Ireland. Deel can and will make document productions available in Ireland, including but not limited to documents from its American entities and officers.

12. Deel has an Irish subsidiary, Deel Ireland EOR Limited. Deel will satisfy any non-appealable final judgment from an Irish court of law with its Irish assets and if those are insufficient, will agree to satisfy any such judgment awarded with assets from its other corporate entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 22nd in New York, New York.


By: _Shuo Wang_____
                Shuo Wang

2