LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570

JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
ADAM K. LLOYD (SBN 307949)
adam.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*Counsel for Defendant Deel, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>DEEL, INC., a Delaware corporation, and DOES 1-100,<br><br>                    Defendants. | CASE NO.: 3:25-cv-02576-CRB<br><br>**DECLARATION OF ADAM LLOYD IN SUPPORT OF DEFENDANT DEEL, INC.'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**<br><br>Compl. Filed:    March 17, 2025<br>Judge:           Hon. Charles R. Breyer<br>Courtroom:        6<br>Hearing Date:    July 25, 2025<br>Hearing Time:    10:00 a.m. |

DECLARATION OF ADAM LLOYD                                    CASE NO.: 3:25-CV-02576-CRB

## __DECLARATION OF ADAM LLOYD__

I, Adam Lloyd, under penalty of perjury, declare and state as follows:

1.      I am over the age of 18 and not a party to this action. I am an attorney admitted to practice before the courts of the State of California and have been admitted to this Court. I am an attorney at the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, which is counsel of record for Defendant Deel, Inc. ("Deel") in the above-captioned matter.

2.      I submit this declaration on behalf of Deel in support of Deel's Motion to Dismiss for *Forum Non Conveniens* in the above-captioned action. I make this declaration based on my own personal knowledge and, if called upon to do so, could and would testify competently hereto.

3.      On April 2, 2025, counsel for Plaintiff People Center, Inc. d/b/a Rippling, sent a letter to Deel's counsel (the "April 2 Letter") relating to the above-captioned matter.

4.      Attached to the April 2 Letter were two sworn affidavits filed in the High Court of Ireland in *People Center Inc. d/b/a Rippling and Rippling Ireland Ltd vs Keith O'Brien et al,* Record No 2025 /1289P.

5.      Attached as Exhibit A is a true and correct copy of the Affidavit of Vanessa Wu ("Wu Decl.") as attached to the April 2 Letter and filed in the High Court of Ireland in *People Center Inc. d/b/a Rippling and Rippling Ireland Ltd vs Keith O'Brien et al*, Record No 2025 /1289P dated 2 April 2025.

6.      Attached as Exhibit B is a true and correct copy of the Affidavit of Keith O'Brien ("O'Brien Decl.") as attached to the April 2 Letter and filed in the High Court of Ireland in *People Center Inc. d/b/a Rippling and Rippling Ireland Ltd vs Keith O'Brien et al*, Record No 2025 /1289P dated 1 April 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 24, 2025, in Los Angeles, California.

By: _____
                    Adam K. Lloyd

1