# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>DEEL, INC., a Delaware corporation, and DOES 1-100,<br><br>                    Defendants. | Case No.: 3:25-cv-02576-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT DEEL, INC.'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**<br><br>Compl. Filed:        March 17, 2025<br>Judge:               Hon. Charles R. Breyer<br>Courtroom:           6 |

## [PROPOSED] ORDER

The Court, having considered Defendant Deel, Inc.'s Motion to Dismiss For Forum Non Conveniens ("the Motion"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby **GRANTS** the Motion, and **DISMISSES** Plaintiff People Center Inc. d/b/a Rippling's action filed in this District in favor of proceeding in Ireland under the doctrine of forum non conveniens.

**IT IS SO ORDERED.**

Date: _____, 2025                    _____

Hon. Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING FNC                    CASE NO.: 3:25-CV-02576-CRB