QUINN EMANUEL URQUHART & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, and DOES 1 – 100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>The Hon. Charles R. Breyer<br><br>**STIPULATION REGARDING DEADLINES RELATING TO FIRST AMENDED COMPLAINT** : ORDER<br><br>Judge: Hon. Charles R. Breyer<br>Compl. Filed: March 17, 2025 |

Pursuant to Federal Rule of Civil Procedure ("Rule") 12 and Civil Local Rule 6-1(a), Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, ("Plaintiff") and Defendant DEEL, INC., ("Defendant"), through their respective attorneys of record, hereby stipulate as follows:

WHEREAS, Plaintiff served Defendant with the Complaint on March 17, 2025;

WHEREAS, the Court previously entered an Order approving the Parties' stipulated briefing schedule for any motion filed by Defendant in response to the Complaint (Dkt. 46);

WHEREAS, Defendants filed three motions in response to the Complaint on April 25, 2025 (Dkts. 48, 49, 50);

WHEREAS, Plaintiff intends to file a First Amended Complaint on or before June 6, 2025, which is the current deadline for Plaintiff to respond to any motion filed by Defendant in response to the Complaint (Dkt. 46);

WHEREAS, the Parties agree that such First Amended Complaint will moot Defendants' pending motions directed to the original Complaint (Dkts. 48, 49, 50), and will therefore moot the deadlines relating to those pending motions (*see* Dkt. 46);

WHEREAS, Civil Local Rule 6-1(a) permits parties to extend the time within which to answer or otherwise respond to a complaint by stipulation in writing and without a Court order, provided the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree that extending the deadline for Defendant to respond to the First Amended Complaint will not alter the date of any event or any deadline already fixed by Court order; and

WHEREAS, both Parties agree that neither party will seek to stay discovery in connection with or while any motions to dismiss are pending;

NOW, THEREFORE, the Parties hereby agree and stipulate:

1. The deadline for Plaintiff to file a First Amended Complaint shall be June 6, 2025.
2. Neither party will seek to stay discovery in connection with or while any motions to dismiss are pending.
3. The briefing schedule for any motion(s) filed by Defendant in response to the First Amended Complaint is as follows:

a. Defendant's Responsive Motion Due Date: July 11, 2025

b. Plaintiff's Opposition Due Date: August 8, 2025

c. Defendant's Reply Due Date: September 5, 2025

d. Hearing: ~~October 3, 2025~~ September 19, 2025 at 10:00 a.m. by video conference, or any other date of the Court's choosing.

4. This stipulation is without prejudice to, or waiver of, any rights or defenses available to the Parties.

**IT IS SO STIPULATED.**

Dated: May 16, 2025                           Respectfully submitted,

                                              */s/ __Jason D. Russell*_____
                                              Jason D. Russell

                                              LANCE A. ETCHEVERRY (SBN 199916)
                                              lance.etcheverry@skadden.com
                                              JACK P. DICANIO (SBN 138782)
                                              jack.dicanio@skadden.com
                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                              525 University Avenue
                                              Palo Alto, California 94301
                                              Telephone:   (650) 470-4500
                                              Facsimile:   (650) 470-4570

                                              JASON D. RUSSELL (SBN 169219)
                                              jason.russell@skadden.com
                                              ADAM K. LLOYD (SBN 307949)
                                              adam.lloyd@skadden.com
                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                              2000 Avenue of the Stars, Suite 200N
                                              Los Angeles, California 90067
                                              Telephone:   (213) 687-5000
                                              Facsimile:   (213) 687-5600

                                              *Counsel for Defendant Deel, Inc.*

| | |
|---|---|
| Dated: May 16, 2025 | /s/ Kathleen S. Messinger<br>Kathleen S. Messinger<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Alex Spiro (*pro hac vice*)<br>alexspiro@quinnemanuel.com<br>Maaren A. Shah (*pro hac vice*)<br>maarenshah@quinnemanuel.com<br>Samuel Nitze (*pro hac vice*)<br>samuelnitze@quinnemanuel.com<br>Scott Hartman (*pro hac vice*)<br>scotthartman@quinnemanuel.com<br>Dominic Pody (*pro hac vice*)<br>dominicpody@quinnemanuel.com<br>295 5th Avenue, 9th Floor<br>New York, NY 10016<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>Kathleen S. Messinger (CA Bar No. 329983)<br>kathleenmessinger@quinnemanuel.com<br>865 S Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Counsel for Plaintiff People Center, Inc. D/B/A Rippling* |
| Dated: May 16, 2025 | I, Kathleen S. Messinger, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.<br><br>/s/ Kathleen S. Messinger |

**[PROPOSED] ORDER**

Based on the stipulation of the signed parties, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

DATED: May 16, 2025

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE