# EXHIBIT 2

# TIMELINE OF EVENTS REGARDING DEEL'S ALLEGED CORPORATE ESPIONAGE SCHEME AND SUBSEQUENT LAWSUIT

**March 2024**
- O'Brien interviews with Deel for a job
- Deel CEO Alex Bouaziz contacts O'Brien via LinkedIn

**August/September 2024**
Deel finalizes spying arrangement including payments in exchange for Rippling trade secrets

**November 2024 - March 2025**
O'Brien begins getting paid (initially on Revolut by Alba Basha) and searches over 6,000 times through Rippling's Slack channels, downloads 1,300 documents

**February 18, 2025**
Rippling becomes aware of possible spying activity after a message from a reporter at The Information

**March 4, 2025**
Deel leadership instructs O'Brien to search for the "#d-defectors" Slack channel, which was created by Rippling and sent to Deel's CFO and lawyers, and after realizing it might be a trap, and when told O'Brien had already ran the search, responded "oh shit"

**March 12, 2025**
Rippling obtains an order from the High Court in Ireland to seize O'Brien's phone

**March 14, 2025**
- Independent Irish solicitor confronts O'Brien
- O'Brien speaks with Deel and is directed to buy a burner phone and offers to move O'Brien and his family to Dubai

**March 16, 2025**
At direction of Deel's lawyer Asif Malik, O'Brien smashes his old phone with an axe and puts it down the drain at his mother in law's house

**March 17, 2025**
Rippling files lawsuit against Deel alleging RICO violations and misappropriation of trade secrets

**March 18, 2025**
At the direction of Deel, O'Brien makes a false report to the Central Bank of Ireland about "Russian payments" at Rippling

**March 19, 2025**
O'Brien appears in Court and admits he "destroyed" his phone. The Court tells him to get counsel and that this is "very serious."

**March 21, 2025**
Deel connects O'Brien with its legal counsel

**March 25, 2025**
O'Brien has his last contact with Malik/Deel

**March 26, 2025**
O'Brien agrees to cooperate with Rippling

**April 2, 2025**
Keith O'Brien's sworn affidavit is filed in court and Rippling adds Deel CEO Alex Bouaziz, Asif Malik, David Mieli and Deel Inc. as defendants

**April 3 & 4, 2025**
- Deel's head of communications Elisabeth Diana resigns
- Paul Weiss and Elsberg resign from representing Deel

**April 10, 2025**
English bailiffs cannot locate Deel's in-house lawyer Asif Malik, and Rippling is told he moved to Dubai

**April 13, 2025**
French bailiffs cannot locate Deel CEO Alex Bouaziz to serve him with legal papers

**April 15, 2025**
TechCrunch reports Deel CEO Alex Bouaziz has relocated to Dubai, noting it is a "safe haven for extradition"

**April 22, 2025**
Toku files lawsuit against one of Deel's partners (LiquiFi), alleging the company hired Toku's former general counsel and utilized his misappropriated trade secrets

**April 25, 2025**
Deel files countersuit against Rippling but fails to deny the allegations that its CEO recruited and managed a paid spy or serve Rippling

**April 28, 2025**
Solicitors accept service on behalf of Deel executives, including Deel CEO Alex Bouaziz, who are unable to be located and seemingly in Dubai

**June 3, 2025**
Deel files an amended complaint against Rippling that fails to deny the allegations that its CEO recruited and managed a paid spy and backtracks from some of its original claims

**June 5, 2025**
Rippling shares new information about Bouaziz Racketeering Enterprise with court and files amended complaint