# EXHIBIT 3

**Chris Lee**
Head of Sales, Americas @ Deel



**Chris Lee** · 2nd
Head of Sales, Americas @ Deel

**SEP 12, 2022**



**Chris Lee** · 4:08 PM

-

Peter

Your recruiters have been reaching out to my sales reps. Three reasons why I suggest you stop trying to poach:

1. All sales reps have a non-compete in their contract.

2. You think you've been secretly meeting with my sales reps over the last few weeks... In reality, they are sharing everything they've learned in those meetings. I have two pages worth of insights on Rippling because your recruiter and others in the hiring process have divulged more info than they should to a competitive candidate. $200M by EOY, 10k+ clients, 160% NRR, $512 avg. ARR/client, 60% of your clients use IT products... shall I go on? Happy to provide a screenshot of the depth of the info your team has shared.

3. I'm ruthless. If I hear about anyone from Rippling continuing to reach out to our sales team beyond this week, I'll consider this a war on recruiting. I play dirty and I will not lose.