# EXHIBIT 4

**Chris Lee**
● Active now

 **Chris Lee** · 10:23 PM

Hey Ross - Congrats on the new role... this is a fun space!

I know you're reaching out to my reps and managers right now. I would do the same thing if I were you... I'm cool with competing product vs. product and sales vs. sales but not on the hiring front. This could easily turn into a hiring war and I'll demolish your small sales team by hiring all your reps at exorbitant comp if you try poaching any of my reps.

You can ask any friends at Rippling. I've hired 8 of their top sales people and they've been able to hire 1 mid-performing rep.

That's my fair warning - take it or leave it

 **Chris Lee** · 10:32 PM

You know what I'm going to reach out for fun. You're offering $150k to my AEs do you know what we pay for a MidMarket AE at Deel? I think your reps will like it