# EXHIBIT 5

**Cryptocurrency Payments to Keith O'Brien by the Bouaziz Racketeering Enterprise**

| DateTime (UTC) | Transaction Hash | Blockno |
|---|---|---|
| 12/4/2024 13:36 | 0x39c93c0b72a2892116a71766022c23e1551a9e9587c47ef65cf667bafdd641c3 | 21329471 |
| 1/7/2025 12:13 | 0xb3fd46e3aa5ae21ad01d9e6a7a584b878543aa94b37225f38555b5f0412e1fc6 | 21572517 |
| 2/6/2025 12:27 | 0xa95794f2110e487c995ccecbdd0660c3701b47a28ece7f539b26d52b0a3d938a | 21787459 |
| 2/13/2025 21:22 | 0xbd49117f219ef57c6a30a9695363c5d50557156fdbcd329fb0d019d2e7bf9b40 | 21840211 |
| 3/10/2025 19:38 | 0x7a4e88b1b63133b6e3c48e044eee74ff63772e76f6b24761f775d15173e33674 | 22018609 |
| 3/12/2025 5:10 | 0x4cad8bd4465ed1a5f993baa732f9dddf4809b3898cd48a81117ddfd6031f4f0d | 22028606 |
| 3/13/2025 10:34 | 0xadddf1629189e3136dc46d28cb9504223e5eab61d401927cdc5cd678b473fb03 | 22037383 |

| From | To | Value_IN(ETH) |
|---|---|---|
| 0xf3a14c647f861686d8275701e50ba54872191fe9 | 0x639cf4b30cd8fbae336333595905ee595591dc6b | 1.5 |
| 0xf3a14c647f861686d8275701e50ba54872191fe9 | 0x639cf4b30cd8fbae336333595905ee595591dc6b | 1.5 |
| 0xf3a14c647f861686d8275701e50ba54872191fe9 | 0x639cf4b30cd8fbae336333595905ee595591dc6b | 1 |
| 0xf3a14c647f861686d8275701e50ba54872191fe9 | 0x639cf4b30cd8fbae336333595905ee595591dc6b | 1.5 |
| 0xf3a14c647f861686d8275701e50ba54872191fe9 | 0x639cf4b30cd8fbae336333595905ee595591dc6b | 1.5 |
| 0xf3a14c647f861686d8275701e50ba54872191fe9 | 0x639cf4b30cd8fbae336333595905ee595591dc6b | 0.5 |
| 0xf3a14c647f861686d8275701e50ba54872191fe9 | 0x639cf4b30cd8fbae336333595905ee595591dc6b | 1 |