# EXHIBIT 1

| | |
|---|---|
| **From:** | Russell, Jason D <Jason.Russell@skadden.com> |
| **Sent:** | Friday, May 16, 2025 3:14 PM |
| **To:** | Dominic Pody |
| **Cc:** | Lloyd, Adam K; Etcheverry, Lance A; DiCanio, Jack P; Alex Spiro; Maaren Shah; Joseph Sarles; Samuel Nitze; Scott Hartman; Kathleen Messinger |
| **Subject:** | Re: People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.) |

**[EXTERNAL EMAIL from jason.russell@skadden.com]**

October 3rd is fine.

> On May 16, 2025, at 11:43 AM, Dominic Pody <dominicpody@quinnemanuel.com> wrote:
>
> Jason, we can accept most of your edits, but Judge Breyer's calendar indicates he is unavailable on September 26. We would propose October 3 as an alternative. Please let us know if you accept and we will file
>
> **Dominic Pody** | Of Counsel | Quinn Emanuel Urquhart & Sullivan, LLP
> Cell: 215.499.6446
>
> **From:** Russell, Jason D <Jason.Russell@skadden.com>
> **Sent:** Friday, May 16, 2025 1:48 PM
> **To:** Dominic Pody <dominicpody@quinnemanuel.com>
> **Cc:** Lloyd, Adam K <Adam.Lloyd@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Joseph Sarles <josephsarles@quinnemanuel.com>; Samuel Nitze <samuelnitze@quinnemanuel.com>; Scott Hartman <scotthartman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
> **Subject:** Re: People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.)
>
> **[EXTERNAL EMAIL from jason.russell@skadden.com]**
>
> Dominic, thanks for preparing and sending the stipulation. We made some minor suggested edits in the attached (mostly nits). Due to some conflicts we have in August, we propose a reply deadline of September 5 and a hearing of September 26, which is a week later than your counter-proposal for each, and consistent with the reply briefing schedule we each initially proposed.
>
> If these changes are acceptable, you have our consent to e-sign and file this version.

1

Best,

Jason

On May 16, 2025, at 9:12 AM, Dominic Pody <dominicpody@quinnemanuel.com> wrote:

Jason – Please see the attached proposed joint stipulation.  We propose slightly revised deadlines, consistent with the below.

| Event | Deel's Proposal | Rippling's Proposal |
|---|---|---|
| Deadline to file amended complaint | June 6, 2025 | June 6, 2025 |
| Responsive Motion(s) | July 18, 2025 | July 11, 2025 |
| Opposition(s) | August 22, 2025 | August 8, 2025 |
| Reply(ies) | September 19, 2025 | August 29, 2025 |
| Hearing | October 10, 2025 | September 19, 2025 (or other date Court decides) |

Please let us know if you have any proposed revisions, or if we have your consent to e-sign and file.

Regards,
Dominic

**Dominic Pody** | Of Counsel | Quinn Emanuel Urquhart & Sullivan, LLP
Cell: 215.499.6446

**From:** Russell, Jason D <Jason.Russell@skadden.com>
**Sent:** Thursday, May 15, 2025 3:25 PM
**To:** Dominic Pody <dominicpody@quinnemanuel.com>
**Cc:** Lloyd, Adam K <Adam.Lloyd@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>; Alex Spiro <alexspiro@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Joseph Sarles <josephsarles@quinnemanuel.com>; Scott Hartman <scotthartman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** Re: People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.)

[EXTERNAL EMAIL from jason.russell@skadden.com]

Dominic,

Deel is amenable to a stipulation concerning Rippling's intention to file an amended complaint. To avoid uncertainty and in light of the summer holidays, we propose fixed dates, specifically:

Deadline to file amended complaint: June 6th

Responsive motions: July 18th

Oppositions: August 22nd

Reply briefs: September 19th

Hearing: October 10th

Could you please prepare and send a draft stipulation?

Jason

> On May 14, 2025, at 8:27 AM, Dominic Pody <dominicpody@quinnemanuel.com> wrote:
>
> Counsel – In response to Deel's motions to dismiss filed in the above-captioned action, Rippling intends to file an amended complaint.  We interpret the parties' April 7, 2025 stipulation (ECF No. 46) as granting Rippling until June 6, 2025 to amend as of right.  Out of an abundance of caution, however, please confirm that is your understanding as well; should you disagree, we intend to seek clarification and/or an order from the Court.
>
> Regardless, we believe it would be efficient for the parties to agree now to a briefing schedule for any motions Deel might wish to file in response to the amended complaint.  We propose the following:
>
> 1. Motions responsive to Amended Complaint: 30 days after the filing of Amended Complaint
> 2. Opposition(s) thereto:  30 days after motion(s) filed
> 3. Replies in support thereof:  30 days after opposition(s) filed

3

If you are in agreement, we will prepare a stipulation and proposed order.  Please let us know your position by 5:00 pm ET today.

Regards,
Dominic

**Dominic Pody**
Of Counsel
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Ave.
New York, NY 10016
212.849.7144 Office
215.499.6446 Cell
212.849.7100 Fax
dominicpody@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

============================================================================

<Joint Stip re Amended Complaint Deadlines (15868833_1).docx>

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=========================================================================

---------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==============================================================================