# EXHIBIT 2

| | |
|---|---|
| **From:** | Kathleen Messinger |
| **Sent:** | Tuesday, May 27, 2025 11:49 PM |
| **To:** | Lloyd, Adam K; Russell, Jason D; Etcheverry, Lance A; DiCanio, Jack P |
| **Cc:** | Alex Spiro; Maaren Shah; Samuel Nitze; Scott Hartman; Dominic Pody |
| **Subject:** | RE: People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.) - 5/30 Meet and Confer |

Hi Adam,

Thanks for your response. We do not think an extension of the current court-ordered deadlines is warranted or appropriate here. Any amended complaint or other responsive filing will be filed at least two weeks before the June 20 Case Management Conference, and Deel is of course well aware of the allegations in Rippling's current Complaint. It is also worth noting that the Court approved the parties' stipulated briefing schedule (ECF No. 54) without changing the date of the CMC or related deadlines. Indeed, the Court on its own elected to move up the hearing on any forthcoming motions, indicating that the Court is prepared to move this case forward expeditiously and efficiently. Rippling is similarly prepared.

In light of the foregoing, Rippling intends to proceed with discovery under the current Court-ordered schedule, including by meeting and conferring on May 30. We thus again ask that you please provide your availability for this required conferral.

Thanks,
Kat

**From:** Lloyd, Adam K <Adam.Lloyd@skadden.com>
**Sent:** Tuesday, May 27, 2025 11:20 AM
**To:** Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Russell, Jason D <Jason.Russell@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Samuel Nitze <samuelnitze@quinnemanuel.com>; Scott Hartman <scotthartman@quinnemanuel.com>; Dominic Pody <dominicpody@quinnemanuel.com>
**Subject:** RE: People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.) - 5/30 Meet and Confer

[EXTERNAL EMAIL from adam.lloyd@skadden.com]

Counsel,

Thank you for your email. In light of Rippling's anticipated amended complaint to be filed on June 6 and Deel's new responsive motion(s) to be filed on July 11, we think it makes sense to ask the Court to move the Initial Case Management Conference from June 20 to at least August 1 (with corresponding movements to the Joint Case Management Statement, initial disclosures, and the Rule 26 meet-and-confer).

That way, the parties will be able to have a more informed and productive Rule 26 discussion (seeing as we do not even currently know what Rippling's amendments will be) and the Court will have the benefit of

knowing what this litigation will actually look like going forward for the purpose of entering a scheduling order after seeing both Rippling's amended complaint and Deel's new motion(s).

Please let us know if you are generally amenable to the above, and we will prepare a short stipulation for your review.

Thanks,
Adam

---

**From:** Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Sent:** Tuesday, May 27, 2025 10:31 AM
**To:** Russell, Jason D (LAC) <Jason.Russell@skadden.com>; Lloyd, Adam K (LAC) <Adam.Lloyd@skadden.com>; Etcheverry, Lance A (PAL) <Lance.Etcheverry@skadden.com>; DiCanio, Jack P (PAL) <Jack.DiCanio@skadden.com>
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Samuel Nitze <samuelnitze@quinnemanuel.com>; Scott Hartman <scotthartman@quinnemanuel.com>; Dominic Pody <dominicpody@quinnemanuel.com>
**Subject:** [Ext] RE: People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.) - 5/30 Meet and Confer

Counsel – Following-up on the below.  Please let us know when you're available between 8am – 3pm PT on 5/30 to meet and confer.

Thanks,
Kat

---

**From:** Kathleen Messinger
**Sent:** Friday, May 23, 2025 3:38 PM
**To:** Russell, Jason D <Jason.Russell@skadden.com>; Lloyd, Adam K <Adam.Lloyd@skadden.com>; Lance Etcheverry <lance.etcheverry@skadden.com>; Jack DiCanio <jack.dicanio@skadden.com>
**Cc:** Alex Spiro <alexspiro@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Samuel Nitze <samuelnitze@quinnemanuel.com>; Scott Hartman <scotthartman@quinnemanuel.com>; Dominic Pody <dominicpody@quinnemanuel.com>
**Subject:** People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.) - 5/30 Meet and Confer

Counsel –

Our deadline to meet and confer regarding Rule 26 obligations is next Friday, 5/30.  Please let us know your availability for a call on 5/30; we are available between 8am – 3pm PT.

Best,
Kat

**Kathleen S. Messinger McCarty**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3737 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kathleenmessinger@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

--------------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

================================================================================