# EXHIBIT 3

| | |
|---|---|
| **From:** | Russell, Jason D <Jason.Russell@skadden.com> |
| **Sent:** | Tuesday, June 10, 2025 2:43 PM |
| **To:** | Dominic Pody |
| **Cc:** | Lloyd, Adam K; Etcheverry, Lance A; DiCanio, Jack P; Alex Spiro; Maaren Shah; Samuel Nitze; Scott Hartman; Joseph Sarles; Kathleen Messinger |
| **Subject:** | Re: People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.) |

**[EXTERNAL EMAIL from jason.russell@skadden.com]**

Dominic,

Our firm will not represent any of the individuals referenced below in this action and, therefore, we are not authorized to accept service on their behalf.

Best,

Jason

> On Jun 10, 2025, at 2:33 PM, Dominic Pody <dominicpody@quinnemanuel.com> wrote:
>
> Counsel – We are following up on the below.
>
> Regards,
> Dominic
>
> **Dominic Pody** | Of Counsel | Quinn Emanuel Urquhart & Sullivan, LLP
> Cell: 215.499.6446
>
> **From:** Dominic Pody
> **Sent:** Friday, June 6, 2025 1:30 PM
> **To:** Lloyd, Adam K <Adam.Lloyd@skadden.com>; Russell, Jason D <Jason.Russell@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>
> **Cc:** Alex Spiro <alexspiro@quinnemanuel.com>; Maaren Shah <maarenshah@quinnemanuel.com>; Samuel Nitze <samuelnitze@quinnemanuel.com>; Scott Hartman <scotthartman@quinnemanuel.com>; Joseph Sarles <josephsarles@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
> **Subject:** People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.)
>
> Counsel –
>
> By Monday, June 9, please let us know if you represent any/all of Alexandre Bouaziz, Philippe Bouaziz, and/or Daniel Westgarth in connection with the above-captioned matter and are authorized to accept service of the attached Amended Complaint on their behalf.
>
> Regards,

**Dominic Pody**
Of Counsel
Quinn Emanuel Urquhart & Sullivan, LLP

295 Fifth Ave.
New York, NY 10016
212.849.7144 Office
215.499.6446 Cell
212.849.7100 Fax
dominicpody@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message

---------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

==========================================================================