| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>Defendants. | Case No.: 3:25-cv-02576-CRB<br><br>DENIED<br>**[PROPOSED] ORDER** ~~GRANTING~~ **DEFENDANT DEEL'S EX PARTE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Compl. Filed:        March 17, 2025<br>Am. Compl. Filed:  June 5, 2025<br>Judge:                   Hon. Charles R. Breyer<br>Courtroom:           6 |

DENIED

[P~~ROPOSED~~] O~~RDER~~ ~~G~~~~RANTING~~ D~~EEL'S~~ E~~X~~ P~~ARTE~~ M~~OTION~~                              C~~ASE~~ N~~O.~~: 3:25-~~CV~~-02576-CRB

# [PROPOSED] ORDER

The Court, having considered Defendant Deel's Ex Parte Motion To Continue Initial Case Management Conference And Related Dates ("the Motion"), and good cause appearing, hereby **DENYS** ~~**GRANTS**~~ ~~the Motion.~~  Case Management Conference set for June 20, 2025 at 10:00 a.m. by videoconference (Zoom).

~~The Initial Case Management Conference currently scheduled for June 20, 2025 is continued until October 17, 2025 at 8:30 A.M. to be held by Zoom.~~ Go to cand.uscourts.gov/crb for Zoom link.

~~The deadline for the parties to file a Joint Case Management Statement and complete their initial disclosures is October 10, 2025.~~

**IT IS SO ORDERED.**

Date: __June 16_____, 2025

_____
Hon. Charles R. Breyer
United States District Judge