**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor, New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
Jeffrey Nardinelli (CA Bar No. 295932)
jeffnardinelli@quinnemanuel.com
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor, Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff People Center, Inc. d/b/a Rippling*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**DECLARATION OF JOSEPH SARLES IN SUPPORT OF PLAINTIFF PEOPLE CENTER, INC. D/B/A RIPPLING'S MOTION AND MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SERVICE BY OTHER MEANS ON DEFENDANTS ALEXANDRE ("ALEX") BOUAZIZ, PHILIPPE BOUAZIZ, AND DANIEL JOHN ("DAN") WESTGARTH** |

**DECLARATION OF JOSEPH SARLES**

I, Joseph Sarles, under penalty of perjury, declare and state as follows:

1. I am an attorney admitted to practice in the State of California, and have been admitted to practice before this Court. I am an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Plaintiff People Center, Inc. d/b/a/ Rippling ("Rippling") in this matter.

2. A true and correct copy of email correspondence between counsel for Rippling and counsel for Deel, Inc. ("Deel") dated between June 6, 2025 and June 10, 2025 is attached as **Exhibit 1**.

3. A true and correct copy of Deel's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) is attached as **Exhibit 2**.

4. A true and correct copy of email correspondence sent by counsel for Rippling to counsel for Deel on June 17, 2025 is attached as **Exhibit 3**. As of the filing of this Declaration, counsel for Deel has not responded to this correspondence.

5. A true and correct copy of an English translation of a report of attempted service by a French bailiff on Alex Bouaziz on April 10, 2025 is attached as **Exhibit 4**.

6. A true and correct copy of an Affidavit of Service of Debbie Craven dated April 16, 2025 is attached as **Exhibit 5**.

7. A true and correct copy of a Form B10 – Change Director or Secretary Details filed with the Companies Registration Office of Ireland is attached as **Exhibit 6**.

8. A true and correct copy of, *inter alia*, a post by Alexbouaziz1 on https://news.yconbinator.com dated December 15, 2022 is attached as **Exhibit 7**.

9. A true and correct copy of an article entitled, "Dan Westgarth: Insights from a Leader in Tech on the Future of Work and Global Hiring Practices" dated December 6, 2024 is attached as **Exhibit 8**.

10. A true and correct copy of a Form D filed with the Securities and Exchange Commission by Deel on December 26, 2024 is attached as **Exhibit 9**.

11. A true and correct copy of the Affidavit of Keith O'Brien dated April 1, 2025 is attached as **Exhibit 10**.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on June 19, 2025.

By  */s/ Joseph Sarles*
Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorney for Plaintiff*
*People Center, Inc. d/b/a Rippling*