# EXHIBIT 3

# EXHIBIT 3

| | |
|---|---|
| **From:** | Kathleen Messinger |
| **Sent:** | Tuesday, June 17, 2025 1:00 PM |
| **To:** | Russell, Jason D; Lloyd, Adam K; Etcheverry, Lance A; DiCanio, Jack P |
| **Cc:** | QE-Rippling |
| **Subject:** | People Center, Inc. v. Deel, Inc. et al., 3:25-cv-02576-CRB (N.D. Cal.) - Deel's Initial Disclosures |

Counsel –

Deel's initial disclosures served on Friday identified what appear to be personal addresses for Messrs. Alex Bouaziz, Philippe Bouaziz, and Dan Westgarth, and did not identify any counsel through whom they could be contacted.  Is Deel aware of any legal counsel who is representing these individuals in connection with this matter?  If so, please identify and provide contact information for their legal counsel.  If the individual defendants are not represented by legal counsel, please provide each individual defendant's email address and phone number.

Please provide the information requested above by no later than 5:00pm PT tomorrow, June 18.

Best,
Kat

**Kathleen S. Messinger McCarty**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3737 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
kathleenmessinger@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.