# EXHIBIT 4

## JUDICIAL OFFICERS

**SCP PARKER PERROT TAUPIN**

*Judicial officers Partners*

**Raynald PARKER**
**Raphael PERROT**
**Thibauld TAUPIN**

7 av. de la Grande Armée
75116 PARIS - France

Tel. : +33 1 45 5601 02

contact@ppt-justice.com

---

Banking references :

IBAN : FR67 4003 1000 0100 0039 0611 B76

BIC : CDCGFRPPXXX

Online payment platform
www.jepaieparcarte.com

**Accepts payment by credit card**

---

**JUDICIAL OFFICER REPORT**

**ORIGINAL**

---

REFERENCES
MD:79101 - ED

---

| | |
|---|---|
| Emol. | 66,63 |
| SCT | 9,40 |
| Exc VAT | 76,03 |
| VAT 20% | 15,21 |
| LR | 6,35 |
| Timbres | 3,40 |
| T.T.C | 100,99 |

914

---

**SERVICE OF A DOCUMENT ORIGINATING FROM THE EUROPEAN UNION**

(Regulation No. 2020/1784 of the European Parliament and of the Council of 25 November 2020)

**THE YEAR TWO THOUSAND AND TWENTY-FIVE AND THE TENTH OF APRIL FOR ATTEMPT AND FOR SERVICE IN ACCORDANCE WITH THE PROVISIONS OF ARTICLE 659 OF THE CODE OF CIVIL PROCEDURE**

Raynald PARKER, Raphael PERROT et Thibauld TAUPIN, Judicial Officers, *Société Civile Professionnelle*, holding a Judicial Officer's Office, 7 avenue de la Grande Armée, 75116 PARIS, FRANCE, by one of them undersigned,

**TO:**

**Mister Alexandre BOUAZIZ**

126 Avenue Simon Bolivar

75019 PARIS - FRANCE

For whom a copy of the present document was delivered as indicated in the record of service appended hereto.

**AT THE JOINT REQUEST OF:**

**1°) PEOPLE CENTRE, INC. (D/B/A RIPPLING),** a US company whose registered office is at Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle 19801, DELAWARE, UNITED STATES OF AMERICA, acting in the name and on behalf of its legal representative domiciled at the said registered office,

**2°) RIPPLING IRELAND LTD,** a company incorporated under Irish law, whose registered office is 5th Floor, Block E, Iveagh Court, Harcourt Road, DUBLIN 2, IRELAND, acting in the name and on behalf of its legal representative domiciled in that capacity at the said registered office,

Having as their joint legal counsel the firm MATHESON LLP, Solicitors, 70 Sir John Rogerson's Quay, DUBLIN 2, IRELAND,

                                                                            Electing domicile at my Office.

**I HEREBY SERVE UPON YOU AND DELIVER A COPY OF:**

Of a letter dated 9 April 2025, intended for your attention, consisting of two (2) pages, bearing the firm MATHESON LLP's letterhead (reference: KRE/JMOC 671897.7), accompanied by its two enclosures, namely:

- A copy of a document entitled « <u>NOTICE OF CONCURRENT AMENDED PLENARY SUMMONS</u> » consisting of (8) pages ;

- A copy of a court decision dated 2 April 2025, rendered by Mister Justice SANFEY, consisting of twenty (20) pages;

These documents are written in English and <u>accompanied by a French translation.</u>

I informed the recipient of the document of their right to refuse service of the present document if they do not understand the language in which it is drafted, and for this purpose, <u>I delivered to them a copy of form L</u>, in French, as provided for in Article 12, paragraphs 2 and 3, of Regulation No. 2020/1784 of the European Parliament and of the Council of 25 November 2020 on the service and notification in the Member States of judicial and extrajudicial documents in civil or commercial matters.

                                    WITHOUT PREJUDICE

MD79101                                                                                                  Report: 112908



# JUDICIAL OFFICERS

**SCP PARKER PERROT TAUPIN**

*Judicial Officers Partners*

**Raynald PARKER**
**Raphael PERROT**
**Thibauld TAUPIN**

7 av. de la Grande Armée
75116 PARIS - France

Tel. : +33 1 45 5601 02

contact@ppt-justice.com

Banking references :

IBAN : FR67 4003 1000 0100 0039 0611 B76

BIC : CDCGFRPPXXX

Online payment website
www.jepaieparcarte.com

**Accepts payment by credit card**

JUDICIAL OFFICER REPORT

REFERENCES
MD:79101-ED

| COST OF THE DOCUMENT | |
|---|---|
| Emol. | 66,63 |
| SCT | 9,40 |
| Exc VAT | 76,03 |
| VAT 20% | 15,21 |
| LR | 6,35 |
| Timbres | 3,40 |
| T.T.C | 100,99 |

914

---

MD:79101                                                           Report: 112908

# UNSUCCESSFUL SEARCH REPORT
## (ARTICLE 659 CPC)

**Requesting parties:**

**1°) PEOPLE CENTRE, INC. (D/B/A RIPPLING),** a US company whose registered office is at Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle 19801, DELAWARE, UNITED STATES OF AMERICA

**2°) RIPPLING IRELAND LTD,** a company incorporated under Irish law, whose registered office is at 5th Floor, Block E, Iveagh Court, Harcourt Road, DUBLIN 2, IRELAND

**Recipient:** Mr Alexandre BOUAZIZ, whose last known address is 126 avenue Simon Bolivar 75019 PARIS

**Title of the document served:** SERVICE OF A DOCUMENT ORIGINATING FROM THE EUROPEAN UNION

**Date of service:** 10 April 2025

### ON-SITE SEARCHES

On 10 April 2025, a sworn clerk went to 126 avenue Simon Bolivar, 75019 PARIS, in order to serve upon the above-named recipient a document entitled "SERVICE OF A DOCUMENT ORIGINATING FROM THE EUROPEAN UNION."

On site, the following observations and information were made and recorded:

- ✓ The name "BOUAZIZ" appears on the mailbox, the intercom, and the occupants' directory;

- ✓ There is no building caretaker;

The clerk went up to the second floor and encountered a woman who stated:

- ✓ That she is the aunt of Mr. Alexandre BOUAZIZ and resides on the second floor, right-hand side of the building

- ✓ That her nephew is currently in DUBAI.

- ✓ That the apartment located on the fourth floor associated with the name "BOUAZIZ" belongs to the recipient's father and is currently empty and unoccupied.

- ✓ That she is currently in conflict with the recipient and is unable to provide his current home address or contact details.

The sworn clerk therefore left without being able to serve the document upon the recipient.

### FURTHER INQUIRIES

Further investigations were subsequently carried out.

The telephone directory was first consulted on the website www.pagesjaunes.fr, under the "white pages" section, by conducting a search using only the recipient's first and last names across the entire Île-de-France region, as well as a search using only the address.

These searches did not yield any additional usable information.

A search was then carried out on the website www.google.fr using the recipient's first and last names.

These searches did not yield any additional usable information.

I then informed the correspondent who had instructed me to carry out this service of the situation.



# JUDICIAL OFFICERS

**SCP PARKER PERROT TAUPIN**

*Judicial Officers Partners*

Raynald PARKER
Raphael PERROT
Thibauld TAUPIN

7 av. de la Grande Armée
75116 PARIS - France

Tel. : +33 1 45 56 01 02

contact@ppt-justice.com

Banking references :

IBAN: FR67 4003 1000 0100 0039 0611 B76

BIC : CDCGFRPPXXX

Online payment website
www.jepaieparcarte.com

**Accepts payment by credit card**

JUDICIAL OFFICER REPORT

REFERENCES
MD:79101-ED

| COST OF THE DOCUMENT | |
|---|---|
| Emol. | 66,63 |
| SCT | 9,40 |
| Exc VAT | 76,03 |
| VAT 20% | 15,21 |
| LR | 6,35 |
| Timbres | 3,40 |
| T.T.C | 100,99 |

914

---

MD:79101 — Report: 112908

He indicated that he did not have any further information that could assist in continuing the search to determine the recipient's current address or actual place of employment.

**Consequently, I drew up and closed the present report of unsuccessful searches on the above-mentioned date, to serve and avail as may be required by law.**

DISPATCH OF THE LETTERS PROVIDED FOR BY THE LAW

I certify that on 11 April 2025, pursuant to Article 659 of the Code of Civil Procedure, I sent the following to Mr Alexandre BOUAZIZ, 126 Avenue Simon Bolivar 75019 PARIS, which is his last known address:

- On the one hand, a registered letter with acknowledgment of receipt, containing a copy of the present report together with a copy of the document that is the subject of this service.

- On the other hand, an ordinary letter informing the recipient that these formalities have been carried out

The served set of documents comprises 67 pages.

The statements relating to the service are certified by the Judicial Officer.

Thibauld TAUPIN

