# EXHIBIT 5

THE HIGH COURT

COMMERCIAL – INTELLECTUAL PROPERTY & TECHNOLOGY

Record No 2025 No 1289P

(2025 No. 26 COM)

Between:

PEOPLE CENTER, INC. D/B/A RIPPLING

and

RIPPLING IRELAND LTD

**Plaintiffs**

- AND -

KEITH O'BRIEN, ALEXANDRE BOUAZIZ, ANDREA DAVID MIELI, DEEL INC. AND ASIF MALIK

**Defendants**

---

### AFFIDAVIT OF SERVICE OF DEBBIE CRAVEN

---

I, **DEBBIE CRAVEN**, Process Server, for Cronus Associates, 7 Bell Yard, London, WC2A 2JR being aged eighteen years and upwards, **MAKE OATH** and say as follows:

1. I am a Summons and Document Server for Cronus Associates, and I make this affidavit on behalf of Cronus Associates and do so from facts within my own knowledge, save where otherwise appears, and where so appears, I believe same to be true and accurate.

2. I was instructed on 8 April 2025 on behalf of Rippling Ireland Limited to personally serve on Mr Asif Malik of 1 Hindley Gardens, Newcastle upon Tyne, NE4 9LH, England

    - a letter dated 9 April
    - a copy of a perfected Order of the High Court dated 2 April 2025 and

64392186.2

- a Notice of Concurrent Amended Plenary Summons

(together, the "**Documents**").

I beg to refer to a copy of the Documents upon which marked with the letters and number "**DC1**" I have signed my name prior to the swearing hereof.

3. On 9 April 2025 at 4:15pm, I attended at 1 Hindley Gardens to effect service on Mr Malik. I found the property to be a modern detached house. No cars were parked on the driveway. I was unable to meet with any occupant at this location. There was no answer to repeated knocking at front door. I spoke with an adult male who identified himself as living at the neighbouring property, number 2 Hindley Gardens. He confirmed that he knew that a Mr. Asif Malik was connected to / resident at 1 Hindley Gardens. He offered to call Mr Malik from his mobile phone and proceeded to do so. Indeed, he handed the phone to me as it went to voice messaging as it was not answered. The call ended without a message being left. I handed the telephone back and went to leave. As I did so I noticed two 'Amazon' packages behind some plant pots. I was not able to see who they were addressed to.

4. On 9 April 2025 at 6:20pm, I again attended at 1 Hindley Gardens to effect service on Mr Malik. I noticed the two 'Amazon' packages were still behind the plant pots. I pressed the video type doorbell adjacent to the front door. I spoke with an adult sounding female, who, when asked about Mr Malik, stated he no longer lived in this country and had moved back to Dubai. The call ended and I left the area. Again, there were no cars on the driveway.

5. On 11 April 2025 at 3:05pm, I again attended at 1 Hindley Gardens to effect service on Mr Malik.

*The remainder of this page has been intentionally left blank*

6. There was no answer using the video doorbell and I was unable to meet with anyone at property. Again, there were no cars on the driveway. The 'Amazon' parcels were no longer behind the plant pots. I did then post through the letterbox of the front door to 1 Hindley Gardens a sealed envelope containing the Documents as exhibited at **"DC1"** addressed to Mr. Asif Malik, 1 Hindley Gardens, Newcastle upon Tyne, NE4 9LH. I then left the area.

**SWORN** by the said Debbie Craven

[who is personally known to me]

[~~who is identified to me by~~ ~~who is personally known to me~~]

I, Katherine Jane Monteith, **hereby certify that I know the deponent**

[~~whose identity has been established by reference to a _____ containing a photograph of the deponent~~]

on this 16th day of April 2025

at 130-132 Park View, Whitley Bay, NE26 3QN.

before me a Practising Solicitor / Commissioner for Oath

_____
**DEBBIE CRAVEN**

_____
**PRACTISING   SOLICITOR   /
COMMISSIONER FOR OATHS**
KATHERINE JANE MONTEITH
Solicitor of YARWOOD STIMPSON
SOLICITORS
130-132 Park View, Whitley Bay
Tyne & Wear, NE26 3QN
T: 0191 297 0123

Filed this _____ day of _____ 2025, by Matheson LLP, solicitors for the Plaintiffs.

64392186.2

THE HIGH COURT

COMMERCIAL – INTELLECTUAL
PROPERTY & TECHNOLOGY

Record Number: 2025 / 1289 P

(2025 No. 26 COM)

Between:

PEOPLE CENTER, INC. D/B/A RIPPLING
and RIPPLING IRELAND LTD

Plaintiffs

-and-

KEITH O'BRIEN, ALEXANDRE BOUAZIZ,
ANDREA DAVID MIELI, DEEL INC. AND
ASIF MALIK

Defendants

_____

AFFIDAVIT OF SERVICE OF DEBBIE
CRAVEN

_____

64392186.2

THE HIGH COURT
COMMERCIAL – INTELLECTUAL PROPERTY & TECHNOLOGY

Record Number: 2025 / 1289 P
(2025 No. 26 COM)

Between:

PEOPLE CENTER, INC. (D/B/A RIPPLING)

and

RIPPLING IRELAND LIMITED

Plaintiffs

and

KEITH O'BRIEN, ALEXANDRE BOUAZIZ, ANDREA DAVID MIELI, DEEL INC. AND ASIF MALIK

Defendants

---

AFFIDAVIT OF SERVICE OF DEBBIE CRAVEN

---

This is exhibit "**DC1**" referred to in the Affidavit of Service of Debbie Craven sworn this 16th day of April 2025.

_____          _____

DEBBIE CRAVEN                                                  PRACTISING     SOLICITOR     /
                                                                             COMMISSIONER FOR OATHS

KATHERINE JANE MONTEITH
Solicitor of YARWOOD STIMPSON
SOLICITORS
130-132 Park View, Whitley Bay
Tyne & Wear, NE26 3QN
T: 0191 297 0123

64392186.2