# EXHIBIT 6



# Form B10 - Change Director or Secretary Details

| | |
|---|---|
| Companies Act 2014<br>Notice of change of directors or secretaries or in their particulars<br>Section:149(8) | **Submission Reference Number**<br>SR5798632 |

| **Company Details** | |
|---|---|
| **Company Number** | 683509 |
| **Company Name** | DEEL IRELAND EOR LIMITED |
| **Section 137 Bond** | No |
| **Effective Date** | 04/06/2025 |

| **Appoint Director/Secretary Details** | |
|---|---|
| **Appointing Officer : 2** | |
| Relationship Type | Secretary |
| Entity Type | Irish Registered Company |
| Company Number | 465155 |
| Company Name | BCA SECRETARIAL LIMITED |
| Registered Address | Clonminch Hi-Technology Park<br>Clonminch<br>Tullamore<br>OFFALY<br>Ireland<br>R35A2Y4 |
| **An Individual who is signing the form on behalf of a firm** | |
| Name | Paul Kelly |

| **Resigned Director/Secretary** | |
|---|---|
| **Resigning Officer : 1** | |
| Relationship Type | Director |
| Name | Alexandre Bouaziz |
| **Resigning Officer : 2** | |
| Relationship Type | Secretary |
| Name | Philippe Bouaziz |
| **Verification Details** | |
| **Signature Method** | Signature Page Upload |

| | |
|---|---|
| **Signature Type** | Director (Company) |
| **Person Name** | Philippe Bouaziz |

| | |
|---|---|
| **Presenter Details** | |
| **Presenter Name** | Paul Kelly(BCA Tax & Business Consultants Limited) |
| **Presenter Address** | Clonminch Hi Technology Park, Clonminch, Tullamore, OFFALY, Ireland, R35 A2Y4 |
| **Presenter Email** | efiling@bca.ie |

# Signature Page

**Submission Reference Number:**   SR5798632

**Form B10 - Change Director or Secretary Details**



### Related Entity Details

Name (or Proposed Name):   DEEL IRELAND EOR LIMITED
Number (if applicable):   683509

**Signature of the person(s) who is (are) certifying that the information provided is correct**

Philippe Bouaziz

Date *(Should only be dated on or after the effective date of this submission)*

JUNE 9th 2025

Director (Company)

Please ensure that the consent page is signed, dated and attached to this signature page.

**Legal References:**
**Collective Citations**
Companies Act 2014
Section: 149(8)

# Consent Page

**I hereby consent to act:**                    DEEL IRELAND EOR LIMITED

I acknowledge that, as a Secretary, I have legal duties and obligations imposed by the Companies Act, other statutes and at common law

*[Signature: Paul Kelly]*    12/06/25.

Paul Kelly    Date *(Should only be dated on or after the effective date of this submission)*

Secretary
(on behalf of : BCA SECRETARIAL LIMITED)