# EXHIBIT 7

**Y Hacker News**  new | past | comments | ask | show | jobs | submit      login

lars_francke on Dec 15, 2022 | parent | context | favorite | on: Ask HN: What prevents a company from hiring remote...

We've "dealt" with "Deel" and I agree, it's definitely not solved. From high prices to unresponsiveness to missing answers to specific questions etc. (we evaluated a bunch of providers but that was over a year ago so I forgot the specifics)

Also, it's different for employees if you're not employed with your "real" company.

Alexbouaziz1 on Dec 15, 2022 [–]

Sorry you felt our responsiveness wasn't there then! We've scaled quite a bit, happy to show you how much progress we've made since last year if you ever need. I'm at alex@deel.com

Consider applying for YC's Fall 2025 batch! Applications are open till Aug 4

Guidelines | FAQ | Lists | API | Security | Legal | Apply to YC | Contact

Search: