# EXHIBIT 8




# Dan Westgarth: Insights from a Leader in Tech on the Future of Work and Global Hiring Practices

by Cormier Carlos | Dec 6, 2024 | Podcaster Profiles | 0 comments

Dan Westgarth: A Visionary Leader in Tech and a Sought-After Podcast Guest

Dan Westgarth is the Chief Operating Officer of Deel, a company at the forefront of revolutionizing global hiring practices. Based in the United Kingdom, Dan has a rich background in technology and financial services, having held pivotal roles at leading organizations like Revolut. He is a graduate of Northumbria University, where he earned a BSc (Hons) in Building Surveying, and he has gained extensive experience in international expansion and product management. Known for his engaging and insightful discussions, Dan has become a popular guest on various podcasts, sharing his expertise on technology, leadership, and the future of work.

For those interested in connecting with Dan, he can be reached via his LinkedIn profile at https://linkedin.com/in/dan-westgarth-710650a4, or through his work email at dw@deel.com.

Dan has made notable appearances on several podcasts, including the Wharton FinTech Podcast, where he discussed the role of Deel in accelerating global hiring and the broader implications for technology and workforce management. His insights resonate with many in the tech community and beyond, making him a valuable guest for any podcast host looking to delve into the intersection of technology and business.

Here are the top ten insights Dan Westgarth has shared during his podcast appearances:

1. The Future of Work: Dan emphasizes the importance of adapting to a remote-first future where talent can be sourced from anywhere in the world.

2. Building Company Culture: He highlights the significance of fostering a strong company culture, even when teams are distributed globally, to maintain employee engagement and productivity.

3. Technology's Role in Hiring: Dan discusses how leveraging technology can streamline and

enhance the hiring process, making it more efficient and inclusive.

4. Leadership in Tech: He speaks about the unique challenges faced by leaders in technology and the need for innovative thinking to navigate an ever-changing landscape.

5. Cross-Border Employment Challenges: Dan identifies key obstacles companies face when hiring internationally, including regulatory compliance and cultural differences.

6. Scaling Startups: He shares strategies for startups looking to scale their operations seamlessly while managing remote teams effectively.

7. The Importance of Data: Dan advocates for using data-driven decision-making to inform hiring practices and improve overall business performance.

8. Navigating Economic Changes: He offers insights on how tech companies can adapt their strategies in response to economic shifts and market demands.

9. Inclusion in the Workforce: Dan discusses the critical need for inclusivity in hiring practices, ensuring diverse talent pools are represented.

10. The Role of Tech in Employee Growth: He underscores the benefits of technology in facilitating continuous learning and development opportunities for employees.

With his wealth of knowledge and experience, Dan Westgarth is a compelling choice for podcast hosts seeking to explore the future of work, leadership strategies, and the transformative power of technology in shaping organizations. His contributions resonate not only with those in the tech industry but with anyone interested in understanding the dynamics of modern work and leadership.

Search

## Recent Posts

Insights and Inspirations from Akash Bansal: A Tech Entrepreneur's Journey

Eamonn Vann-Harris: Transforming Talent Acquisition in the Creative Industries

Unlocking Business Success: Insights from Jack Gaisford on Content Creation and Engagement

Empowering Women Through Menopause: The Impact of Dee Murray's Expertise and Insights

Cybersecurity Meets Comedy: Ian Murphy's Unique Approach to Engaging Audiences

## Recent Comments

No comments to show.