**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
Jeffrey Nardinelli (CA Bar No. 295932)
jeffnardinelli@quinnemanuel.com
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff People Center, Inc. d/b/a Rippling*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PEOPLE CENTER, INC. D/B/A RIPPLING'S MOTION FOR SERVICE BY OTHER MEANS ON DEFENDANTS ALEXANDRE ("ALEX") BOUAZIZ, PHILIPPE BOUAZIZ, AND DANIEL JOHN ("DAN") WESTGARTH**<br><br>Hon. Charles R. Breyer |

Plaintiff People Center, Inc. d/b/a Rippling ("Rippling"), having filed a Motion for Service by Other Means on Defendants Alexandre ("Alex") Bouaziz, Philippe Bouaziz, and Daniel John ("Dan") Westgarth (the "Individual Defendants") via Deel, Inc. ("Deel")'s registered agent, Deel's counsel in this action, and certain email addresses associated with the Individual Defendants, this Court having considered all the papers filed in connection with such motion, and for good cause appearing, hereby **GRANTS** the Motion.

[**IT IS ORDERED** that Rippling shall effect initial service on the Individual Defendants by serving Deel's registered agent for service of process.]

[**IT IS ORDERED** that Rippling shall effect initial service on the Individual Defendants by serving Deel's counsel in this litigation, Skadden, Arps, Slate, Meagher & Flom LLP.]

[**IT IS ORDERED** that Rippling shall effect initial service on the Individual Defendants by serving the Individual Defendants by email at the following email addresses:

- Alexandre ("Alex") Bouaziz:  alex@deel.com
- Philippe Bouaziz:  phb@deel.com
- Daniel John ("Dan") Westgarth:  dw@deel.com]

Dated: _____, 2025

_____
Hon. Charles R. Breyer
United States District Court Judge