1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Alex Spiro (*pro hac vice*)
2  alexspiro@quinnemanuel.com
   Maaren A. Shah (*pro hac vice*)
3  maarenshah@quinnemanuel.com
   Samuel Nitze (*pro hac vice*)
4  samuelnitze@quinnemanuel.com
   Scott Hartman (*pro hac vice*)
5  scotthartman@quinnemanuel.com
   Dominic Pody (*pro hac vice*)
6  dominicpody@quinnemanuel.com
   295 5th Avenue, 9th Floor
7  New York, NY 10016
   Telephone: (212) 849-7000
8  Facsimile: (212) 849-7100

9  Joseph Sarles (CA Bar No. 254750)
   josephsarles@quinnemanuel.com
10 Jeffrey Nardinelli (CA Bar No. 295932)
   jeffnardinelli@quinnemanuel.com
11 Kathleen S. Messinger (CA Bar No. 329983)
   kathleenmessinger@quinnemanuel.com
12 865 S Figueroa St., 10th Floor
   Los Angeles, CA 90017
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

15 *Attorneys for Plaintiff People Center, Inc. d/b/a Rippling*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PEOPLE CENTER, INC. D/B/A RIPPLING'S MOTION FOR SERVICE BY OTHER MEANS ON DEFENDANTS ALEXANDRE ("ALEX") BOUAZIZ, PHILIPPE BOUAZIZ, AND DANIEL JOHN ("DAN") WESTGARTH**<br><br>Hon. Charles R. Breyer |

Plaintiff People Center, Inc. d/b/a Rippling ("Rippling"), having filed a Motion for Service by Other Means on Defendants Alexandre ("Alex") Bouaziz, Philippe Bouaziz, and Daniel John ("Dan") Westgarth (the "Individual Defendants") via Deel, Inc. ("Deel")'s registered agent, Deel's counsel in this action, and certain email addresses associated with the Individual Defendants, this Court having considered all the papers filed in connection with such motion, and for good cause appearing, hereby **GRANTS** the Motion.

[**IT IS ORDERED** that Rippling shall effect initial service on the Individual Defendants by serving Deel's registered agent for service of process.]

[~~**IT IS ORDERED** that Rippling shall effect initial service on the Individual Defendants by serving Deel's counsel in this litigation, Skadden, Arps, Slate, Meagher & Flom LLP.~~]

[**IT IS ORDERED** that Rippling shall effect initial service on the Individual Defendants by serving the Individual Defendants by email at the following email addresses:

- Alexandre ("Alex") Bouaziz: alex@deel.com
- Philippe Bouaziz: phb@deel.com
- Daniel John ("Dan") Westgarth: dw@deel.com]

Dated:  June 26 , 2025

_____
Hon. Charles R. Breyer
United States District Court Judge