1   Joseph G. Petrosinelli (pro hac vice pending)
    jpetrosinelli@wc.com
2   Kenneth J. Brown (pro hac vice pending)
    kbrown@wc.com
3   Danielle J. Sochaczevski (pro hac vice pending)
    dsochaczevski@wc.com
4   Lydia A. Weiant (pro hac vice pending)
    lweiant@wc.com
5   **WILLIAMS AND CONNOLLY LLP**
    680 Maine Avenue, SW
6   Washington, DC 20024
    Telephone:    (202) 434-5000
7   Facsimile:    (202) 434-5029

8   Jeffrey M. Davidson (Bar No. 248620)
    jdavidson@cov.com
9   Isaac D. Chaput (Bar No. 326923)
    ichaput@cov.com
10  **COVINGTON & BURLING LLP**
    415 Mission Street, Suite 5400
11  San Francisco, CA 94105
    Telephone:    (415) 591-6000
12  Facsimile:    (415) 591-6091

13  *Counsel for Alexandre Bouaziz and Philippe Bouaziz*

14
                    **IN THE UNITED STATES DISTRICT COURT**
15                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN FRANCISCO DIVISION**
16

17  PEOPLE CENTER, INC. D/B/A RIPPLING,          Case No. 3:25-CV-2576 (CRB)
    a Delaware corporation,
18                                               **STIPULATION EXTENDING TIME TO**
19                  Plaintiff,                   **RESPOND TO FIRST AMENDED**
                                                 **COMPLAINT; STIPULATED REQUEST**
20          vs.                                  **TO SET BRIEFING SCHEDULE FOR**
                                                 **MOTION TO DISMISS; [PROPOSED]**
21                                               **ORDER**
    DEEL, INC., a Delaware corporation,
22  ALEXANDRE ("ALEX") BOUAZIZ, an               Judge: Hon. Charles R. Breyer
    individual, PHILIPPE BOUAZIZ, an             Compl. Filed: March 17, 2025
23  individual, DANIEL JOHN ("DAN")
    WESTGARTH, an individual, and DOES 1–
24  100,
25
26                  Defendants.
27
28

1    Pursuant to Civil L.R. 6-1(a), Plaintiff People Center, Inc. d/b/a Rippling, ("Plaintiff") and

2   Individual Defendants Alexandre Bouaziz, Philippe Bouaziz, and Daniel Westgarth ("Individual

3   Defendants"), through their respective attorneys of record, respectfully submit the following

4   Stipulation (Without Court Order) Extending Time to Respond to First Amended Complaint.

5    Pursuant to Civil L.R. 6-2, Plaintiff and the Individual Defendants also respectfully submit

6   the following Stipulated Request to Set Briefing Schedule for Motion to Dismiss.

7                                        **STIPULATION**

8    WHEREAS, Plaintiff contends that the Individual Defendants were served on June 26, 2025

9   pursuant to the Court's Order granting Plaintiff's motion for alternative service (Dkt. 70);

10    WHEREAS, the Individual Defendants contend that they are unable to yet determine

11  whether they will raise a challenge that they were not properly served, but agree to notify opposing

12  counsel no later than July 31, 2025 of their intent to bring any such challenge in their motion(s) to

13  dismiss;

14    WHEREAS, the Individual Defendants requested an extension to answer or move to dismiss

15  the First Amended Complaint until August 22, 2025 based, in part, on counsel's schedules;

16    WHEREAS, Civil Local Rule 6-1(a) permits parties to extend the time within which to

17  answer or otherwise respond to a complaint by stipulation in writing and without a Court order,

18  provided the change will not alter the date of any event or any deadline already fixed by Court order;

19    WHEREAS, extending the deadline for the Individual Defendants to respond to the First

20  Amended Complaint will not alter the date of any event or any deadline already fixed by Court

21  order;

22    NOW, THEREFORE, Plaintiff and the Individual Defendants hereby agree and stipulate

23  that the deadline for the Individual Defendants to answer or otherwise respond to the First Amended

24  Complaint is August 22, 2025.

25                                    **STIPULATED REQUEST**

26    WHEREAS, Plaintiff and the Individual Defendants have agreed to the briefing deadlines

27  set forth below for any forthcoming motion(s) to dismiss;

28

WHEREAS, the Parties have stipulated and agreed that the Individual Defendants shall have until August 22, 2025, to move to dismiss the First Amended Complaint;

WHEREAS, no other events or deadlines already fixed by Court order would be affected by the time modification requested herein;

THEREFORE, Plaintiff and the Individual Defendants, by and through their respective undersigned counsel, hereby stipulate and agree to, and respectfully request that the Court order, the following deadlines:

1. The deadline for Plaintiff to oppose any motion(s) to dismiss is September 22, 2025.

2. The deadline for the Individual Defendants to submit reply briefs is October 8, 2025.

3. The hearing for the Individual Defendants' motion(s) will be October 17, 2025, or any other date of the Court's choosing.

4. This stipulation is without prejudice to, or waiver of, any rights or defenses available to the parties.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____        By:
                                          Hon. Charles R. Breyer
                                          United States District Judge




Dated: July 11, 2025                  */s/ Isaac D. Chaput*
                                      Isaac D. Chaput

                                      Joseph G. Petrosinelli (pro hac vice pending)
                                      jpetrosinelli@wc.com
                                      Kenneth J. Brown (pro hac vice pending)
                                      kbrown@wc.com
                                      Danielle J. Sochaczevski (pro hac vice pending)
                                      dsochaczevski@wc.com
                                      Lydia A. Weiant (pro hac vice pending)
                                      lweiant@wc.com
                                      **WILLIAMS AND CONNOLLY LLP**
                                      680 Maine Avenue, SW

Washington, DC 20024
Telephone:    (202) 434-5000
Facsimile:    (202) 434-5029

Jeffrey M. Davidson (Bar No. 248620)
jdavidson@cov.com
Isaac D. Chaput (Bar No. 326923)
ichaput@cov.com
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

*Counsel for Defendants Alexandre Bouaziz and Philippe Bouaziz*


*/s/ Joseph Sarles*
Joseph Sarles

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Alex Spiro (pro hac vice)
alexspiro@quinnemanuel.com
Maaren A. Shah (pro hac vice)
maarenshah@quinnemanuel.com
Samuel Nitze (pro hac vice)
samuelnitze@quinnemanuel.com
Scott Hartman (pro hac vice)
scotthartman@quinnemanuel.com
Dominic Pody (pro hac vice)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Counsel for Plaintiff People Center, Inc. D/B/A Rippling*


*/s/ David R. Eberhart*

David R. Eberhart

David R. Eberhart (S.B. #195474)
deberhart@omm.com
Christopher B. Phillips (S.B. #330256)
cphillips@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700

Stuart M. Sarnoff (pro hac vice forthcoming)
ssarnoff@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, 17th Floor
New York, New York, 10019
Telephone:    +1 415 984 8700

*Counsel For Defendant Daniel J. Westgarth*

## FILER'S ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I, Isaac D. Chaput, hereby attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: July 11, 2025                                  By: */s/ Isaac D. Chaput*
                                                               Isaac D. Chaput