Joseph G. Petrosinelli (pro hac vice pending)
jpetrosinelli@wc.com
Kenneth J. Brown (pro hac vice pending)
kbrown@wc.com
Danielle J. Sochaczevski (pro hac vice pending)
dsochaczevski@wc.com
Lydia A. Weiant (pro hac vice pending)
lweiant@wc.com
**WILLIAMS AND CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone:     (202) 434-5000
Facsimile:     (202) 434-5029

Jeffrey M. Davidson (Bar No. 248620)
jdavidson@cov.com
Isaac D. Chaput (Bar No. 326923)
ichaput@cov.com
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:     (415) 591-6000
Facsimile:     (415) 591-6091

*Counsel for Alexandre Bouaziz and Philippe Bouaziz*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**DECLARATION OF ISAAC D. CHAPUT IN SUPPORT OF STIPULATED REQUEST TO SET BRIEFING SCHEDULE FOR MOTION TO DISMISS**<br><br>Judge: Hon. Charles R. Breyer<br>Compl. Filed: March 17, 2025 |

I, Isaac D. Chaput, declare as follows:

1. I am a partner at Covington & Burling LLP, counsel for Alexandre Bouaziz and Philippe Bouaziz in this action. I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would testify competently thereto.

2. This declaration is made in support of Plaintiff and the Individual Defendants' Stipulated Request to Set Briefing Schedule for Motion to Dismiss.

3. The Parties have stipulated and agreed that the Individual Defendants shall have until August 22, 2025 to move to dismiss or otherwise respond to the first amended complaint.

4. Plaintiff and Defendant Deel, Inc. have previously agreed to, and the Court has ordered, certain time modifications in connection with Defendant Deel's motions to dismiss the complaint (ECF Nos. 41, 46, 53, 54). There have been no other time modifications in this case.

5. No events or deadlines already fixed by Court order would be affected by the time modifications requested herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 11, 2025                                By: */s/ Isaac D. Chaput*
                                                         Isaac D. Chaput