Case 3:25-cv-02576-CRB Document 67 Filed 06/18/25 Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

People Center, Inc. d/b/a Rippling, a Delaware corporation,

*Plaintiff(s)*

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100

*Defendant(s)*

Civil Action No. 3:25-CV-2576 (CRB)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* 1) Alexandre Bouaziz,190 Dizengoff Street, Tel Aviv, Israel

2) Philippe Bouaziz, Bluewaters Residence Building 6F, Apt. 1103
Dubai, United Arab Emirates

3) Daniel John Westgarth, Blvd Crescent Tower 1, Unit 501
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Sarles
Kathleen S. Messinger
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B.Busby

Date: 18 June 2025

M. Buensuceso-Cuenco

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-02576-CRB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* DANIEL JOHN ("DAN") WESTGARTH c/o DEEL, INC.
was received by me on *(date)* 06/26/2025

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ , or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* VCORP SERVICES, LLC, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* DANIEL JOHN ("DAN") WESTGARTH c/o DEEL, INC. 108 W. 13TH STREET, SUITE 100, WILMINGTON, DE 19801 on *(date)* 06/26/2025 AT 2:45 PM ______

❒ I returned the summons unexecuted because ______ , or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: 06/27/2025

[signature]
*Server's signature*

GILBERT DEL VALLE PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED COMPLAINT; CIVIL COVER SHEET; ORDER RE CASE MANAGEMENT CONFERENCE; ORDER RE TIME EXTENSION REQUEST; ORDER RE MOTION TO SUBSTITUTE LAW FIRM; ORDER RE DEADLINES RELATING TO FIRST AMENDED COMPLAINT; PLAINTIFFS ADR CERTIFICATE; FIRST AMENDED COMPLAINT; JOINT CASE MANAGEMENT STATEMENT; ORDER DENIED DEFS EX PARTE MOTION; SUMMONS; ORDER GRANTING PLAINTIFFS MOTION FOR SERVICE; CIVIL JURY TRIAL ORDER; GENERAL STANDING ORDER

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

People Center, Inc. d/b/a Rippling, a Delaware corporation,

*Plaintiff(s)*

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100

*Defendant(s)*

Civil Action No. 3:25-CV-2576 (CRB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1) Alexandre Bouaziz,190 Dizengoff Street, Tel Aviv, Israel

2) Philippe Bouaziz, Bluewaters Residence Building 6F, Apt. 1103
Dubai, United Arab Emirates

3) Daniel John Westgarth, Blvd Crescent Tower 1, Unit 501
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Sarles
Kathleen S. Messinger
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B.Busby

Date: 18 June 2025

M. Buensuceso-Cuenco

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-02576-CRB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PHILIPPE BOUAZIZ
was received by me on *(date)* 06/26/2025

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______

☐ I returned the summons unexecuted because ______ , or

☒ Other *(specify)*:
SERVED VIA EMAIL ADDRESS DIRECTED TO phb@deel.com ON 06/26/2025 AT 2:09 PM

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: 06/27/2025

*Server's signature*

KEVIN S. DUNN PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED COMPLAINT; CIVIL COVER SHEET; ORDER RE CASE MANAGEMENT CONFERENCE; ORDER RE TIME EXTENSION REQUEST; ORDER RE MOTION TO SUBSTITUTE LAW FIRM; ORDER RE DEADLINES RELATING TO FIRST AMENDED COMPLAINT; PLAINTIFFS ADR CERTIFICATE; FIRST AMENDED COMPLAINT; JOINT CASE MANAGEMENT STATEMENT; ORDER DENIED DEFS EX PARTE MOTION; SUMMONS; ORDER GRANTING PLAINTIFFS MOTION FOR SERVICE; CIVIL JURY TRIAL ORDER; GENERAL STANDING ORDER

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

People Center, Inc. d/b/a Rippling, a Delaware corporation,

*Plaintiff(s)*

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100

*Defendant(s)*

Civil Action No. 3:25-CV-2576 (CRB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1) Alexandre Bouaziz,190 Dizengoff Street, Tel Aviv, Israel

2) Philippe Bouaziz, Bluewaters Residence Building 6F, Apt. 1103
Dubai, United Arab Emirates

3) Daniel John Westgarth, Blvd Crescent Tower 1, Unit 501
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Sarles
Kathleen S. Messinger
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 18 June 2025

M. Buensuceso-Cuenco

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-02576-CRB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ALEXANDRE ("ALEX") BOUAZIZ was received by me on *(date)* 06/26/2025

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________ ; or

☒ Other *(specify)*: SERVED VIA EMAIL ADDRESS DIRECTED TO alex@deel.com ON 06/26/2025 AT 2:18 PM

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: 06/27/2025

[signature]
*Server's signature*

KEVIN S. DUNN PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED COMPLAINT; CIVIL COVER SHEET; ORDER RE CASE MANAGEMENT CONFERENCE; ORDER RE TIME EXTENSION REQUEST; ORDER RE MOTION TO SUBSTITUTE LAW FIRM; ORDER RE DEADLINES RELATING TO FIRST AMENDED COMPLAINT; PLAINTIFFS ADR CERTIFICATE; FIRST AMENDED COMPLAINT; JOINT CASE MANAGEMENT STATEMENT; ORDER DENIED DEFS EX PARTE MOTION; SUMMONS; ORDER GRANTING PLAINTIFFS MOTION FOR SERVICE; CIVIL JURY TRIAL ORDER; GENERAL STANDING ORDER

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

People Center, Inc. d/b/a Rippling, a Delaware corporation,

*Plaintiff(s)*

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100

*Defendant(s)*

Civil Action No. 3:25-CV-2576 (CRB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1) Alexandre Bouaziz,190 Dizengoff Street, Tel Aviv, Israel

2) Philippe Bouaziz, Bluewaters Residence Building 6F, Apt. 1103
Dubai, United Arab Emirates

3) Daniel John Westgarth, Blvd Crescent Tower 1, Unit 501
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Sarles
Kathleen S. Messinger
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 18 June 2025

M. Buensuceso-Cuenco

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-02576-CRB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* DANIEL JOHN ("DAN") WESTGARTH was received by me on *(date)* 06/26/2025

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______ , who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: SERVED VIA EMAIL ADDRESS DIRECTED TO dw@deel.com ON 06/26/2025 AT 2:28 PM

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 06/27/2025

*Server's signature*

KEVIN S. DUNN PROCESS SERVER

*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899

*Server's address*

Additional information regarding attempted service, etc:

SERVED COMPLAINT; CIVIL COVER SHEET; ORDER RE CASE MANAGEMENT CONFERENCE; ORDER RE TIME EXTENSION REQUEST; ORDER RE MOTION TO SUBSTITUTE LAW FIRM; ORDER RE DEADLINES RELATING TO FIRST AMENDED COMPLAINT; PLAINTIFFS ADR CERTIFICATE; FIRST AMENDED COMPLAINT; JOINT CASE MANAGEMENT STATEMENT; ORDER DENIED DEFS EX PARTE MOTION; SUMMONS; ORDER GRANTING PLAINTIFFS MOTION FOR SERVICE; CIVIL JURY TRIAL ORDER; GENERAL STANDING ORDER

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

People Center, Inc. d/b/a Rippling, a Delaware corporation,

*Plaintiff(s)*

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100

*Defendant(s)*

Civil Action No. 3:25-CV-2576 (CRB)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 1) Alexandre Bouaziz,190 Dizengoff Street, Tel Aviv, Israel

2) Philippe Bouaziz, Bluewaters Residence Building 6F, Apt. 1103
Dubai, United Arab Emirates

3) Daniel John Westgarth, Blvd Crescent Tower 1, Unit 501
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Sarles
Kathleen S. Messinger
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 18 June 2025

M. Buensuceso-Cuenco

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-02576-CRB

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ALEXANDRE ("ALEX") BOUAZIZ c/o DEEL, INC.
was received by me on *(date)* 06/26/2025

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VCORP SERVICES, LLC, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* ALEXANDRE ("ALEX") BOUAZIZ c/o DEEL, INC. 108 W. 13TH STREET, SUITE 100, WILMINGTON, DE 19801 on *(date)* 06/26/2025 AT 2:45 PM ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 06/26/2025

[signature]
*Server's signature*

GILBERT DEL VALLE PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED Complaint; Civil Cover Sheet; Order re Case Management Conference; Order re Time Extension Request; Order re Motion to Substitute Law Firm; Order re Deadlines Relating to First Amended Complaint; Plaintiffs ADR Certificate; First Amended Complaint; Joint case Management Statement; Order Denied Defs EX Parte Motion; Summons; Order Granting Plaintiffs Motion for Service; Civil Jury Trial Order; General Standing Order

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

People Center, Inc. d/b/a Rippling, a Delaware corporation,

*Plaintiff(s)*

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100

*Defendant(s)*

Civil Action No. 3:25-CV-2576 (CRB)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* 1) Alexandre Bouaziz,190 Dizengoff Street, Tel Aviv, Israel

2) Philippe Bouaziz, Bluewaters Residence Building 6F, Apt. 1103
Dubai, United Arab Emirates

3) Daniel John Westgarth, Blvd Crescent Tower 1, Unit 501
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Sarles
Kathleen S. Messinger
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Mark B.Busby*

Date: 18 June 2025

[signature] M. Buensuceso-Cuenco

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:25-CV-02576-CRB

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* PHILIPPE BOUAZIZ c/o DEEL, INC.
was received by me on *(date)* 06/26/2025

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VCORP SERVICES, LLC, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* PHILIPPE BOUAZIZ c/o DEEL, INC. 108 W. 13TH STREET, SUITE 100, WILMINGTON, DE 19801 on *(date)* 06/26/2025 AT 2:45 PM ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______ .

I declare under penalty of perjury that this information is true.

Date: 06/26/2025

[signature]
*Server's signature*

GILBERT DEL VALLE PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED Complaint; Civil Cover Sheet; Order re Case Management Conference; Order re Time Extension Request; Order re Motion to Substitute Law Firm; Order re Deadlines Relating to First Amended Complaint; Plaintiffs ADR Certificate; First Amended Complaint; Joint case Management Statement; Order Denied Defs EX Parte Motion; Summons; Order Granting Plaintiffs Motion for Service; Civil Jury Trial Order; General Standing Order

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

People Center, Inc. d/b/a Rippling, a Delaware corporation,

*Plaintiff(s)*

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100

*Defendant(s)*

Civil Action No. 3:25-CV-2576 (CRB)

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* 1) Alexandre Bouaziz,190 Dizengoff Street, Tel Aviv, Israel

2) Philippe Bouaziz, Bluewaters Residence Building 6F, Apt. 1103
Dubai, United Arab Emirates

3) Daniel John Westgarth, Blvd Crescent Tower 1, Unit 501
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Sarles
Kathleen S. Messinger
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B.Busby

Date: 18 June 2025

M. Buensuceso-Cuenco
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:25-CV-02576-CRB

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* DANIEL JOHN ("DAN") c/o DEEL, INC.
was received by me on *(date)* 06/26/2025

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VCORP SERVICES, LLC, AS AGENT, ACCEPTED BY ROBIN HUTT-BANKS (MANAGING AGENT EMPLOYED AT REGISTERED AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* DANIEL JOHN ("DAN") c/o DEEL, INC. 108 W. 13TH STREET, SUITE 100, WILMINGTON, DE 19801 on *(date)* 06/26/2025 AT 2:45 PM ______

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ ______

I declare under penalty of perjury that this information is true.

Date: 06/26/2025

[signature]
*Server's signature*

GILBERT DEL VALLE PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED Complaint; Civil Cover Sheet; Order re Case Management Conference; Order re Time Extension Request; Order re Motion to Substitute Law Firm; Order re Deadlines Relating to First Amended Complaint; Plaintiffs ADR Certificate; First Amended Complaint; Joint case Management Statement; Order Denied Defs EX Parte Motion; Summons; Order Granting Plaintiffs Motion for Service; Civil Jury Trial Order; General Standing Order