# EXHIBIT 3



**Robert Sandoval <robert.sandoval@kraken.com>**

## Subpoena in People Center Inc. v. Deel Inc, Case No. 3:25-CV-2576 (CRB)

**Sochaczevski, Danielle** <DSochaczevski@wc.com>   Tue, Jul 8, 2025 at 12:36 PM
To: Robert Sandoval <robert.sandoval@kraken.com>
Cc: "Petrosinelli, Joe" <JPetrosinelli@wc.com>

Hi Robert,

As an update, we heard from Deel's counsel today that, to follow the court's procedures, they will file the notice of dispute regarding the third-party subpoenas in the next couple days, and we will send that to you as soon as possible.

Best,

Danielle

**Danielle J. Sochaczevski**

**Associate | Williams & Connolly LLP**

680 Maine Avenue S.W., Washington, DC 20024

(P) 202-434-5272 | (F) 202-434-5029

dsochaczevski@wc.com | www.wc.com

[Quoted text hidden]