**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff*
*People Center, Inc. d/b/a Rippling*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**RIPPLING'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEEL'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**<br><br>Compl. Filed: March 17, 2025<br>Am. Compl. Filed: June 5, 2025<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 |

1  Plaintiff People Center, Inc. d/b/a Rippling ("Rippling" or "Plaintiff") respectfully requests
2  that this Court take judicial notice of the following documents in connection with Plaintiff's
3  concurrently filed Opposition to Deel, Inc.'s ("Deel") Motion to Dismiss for *Forum Non*
4  *Conveniens*.  The documents are attached to the Declaration of Jeffrey Nardinelli (ECF 102-2,
5  "Nardinelli Decl.") offered in support of that Opposition:

| | |
|---|---|
| Nardinelli Decl. Exhibit 1: | Complaint for Breach of Contract filed on Mar. 18, 2025 in the Superior Court of California, San Francisco County, in the matter of *Deel, Inc. v. Black Ice Studios Inc. et al*, Case No. CGC25623423 |
| Nardinelli Decl. Exhibit 10: | Complaint for Breach of Contract filed on Dec. 16, 2024 in the Superior Court of California, San Francisco County, in the matter of *Deel, Inc., v. B-ON 2, S.A.R.L. et al*, Case No. CGC24620675 |

Under Federal Rule of Evidence 201(b), a court may take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts routinely take judicial notice of public records, particularly documents filed in federal and state courts. *See Hume v. Poskaitis*, 2024 WL 1236655, at *1 n. 2 (N.D. Cal. Jan. 22, 2024) (granting "judicial notice of the state court judgment, orders and filings"); *Smith v. Levine Leichtman Capital Partners, Inc.*, 723 F.Supp.2d 1205, 1219 n.1 (N.D. Cal. June 29, 2010) (granting requests to take judicial notice of defendants' court filings); *Harris v. Cnty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (taking notice of documents filed in related litigation). The Ninth Circuit has consistently upheld judicial notice of start court filings. *Bennett v. Medtronic, Inc.,* 285 F.3d 801, 803 (9th Cir. 2002) (taking judicial notice of filings in state court); *Rosales-Martinez v. Palmer*, 753 F.3d 890, 894 (9th Cir. 2014) (taking judicial notice of relevant court documents that clarified allegations of plaintiff's complaint).

Rippling requests that the Court take judicial notice of two complaints filed recently by Deel in San Francisco Superior Court. The complaints are publicly available. Rippling offers these complaints to establish that Deel initiated litigation against two foreign customers in San Francisco and to reference specific allegations Deel made in those complaints. These lawsuits filed by Deel

1   in San Francisco bear on Deel's claims that litigating in San Francisco is so vexatious and oppressive
2   to Deel that dismissal is required.  *See* ECF 88.  Thus, judicial notice is appropriate for the existence
3   of Deel's San Francisco lawsuits and the fact that Deel made certain allegations and representations
4   in those suits.

6   Dated: August 8, 2025

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By  */s/ Joseph Sarles*

Alex Spiro (*pro hac vice*)
Maaren A. Shah (*pro hac vice*)
Samuel Nitze (*pro hac vice*)
Scott Hartman (*pro hac vice*)
Dominic Pody (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
maarenshah@quinnemanuel.com
samuelnitze@quinnemanuel.com
scotthartman@quinnemanuel.com
dominicpody@quinnemanuel.com

Joseph Sarles (CA Bar No. 254750)
Kathleen S. Messinger (CA Bar No. 329983)
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
josephsarles@quinnemanuel.com
kathleenmessinger@quinnemanuel.com

Jeff Nardinelli (CA Bar No. 295932)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jeffnardinelli@quinnemanuel.com
*Attorneys for Plaintiff*
*People Center, Inc. d/b/a Rippling*