1  **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
   Alex Spiro (*pro hac vice*)
2  alexspiro@quinnemanuel.com
   Maaren A. Shah (*pro hac vice*)
3  maarenshah@quinnemanuel.com
   Samuel Nitze (*pro hac vice*)
4  samuelnitze@quinnemanuel.com
   Scott Hartman (*pro hac vice*)
5  scotthartman@quinnemanuel.com
   Dominic Pody (*pro hac vice*)
6  dominicpody@quinnemanuel.com
   295 5th Avenue, 9th Floor
7  New York, NY 10016
   Telephone: (212) 849-7000
8  Facsimile: (212) 849-7100

9  Joseph Sarles (CA Bar No. 254750)
   josephsarles@quinnemanuel.com
10 Jeffrey Nardinelli (CA Bar No. 295932)
   jeffnardinelli@quinnemanuel.com
11 Kathleen S. Messinger (CA Bar No. 329983)
   kathleenmessinger@quinnemanuel.com
12 865 S Figueroa St., 10th Floor
   Los Angeles, CA 90017
13 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

14

15 *Attorneys for Plaintiff People Center, Inc. d/b/a Rippling*

16             **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
17                      **SAN FRANCISCO DIVISION**

18

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PEOPLE CENTER, INC. D/B/A RIPPLING'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEEL'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**<br><br>Hon. Charles R. Breyer<br>Compl. Filed: March 17, 2025<br>Am. Compl. Filed: June 5, 2025<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 |

1    Plaintiff People Center, Inc. d/b/a Rippling ("Rippling"), having filed a Request For Judicial
2 Notice In Support Of Opposition To Deel's Motion To Dismiss For Forum Non Conveniens, this
3 Court having considered all the papers filed in connection with such motion, and for good cause
4 appearing, hereby **GRANTS** the Request.

6 Dated: _____, 2025

   Hon. Charles R. Breyer
   United States District Court Judge