IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**[PROPOSED] ORDER DENYING DEEL'S MOTION TO DISMISS RIPPLING'S FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Compl. Filed: March 17, 2025<br>Am. Compl. Filed: June 5, 2025<br><br>Hon. Charles R. Breyer<br><br>Courtroom: 6<br>Hearing Date: September 19, 2025<br>Hearing Time: 10:00 a.m. |

Defendant Deel, Inc. ("Deel"), having filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF 89), and this Court having considered all the papers filed in connection with such motion and having a hearing thereon, hereby **DENIES** the Motion.

Dated: _____, 2025

_____
Hon. Charles R. Breyer
United States District Court Judge