Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Kenneth Brown (*pro hac vice*)
kbrown@wc.com
Danielle J. Sochaczevski (*pro hac vice*)
dsochaczevski@wc.com
Lydia A. Weiant (*pro hac vice*)
lweiant@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Jeffrey Davidson (Bar No. 248620)
jdavidson@cov.com
Isaac D. Chaput (Bar No. 326293)
ichaput@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

*Counsel for Specially Appearing Defendants Alexandre and Philippe Bouaziz*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSOLIDATE FORTHCOMING MOTIONS TO DISMISS FROM SPECIALLY APPEARING DEFENDANTS ALEXANDRE AND PHILIPPE BOUAZIZ**<br><br>Compl.:    March 17, 2025<br>First Am. Compl.:    June 5, 2025<br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    6 |

1    Pursuant to Civil Local Rules 7–11 and 7–12, and this Court's General Standing Order for Civil

2  and Criminal Cases Section I.C, specially appearing Defendants Alexandre Bouaziz and Philippe Bouaziz

3  (the "Bouaziz Defendants") submit this Stipulated Administrative Motion and Proposed Order requesting

4  leave to consolidate the Bouaziz Defendants' forthcoming motions to dismiss into a single omnibus

5  motion to dismiss, not to exceed thirty (30) pages, and setting page limits for subsequent briefing.  The

6  omnibus motion will make arguments on behalf of both Bouaziz Defendants, and it will seek dismissal

7  for *forum non conveniens* and dismissal under Federal Rule of Civil Procedure 12.  The parties agree that

8  Alex and Philippe Bouaziz could file these motions separately.  The Bouaziz Defendants believe, however,

9  that it would be more efficient, both for the parties and the Court, to present their arguments in favor of

10  dismissal in a single motion.  Because the consolidated motion would combine these separate motions,

11  the Bouaziz Defendants respectfully request the Court's leave to file one omnibus motion to dismiss on

12  behalf of the Bouaziz Defendants, not to exceed thirty (30) pages.  Rippling does not oppose this request.

13  The Bouaziz Defendants and Rippling further agree that Rippling may file an opposition to the omnibus

14  motion to dismiss not to exceed thirty (30) pages, and that the Bouaziz Defendants may file a reply in

15  support of the omnibus motion to dismiss not to exceed fifteen (15) pages.  A Stipulation and Proposed

16  Order are attached to this Motion.

17

18  DATED: August 13, 2025                     Respectfully submitted,

19                                            By:  */s/ Kenneth Brown*

20                                            Joseph G. Petrosinelli (*pro hac vice*)
                                              jpetrosinelli@wc.com
21                                            Kenneth Brown (*pro hac vice*)
                                              kbrown@wc.com
22                                            Danielle J. Sochaczevski (*pro hac vice*)
                                              dsochaczevski@wc.com
23                                            Lydia A. Weiant (*pro hac vice*)
                                              lweiant@wc.com
24                                            **WILLIAMS & CONNOLLY LLP**
                                              680 Maine Avenue, SW
25                                            Washington, DC 20024
                                              Telephone: (202) 434-5000
26                                            Facsimile: (202) 434-5029
27

28                                            2

1

2
Jeffrey Davidson (Bar No. 248620)
jdavidson@cov.com
3
Isaac D. Chaput (Bar No. 326293)
ichaput@cov.com
4
**COVINGTON & BURLING LLP**
415 Mission Street, Suite 5400
5
San Francisco, CA 94105
Telephone:    (415) 591-6000
6
Facsimile:    (415) 591-6091
7

8
*Counsel for Specially Appearing Defendants Alexandre and Philippe Bouaziz*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSOLIDATE FORTHCOMING
MOTIONS TO DISMISS FROM SPECIALLY APPEARING DEFENDANTS ALEXANDRE AND PHILIPPE BOUAZIZ
CASE NO. 3:25-CV-02576-CRB

**STIPULATION**

Plaintiff People Center Inc. d/b/a/ Rippling ("Rippling") and the specially appearing Bouaziz

Defendants conferred about the relief requested in this Administrative Motion.  Rippling does not

oppose the Bouaziz Defendants' request.

DATED: August 13, 2025

/s/ Dominic Pody
Alex Spiro (*pro hac vice*)
Maaren A. Shah (*pro hac vice*)
Samuel Nitze (*pro hac vice*)
Scott Hartman (*pro hac vice*)
Dominic Pody (*pro hac vice*)
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
maarenshah@quinnemanuel.com
samuelnitze@quinnemanuel.com
scotthartman@quinnemanuel.com
dominicpody@quinnemanuel.com

Joseph Sarles (CA Bar No. 254750)
Kathleen S. Messinger (CA Bar No. 329983)
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
josephsarles@quinnemanuel.com
kathleenmessinger@quinnemanuel.com

Jeff Nardinelli (CA Bar No. 295932)
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
jeffnardinelli@quinnemanuel.com
*Attorneys for Plaintiff*
*People Center, Inc. d/b/a Rippling*

STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSOLIDATE FORTHCOMING
MOTIONS TO DISMISS FROM SPECIALLY APPEARING DEFENDANTS ALEXANDRE AND PHILIPPE BOUAZIZ
CASE NO. 3:25-CV-02576-CRB

**ATTESTATION**

I, Kenneth Brown, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1(i)(3), that the concurrence

to the filing of this document has been obtained from each signatory hereto.

DATED: August 13, 2025

/s/ Kenneth Brown
Kenneth Brown (*pro hac vice*)
kbrown@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSOLIDATE FORTHCOMING
MOTIONS TO DISMISS FROM SPECIALLY APPEARING DEFENDANTS ALEXANDRE AND PHILIPPE BOUAZIZ
CASE NO. 3:25-CV-02576-CRB

**[PROPOSED] ORDER**

Before the Court is specially appearing Defendants Alexandre Bouaziz and Philippe Bouaziz (the "Bouaziz Defendants") submit this Stipulated Administrative Motion and Proposed Order requesting leave to consolidate their forthcoming motions to dismiss and set page limits for subsequent briefing. The Court has reviewed the Bouaziz Defendants' Stipulated Administrative Motion and the attached Stipulation.

PURSUANT TO STIPULATION, IT IS ORDERED that the Bouaziz Defendants may file an omnibus Motion to Dismiss not to exceed thirty (30) pages excluding those materials listed in this Court's General Standing Order Section I.C.  Rippling may file an opposition to the omnibus Motion to Dismiss not to exceed thirty (30) pages excluding those materials listed in this Court's General Standing Order Section I.C.  The Bouaziz Defendants may file a reply in support of the omnibus Motion to Dismiss not to exceed fifteen (15) pages excluding those materials listed in this Court's General Standing Order Section I.C.

DATED: August ___, 2025

_____
Hon. Charles R. Breyer

[PROPOSED] ORDER TO CONSOLIDATE FORTHCOMING MOTIONS TO DISMISS FROM SPECIALLY
APPEARING DEFENDANTS ALEXANDRE AND PHILIPPE BOUAZIZ
CASE NO. 3:25-CV-02576-CRB