IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE CENTER, INC., | Case No.  25-cv-02576-CRB |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER** |
| DEEL, INC., et al., | |
| Defendants. | |

Defendant Deel, Inc. moves for relief from Judge Cisneros's pretrial order denying Deel's request to limit discovery to the subject matter of Deel's motion to dismiss for forum non conveniens until after that motion is resolved.  See Mot. for Relief (dkt. 109); Pretrial Order (dkt. 101).  As Judge Cisneros explained, the parties had stipulated that "[n]either party will seek to stay discovery in connection with or while any motions to dismiss are pending."  Stip. (dkt. 54) at 1.  Deel argues that this stipulation did not waive its right to limit the scope of discovery to matters that are proportional to the needs of this case and that Judge Cisneros's order is therefore in error.  Mot. for Relief at 2.

As the Court understands Judge Cisneros's order, she held only that the parties' stipulation precludes an argument that discovery requests not germane to the motion to dismiss are per se not proportional to the needs of the case.  The Court agrees with this reading of the stipulation.  Thus, the Court **DENIES** Deel's motion without prejudice to future challenges to proportionality for reasons other than the pending motion to dismiss.

**IT IS SO ORDERED.**

Dated: August 20, 2025



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California