Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Kenneth Brown (*pro hac vice*)
kbrown@wc.com
Danielle J. Sochaczevski (*pro hac vice*)
dsochaczevski@wc.com
Lydia A. Weiant (*pro hac vice*)
lweiant@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Jeffrey Davidson (Bar No. 248620)
jdavidson@cov.com
Isaac D. Chaput (Bar No. 326293)
ichaput@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091

*Counsel for Specially Appearing Defendants Alexandre and Philippe Bouaziz*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**DECLARATION OF SPECIALLY APPEARING DEFENDANT ALEXANDRE BOUAZIZ IN SUPPORT OF THE BOUAZIZ DEFENDANTS' MOTION TO DISMISS**<br><br>Compl.: March 17, 2025<br>First Am. Compl.: June 5, 2025<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 6 |

## DECLARATION OF ALEXANDRE BOUAZIZ

I, Alexandre Bouaziz, declare and state as follows:

I submit this declaration in support of the Bouaziz Defendants' Motion to Dismiss Rippling's First Amended Complaint in the above-captioned action. I make this declaration based on my own personal knowledge.

1. I am the co-Founder of Deel, Inc. ("Deel) and hold the position of Deel's Chief Executive Officer ("CEO").

2. I currently live and work in Tel Aviv, Israel. To the best of my recollection, I have lived and worked in Israel since 2020.

3. I am not a United States citizen. I am a citizen of Israel and France.

4. I do not reside in the United States. I have never resided in California.

5. Other than occasional, short trips for conferences and other business functions, I do not work in the United States.

6. I do not own real property in California.

7. I do not have personal bank accounts in California.

8. To the best of my recollection, I have been to California four times since 2021 and have stayed an average of less than four days per trip.

9. I have not been to California since this lawsuit was filed on March 17, 2025.

10. I have been named as a defendant in Rippling's related litigation in Ireland. If this Court dismisses this action for *forum non conveniens* in favor of proceedings in Ireland, I would consent to personal jurisdiction in Ireland over the matters in this action (though I intend to raise various other challenges to Rippling's claims in Ireland).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

Executed on August 21, 2025.

By: _____

Alexandre Bouaziz