Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Kenneth Brown (*pro hac vice*)
kbrown@wc.com
Danielle J. Sochaczevski (*pro hac vice*)
dsochaczevski@wc.com
Lydia A. Weiant (*pro hac vice*)
lweiant@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Jeffrey Davidson (Bar No. 248620)
jdavidson@cov.com
Isaac D. Chaput (Bar No. 326293)
ichaput@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091

*Counsel for Specially Appearing Defendants Alexandre and Philippe Bouaziz*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**DECLARATION OF SPECIALLY APPEARING DEFENDANT PHILIPPE BOUAZIZ IN SUPPORT OF THE BOUAZIZ DEFENDANTS' MOTION TO DISMISS**<br><br>Compl.:            March 17, 2025<br>First Am. Compl.:  June 5, 2025<br>Judge:             Hon. Charles R. Breyer<br>Courtroom:         6 |

## **DECLARATION OF PHILIPPE BOUAZIZ**

I, Philippe Bouaziz, declare and state as follows:

I submit this declaration in support of the Bouaziz Defendants' Motion to Dismiss Rippling's First Amended Complaint in the above-captioned action. I make this declaration based on my own personal knowledge.

1. I hold the positions of Chief Financial Officer ("CFO") and Chairman of Deel, Inc. ("Deel").
2. I currently live and work in Dubai, United Arab Emirates. To the best of my recollection, I have lived and worked in Dubai since 2023, and I resided in Tel Aviv, Israel from 2012 to 2023.
3. I am not a United States citizen. I am a citizen of Israel and France.
4. I do not reside in the United States. I have never resided in California or New York.
5. Other than occasional, short trips for conferences and other business functions, I do not work in the United States.
6. I do not own real property in California.
7. I do not have personal bank accounts in California.
8. To the best of my recollection, I have been to California nine times since 2021 and have stayed an average of less than five days per trip.
9. I have not been to California since this lawsuit was filed on March 17, 2025.
10. I have not been named in any litigation by Rippling or its affiliated entities in Ireland. However, if this Court dismisses this action for *forum non conveniens* in favor of proceedings in Ireland, and Rippling seeks to add me to the ongoing litigation in Ireland relating to the matters at issue in this action, I would not challenge personal jurisdiction in Ireland in any such matter (though I would raise various other challenges to Rippling's claims).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 21, 2025.

By: _____
Philippe Bouaziz