Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Kenneth Brown (*pro hac vice*)
kbrown@wc.com
Danielle J. Sochaczevski (*pro hac vice*)
dsochaczevski@wc.com
Lydia A. Weiant (*pro hac vice*)
lweiant@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Jeffrey Davidson (Bar No. 248620)
jdavidson@cov.com
Isaac D. Chaput (Bar No. 326293)
ichaput@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091

*Counsel for Specially Appearing Defendants Alexandre and Philippe Bouaziz*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**DECLARATION OF KENNETH BROWN IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS ALEXANDRE AND PHILIPPE BOUAZIZ'S MOTION TO DISMISS**<br><br>Compl.:               March 17, 2025<br>First Am. Compl.:  June 5, 2025<br>Judge:                  Hon. Charles R. Breyer<br>Courtroom:          6 |

I, Kenneth Brown, declare as follows:

1. I am an attorney admitted *pro hac vice* in this matter. I am an attorney at Williams & Connolly LLP, counsel for specially appearing defendants Alexandre and Philippe Bouaziz in this matter. I make this declaration of personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. Attached as **Exhibit B** is a true and correct copy of a Rippling webpage entitled *Introducing Rippling: The all-in-one workforce platform now available in Ireland* dated September 5, 2023; this true and correct copy was generated on August 19, 2025. This webpage is publicly accessible online at https://www.rippling.com/blog/rippling-launch-ireland.

3. Attached as **Exhibit C** is a true and correct copy of People Center, Inc.'s Form D filed with the U.S. Securities and Exchange Commission on August 12, 2020; this true and correct copy was generated on August 17, 2025. This webpage is publicly accessible online at https://www.sec.gov/Archives/edgar/data/1772138/000177213820000001/xslFormDX01/primary_doc.xml.

4. Attached as **Exhibit D** is a true and correct copy of a Hague Conference on Private International Law webpage entitled *HCCH Members*; this true and correct copy was generated on August 19, 2025. This webpage is publicly accessible online at https://www.hcch.net/en/states/hcch-members.

5. Attached as **Exhibit E** is a true and correct copy of an email from Dominic Pody, counsel for Plaintiff People Center, Inc. d/b/a/ Rippling, to Kenneth Brown, counsel for specially appearing Defendants Alexandre and Philippe Bouaziz, dated July 22, 2025.

6. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 22, 2025                    Respectfully submitted,

                                          By: */s/ Kenneth Brown*
                                          Kenneth Brown (*pro hac vice*)

i

DECLARATION OF KENNETH BROWN IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS ALEXANDRE AND PHILIPPE BOUAZIZ'S MOTION TO DISMISS                    CASE NO. 3:25-CV-02576-CRB

## ATTESTATION

I, Joseph G. Petrosinelli, hereby attest, pursuant to N.D. Cal. Civil L.R. 5–1(i)(3), that the concurrence to the filing of this document has been obtained from the signatory hereto.

DATED: August 22, 2025

/s/ *Joseph G. Petrosinelli*
Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

ii

Declaration Of Kenneth Brown In Support Of Specially Appearing Defendants Alexandre And Philippe Bouaziz's Motion to Dismiss                                      Case No. 3:25-cv-02576-CRB