# Exhibit E

| | |
|---|---|
| **From:** | Dominic Pody |
| **To:** | Brown, Kenneth; Joseph Sarles |
| **Cc:** | Sochaczevski, Danielle |
| **Subject:** | RE: Service issues |
| **Date:** | Tuesday, July 22, 2025 10:35:05 PM |
| **Attachments:** | ECF No. 98.pdf |

Ken,

As you'll have seen, we filed the proofs of service for each individual defendant earlier today, so you should have access, but they are attached here as well for convenience.

On the other issues we discussed this morning—your requests that (1) Rippling agree that your clients can appear to object to third party discovery while preserving personal jurisdiction objections, and (2) Rippling agree not to argue that the prior effectuation of service is relevant to opposing any potential personal jurisdiction challenge the individual defendants make bring—we are inclined to have each party preserve all of their available arguments and positions on these issues under the Rules and the Court's order on service.

If you would like to discuss further or have other questions, please let us know.

Best,
Dominic

**Dominic Pody** | Of Counsel | Quinn Emanuel Urquhart & Sullivan, LLP
Cell: 215.499.6446

**From:** Brown, Kenneth <KBrown@wc.com>
**Sent:** Monday, July 21, 2025 6:00 PM
**To:** Joseph Sarles <josephsarles@quinnemanuel.com>
**Cc:** Sochaczevski, Danielle <DSochaczevski@wc.com>; Dominic Pody <dominicpody@quinnemanuel.com>
**Subject:** RE: Service issues

[EXTERNAL EMAIL from kbrown@wc.com]

Let's do 11:00/8:00. Danielle, would you mind please sending an invite?

From: Joseph Sarles <josephsarles@quinnemanuel.com<mailto:josephsarles@quinnemanuel.com>>
Date: Monday, Jul 21, 2025 at 5:40 PM
To: Brown, Kenneth <KBrown@wc.com<mailto:KBrown@wc.com>>
Cc: Sochaczevski, Danielle

<DSochaczevski@wc.com<mailto:DSochaczevski@wc.com>>, Dominic Pody <dominicpody@quinnemanuel.com<mailto:dominicpody@quinnemanuel.com>>

Subject: RE: Service issues

Hi Ken. Today was a bit packed for me, how about tomorrow? I could do 8 or 830am pacific, or anytime after 1pm pacific.


From: Brown, Kenneth <KBrown@wc.com>
Sent: Monday, July 21, 2025 5:41 AM
To: Joseph Sarles <josephsarles@quinnemanuel.com>
Cc: Sochaczevski, Danielle <DSochaczevski@wc.com>
Subject: Service issues


[EXTERNAL EMAIL from kbrown@wc.com<mailto:kbrown@wc.com>]


_____

Joseph,

We agreed to let you know by July 31 whether our clients are going to contest service. To that end, I have a couple of questions. Are you available to speak with Danielle and me later today or tomorrow? I have calls/meetings both days, but should have availability in between. Please let me know if there's a good time.

Thanks very much,

Ken


Kenneth J. Brown
Williams & Connolly LLP
680 Maine Ave., S.W., Washington, DC 20024
202-434-5818 | vcard<https://www.wc.com/Attorneys/Kenneth-J-Brown.vcf> | Bio<https://www.wc.com/Attorneys/Kenneth-J-Brown>



_____

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.