**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor, New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
Jeffrey Nardinelli (CA Bar No. 295932)
jeffnardinelli@quinnemanuel.com
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor, Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff People Center, Inc. d/b/a Rippling*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**RIPPLING'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff People Center, Inc. D/B/A Rippling ("Rippling") moves this Court to consider whether portions of Rippling's Motion Challenging Non-Party Revolut Technology, Inc.'s ("Revolut") Confidentiality Designations ("Motion") and certain exhibits and portions of exhibits to the Declaration of Jeffrey Nardinelli in Support of Rippling's Motion ("Nardinelli Declaration") should be sealed. Pursuant to Civil Local Rules 79-5(f), Rippling identifies the following materials as containing information that has been designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Revolut:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Rippling's Motion | Yellow Highlighted Portions | Revolut |
| Ex. 2 | Entire Document | Revolut |
| Ex. 5 | Yellow Highlighted Portions | Revolut |

For the reasons explained in Rippling's Motion, Rippling opposes these sealing requests.

In compliance with Civil Local Rule 79-5(d), unredacted versions of the above listed documents accompany this Administrative Motion. Pursuant to Civil Local Rule 79-5(f), Rippling expects Revolut, as the Designating Party, will file a declaration in support of this Administrative Motion.

| | | |
|---|---|---|
| 1 | Dated: September 12, 2025 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 2 | | |
| 3 | | By  */s/ Joseph Sarles* |
| 4 | | Alex Spiro (*pro hac vice*) |
| | | Scott Hartman (*pro hac vice*) |
| 5 | | Dominic Pody (*pro hac vice*) |
| | | 295 5th Avenue, 9th Floor |
| 6 | | New York, NY 10016 |
| 7 | | Telephone: (212) 849-7000 |
| | | Facsimile: (212) 849-7100 |
| 8 | | alexspiro@quinnemanuel.com |
| | | scotthartman@quinnemanuel.com |
| 9 | | dominicpody@quinnemanuel.com |
| 10 | | |
| | | Joseph Sarles (CA Bar No. 254750) |
| 11 | | Kathleen S. Messinger (CA Bar No. 329983) |
| | | 865 S Figueroa Street, 10th Floor |
| 12 | | Los Angeles, CA 90017 |
| | | Telephone: (213) 443-3000 |
| 13 | | Facsimile: (213) 443-3100 |
| | | josephsarles@quinnemanuel.com |
| 14 | | kathleenmessinger@quinnemanuel.com |
| 15 | | |
| | | Jeff Nardinelli (CA Bar No. 295932) |
| 16 | | 50 California Street, 22nd Floor |
| | | San Francisco, CA 94111 |
| 17 | | Telephone: (415) 875-6600 |
| | | Facsimile: (415) 875-6700 |
| 18 | | jeffnardinelli@quinnemanuel.com |
| 19 | | *Attorneys for Plaintiff* |
| | | *People Center, Inc. d/b/a Rippling* |