UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE CENTER, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DEEL, INC., et al.,<br><br>    Defendants. | Case No. 25-cv-02576-CRB (LJC)<br><br>**ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE LISA J. CISNEROS**<br><br>Re: Dkt. Nos. 118, 119 |

Plaintiff People Center, Inc. ("Rippling") filed an administrative motion to consider whether another party's material should be sealed and a motion challenging non-party Revolut's confidentiality designations. See Dkts. 118, 119. As both motions fall under the scope of the discovery referral (Dkt. 86), Rippling is ordered to refer the motions to Magistrate Judge Lisa J. Cisneros.

**IT IS SO ORDERED.**

Dated: September 16, 2025

CHARLES R. BREYER
United States District Judge