**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor, New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor, Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff People Center, Inc. d/b/a Rippling*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**PROOF OF SERVICE OF ORDERS ON ON REVOLUT** |

**PROOF OF SERVICE**

I, Jeff Nardinelli, hereby certify that on September 17, 2025, the following documents were served on counsel for Revolut Technologies Inc. ("Revolut"):

- ECF 122, ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE LISA J. CISNEROS

- ECF 123, ORDER by Magistrate Judge Lisa J. Cisneros

Both documents were delivered via electronic mail and via hand delivery to:

LATHAM & WATKINS LLP
Sarah Ray
Sarah.Ray@lw.com
Katharine Currault
Katharine.Currault@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

Executed September 17, 2025      By   */s/ Jeffrey Nardinelli*
                                      Jeffrey Nardinelli (CA Bar No. 295932)
                                      jeffnardinelli@quinnemanuel.com
                                      50 California, Fl. 22
                                      San Francisco, CA 94111
                                      Telephone:  (415) 875-6600
                                      Facsimile:  (415) 875-6700

                                      *Attorney for Plaintiff*
                                      *People Center, Inc. d/b/a Rippling*