**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff*
*People Center, Inc. d/b/a Rippling*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**PLAINTIFF'S REPLY AND REQUEST FOR CLARIFICATION PURSUANT TO THE COURT'S OCTOBER 24 ORDER (ECF 147)**<br><br>Compl. Filed:        March 17, 2025<br>Am. Compl. Filed:  June 5, 2025<br>Judge:                    Hon. Charles R. Breyer<br>Magistrate Judge:  Hon. Lisa J. Cisneros |

1 | Plaintiff People Center, Inc. d/b/a Rippling respectfully requests confirmation regarding the Court's resolution of Rippling's Motion Challenging Non-Party Revolut's Confidentiality Designations (ECF 119).

On October 24, the Magistrate Judge issued an Order stating in relevant part: "If any of the customers wish to retain confidentiality of the documents at issue, they may file opposition briefs and/or declarations no later than November 7, 2025, and Plaintiff may file a consolidated further reply to any such filings no later than November 14, 2025." ECF 147. No customer filed an opposition brief or declaration. Given the absence of any filing, Rippling understands that the challenged Revolut materials (RTI-00004 – 00006, *see* ECF 119-6 at 7) are no longer designated as CONFIDENTIAL or as ATTORNEYS EYES ONLY under the Protective Order (ECF 74). However, Rippling respectfully seeks clarification whether the Court intended to issue an additional Order to that effect, or if the prior order (ECF 147) now stands as de-designating the Revolut materials.

Rippling respectfully requests clarification on this issue.

Dated: November 14, 2025

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By  */s/ Joseph Sarles*

Joseph Sarles (CA Bar No. 254750)
865 S Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
josephsarles@quinnemanuel.com

*Attorneys for Plaintiff*
*People Center, Inc. d/b/a Rippling*