# EXHIBIT 2



# USD Statement

Generated on Aug 14, 2025
Revolut Technologies Inc

## Alba Basha

Sioux falls
SD

| | |
|---|---|
| Sort Code | REVOUS31 |
| Account Number | ▮▮▮▮1334 |

(These were your old account details that can no longer be used. Please use the details found in the app)

| | |
|---|---|
| Account Number | ▮▮▮▮1334 |
| ACH routing number | ▮▮▮▮4928 |

(These were your old account details that can no longer be used. Please use the details found in the app)

| | |
|---|---|
| Account Number | ▮▮▮▮1334 |
| ACH routing number | ▮▮▮▮3356 |

(These were your old account details that can no longer be used. Please use the details found in the app)

## Balance summary

| Product | Opening balance | Money out | Money in | Closing balance |
|---|---|---|---|---|
| Account<br>Where your transactions are remitted | $8.16 | $6,000.00 | $6,000.00 | $8.16 |
| Investment | $0.91 | $0.00 | $0.00 | $0.91 |
| Total | $9.07 | $6,000.00 | $6,000.00 | $9.07 |

The balance on your statement might differ from the balance shown in your app. The statement balance only reflects completed transactions, while the app shows the balance available for use, which accounts for pending transactions.

## Account transactions from November 4, 2024 to November 4, 2024

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| Nov 4, 2024 | Transfer from LETS DEEL LTD<br>Reference: From LETS DEEL LTD<br>From: LETS DEEL LTD | | $6,000.00 | $6,008.16 |



Report lost or stolen card
+1 844 744 3512
Get help directly in-app
Scan the QR code

The Revolut USA Prepaid Visa® and Prepaid Mastercard® are issued by Metropolitan Commercial Bank pursuant to a license from Visa U.S.A. Inc. for Visa cards, and Mastercard International for Mastercard cards, and may be used everywhere Visa or Mastercard are accepted. Banking services are provided by Metropolitan Commercial Bank, Member FDIC, and are subject to the terms of a Cardholder Agreement. "Metropolitan Commercial Bank" and "Metropolitan" are registered trademarks of Metropolitan Commercial Bank © 2014.

You can contact Revolut by using the in-app chat function in the Revolut mobile application, by calling (844) 744-3512, by sending a letter to 53 Beach Street, Floor 3, New York, NY 10013, by email at feedback@revolut.com, or by visiting www.revolut.com.

© 2025 Revolut Technologies Inc

Page 1 of 2

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

RTI-00004

# Revolut

# USD Statement
Generated on Aug 14, 2025
Revolut Technologies Inc

| Date | Description | Money out | Money in | Balance |
|---|---|---|---|---|
| Nov 4, 2024 | Transfer to KEITH O BRIEN<br>Reference: To KEITH OBRIEN<br>Total without Fees<br>To: KEITH O BRIEN | $6,000.00<br><br>$6,000.00 | | $8.16 |

## Summary of fees from November 4, 2024 to November 4, 2024

| Total fees paid (total package of services fees and total fees paid) | $0.00 |
|---|---|

## Summary of fees (prior month): October

| Total fees paid (total package of services fees and total fees paid) | $0.00 |
|---|---|

## Summary of fees · Year-to-Date

| Total fees paid (total package of services fees and total fees paid) | $0.01 |
|---|---|



Report lost or stolen card
+1 844 744 3512
Get help directly in-app
Scan the QR code

The Revolut USA Prepaid Visa® and Prepaid Mastercard® are issued by Metropolitan Commercial Bank pursuant to a license from Visa U.S.A. Inc. for Visa cards, and Mastercard International for Mastercard cards, and may be used everywhere Visa or Mastercard are accepted. Banking services are provided by Metropolitan Commercial Bank, Member FDIC, and are subject to the terms of a Cardholder Agreement. "Metropolitan Commercial Bank" and "Metropolitan" are registered trademarks of Metropolitan Commercial Bank © 2014.
You can contact Revolut by using the in-app chat function in the Revolut mobile application, by calling (844) 744-3512, by sending a letter to 53 Beach Street, Floor 3, New York, NY 10013, by email at feedback@revolut.com, or by visiting www.revolut.com.

© 2025 Revolut Technologies Inc                                                                                           Page 2 of 2

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY                                                        RTI-00005

# Document Produced in Native Format

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**                                                                                                        **RTI-00006**

| | Type | Product | Started Date | Completed Date | Description | Amount | Fee | Currency | Amount (base currency) | Fee (base currency) | Base currency | State | Balance | Transaction Id | Full name | IBAN | Direction | counterparty_id | Counterparty Name | Counterparty Identification Nbr | Counterparty Account Nbr | Card number | Counterparty Bank | Transaction Performer | Note to self |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | TRANSFER | CURRENT | 2024-11-04 09:12:26.850383+00:00 | 2024-11-04 09:12:27.159372+00:00 | From LETS DEEL LTD | 6000 | 0 | USD | 600000 | 0 | USD | COMPLETED | 6008.16 | 67288ffb-4514-a7cb-a3bd-8bfc4cca4e5e | Alba Basha | | IN | d25cc760-70b3- | LETS DEEL LTD | | 8139 | | REVOGB21 | INTERNAL | Expense |
| 1 | TRANSFER | CURRENT | 2024-11-04 09:13:23.486616+00:00 | 2024-11-04 09:13:23.747675+00:00 | To KEITH OBRIEN | 6000 | 0 | USD | 600000 | 0 | USD | COMPLETED | 8.16 | 67289033-f9d1-a4ed-a2e2-847d4f202f89 | Alba Basha | | OUT | ad8c16f9-b1e4-4 | KEITH O BRIEN | | 5079 | | REVOIE23 | INTERNAL | |

RTI-00006