**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
alexspiro@quinnemanuel.com
Maaren A. Shah (*pro hac vice*)
maarenshah@quinnemanuel.com
Samuel Nitze (*pro hac vice*)
samuelnitze@quinnemanuel.com
Scott Hartman (*pro hac vice*)
scotthartman@quinnemanuel.com
Dominic Pody (*pro hac vice*)
dominicpody@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Joseph Sarles (CA Bar No. 254750)
josephsarles@quinnemanuel.com
Kathleen S. Messinger (CA Bar No. 329983)
kathleenmessinger@quinnemanuel.com
865 S Figueroa St., 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff*
*People Center, Inc. d/b/a Rippling*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576 (CRB)<br><br>**RIPPLING AND NON-PARTY REVOLUT'S JOINT STATUS REPORT REGARDING MOTIONS TO SEAL**<br><br>Compl. Filed:      March 17, 2025<br>Am. Compl. Filed: June 5, 2025<br>Judge:             Hon. Charles R. Breyer<br>Courtroom:         6 |

Pursuant to the Court's Order at ECF 150, People Center, Inc. d/b/a Rippling ("Rippling") and non-party Revolut Technologies Inc. ("Revolut") hereby submit this joint status report informing the Court as to whether ECF 150 resolves any pending sealing motions.

Rippling and Revolut agree that in addition to resolving ECF 119, ECF 150 also resolves the following motions to seal by Rippling and non-party Revolut, because the information at issue in those motions to seal is the same information resolved by ECF 150:

- ECF 118 (Rippling's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed relating to Rippling's motion challenging Revolut's confidentiality designations)
- ECF 132 (Rippling's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed relating to Rippling's reply in support of its confidentiality challenge)
- ECF 136 (Revolut's Administrative Motion to File Under Seal an exhibit to a declaration in support of Revolut's opposition to Rippling's motion challenging its confidentiality designations)

ECF 150 *does not fully resolve* Rippling's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF 127) or Rippling's Administrative Motion to File Under Seal (ECF 128), both of which were filed in connection with, and attached unredacted versions of, Rippling's Consolidated Opposition to the Conspiring Executives' Motions to Dismiss ("MTD Opposition").

ECF 127 addressed the portions of the MTD Opposition that included information designated as confidential by Revolut. *See* ECF 127 at 2. The Court's Order at ECF 150 resolved those portions. However, ECF 127-1 is an unredacted version of Rippling's MTD Opposition, which also contains information that Rippling moved to seal, and that was specifically addressed by, ECF 128.

ECF 128 addressed the portions of the MTD Opposition that included information designated as confidential by Rippling. That information did not originate from Revolut and is

unrelated to the Court's order in ECF 150.  Thus, ECF 128 remains pending.

Dated: November 21, 2025

| **LATHAM & WATKINS LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
|---|---|
| By: */s/ Sarah M. Ray* | By: */s/ Jeff Nardinelli* |
| Sarah M. Ray (Bar No. 229670)<br>  sarah.ray@lw.com<br>Katharine Currault (Bar No. 346509)<br>  katharine.currault@lw.com<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone:  +1.415.391.0600<br><br>*Attorneys for Non-Party Revolut Technologies Inc.* | Alex Spiro (*pro hac vice*)<br>Scott Hartman (*pro hac vice*)<br>Dominic Pody (*pro hac vice*)<br>295 5th Avenue, 9th Floor<br>New York, NY 10016<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>alexspiro@quinnemanuel.com<br>scotthartman@quinnemanuel.com<br>dominicpody@quinnemanuel.com<br><br>Joseph Sarles (CA Bar No. 254750)<br>Kathleen S. Messinger (CA Bar No. 329983)<br>865 S Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>josephsarles@quinnemanuel.com<br>kathleenmessinger@quinnemanuel.com<br><br>Jeff Nardinelli (CA Bar No. 295932)<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>jeffnardinelli@quinnemanuel.com<br>*Attorneys for Plaintiff*<br>*People Center, Inc. d/b/a Rippling* |

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Jeff Nardinelli, attest that concurrence in the filing of this document has been obtained from the other signatories.

By */s/ Jeff Nardinelli*
Jeff Nardinelli