| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |    Sarah M. Ray (Bar No. 229670) |
|   |     sarah.ray@lw.com |
| 3 |    Katharine Currault (Bar No. 346509) |
|   |     katharine.currault@lw.com |
| 4 | 505 Montgomery Street, Suite 2000 |
|   | San Francisco, California 94111 |
| 5 | Telephone: +1.415.391.0600 |

*Attorneys for Non-Party Revolut Technologies Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING,<br><br>              Plaintiff,<br><br>v.<br><br>DEEL, INC., et al.,<br><br>              Defendants. | Case No. 3:25-cv-2576-CRB (LJC)<br><br>**REVOLUT'S NOTICE OF PUBLIC FILING**<br><br>Judge: Hon. Charles R. Breyer<br>Magistrate Judge: Hon. Lisa J. Cisneros |

Non-party Revolut Technologies Inc. hereby files a public version of the document previously filed under seal at Dkt. No. 136-2, in accordance with the November 17 Order Granting In Part and Denying In Part Motion Challenging Confidentiality Designations and Related Sealing Motions (Dkt. No. 150).

Dated:  November 24, 2025

Respectfully Submitted,

LATHAM & WATKINS LLP

By: /s/ *Sarah M. Ray*
Sarah M. Ray (Bar No. 229670)
sarah.ray@lw.com
Katharine Currault (Bar No. 346509)
katharine.currault@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:  +1.415.391.0600

*Attorneys for Non-Party Revolut Technologies Inc.*