UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,

Plaintiff(s),

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,

Defendant(s).

Case No. 3:25-cv-02576-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**: ORDER (CIVIL LOCAL RULE 11-3)

I, Danielle J. Barondess, an active member in good standing of the bar of Washington, DC, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Alexandre Bouaziz and Phillipe Bouaziz in the above-entitled action. My local co-counsel in this case is William Frentzen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 343918.

WILLIAMS & CONNOLLY LLP
680 Maine Ave. SW
Washington DC 20024
MY ADDRESS OF RECORD

MORRISON FOERSTER LLP
425 Market Street
San Francisco CA 94105
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202) 434-5246
MY TELEPHONE # OF RECORD

(415) 268-6413
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dbarondess@wc.com
MY EMAIL ADDRESS OF RECORD

wfrentzen@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 242204.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __March 3, 2026__                                        _/s/ Danielle Barondess_
                                                                                    APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of_ Danielle Barondess          _is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 3, 3036



_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                        2



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# *Danielle J Barondess*

*was duly qualified and admitted on December 4, 2017 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on February 25, 2026.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*