1  DAVID R. EBERHART (S.B. No. 195474)
   deberhart@omm.com
2  CHRISTOPHER B. PHILLIPS (S.B. No. 330256)
   cphillips@omm.com
3  O'MELVENY & MYERS LLP
   Two Embarcadero Center
4  28th Floor
   San Francisco, California 94111-3823
5  Telephone:   +1 415 984 8700

6  STUART M. SARNOFF (admitted *pro hac vice*)
   ssarnoff@omm.com
7  O'MELVENY & MYERS LLP
   1301 Avenue of the Americas
8  17th Floor
   New York, New York 10019
9  Telephone:   +1 212 326 2000

10 *Attorneys for Defendant*
   *Daniel J. Westgarth*
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                    SAN FRANCISCO DIVISION

15

16 | PEOPLE CENTER, INC. D/B/A RIPPLING, | Case No. 3:25-CV-02576-CRB |
   | a Delaware corporation, | |
17 | | **STIPULATION TO EXTEND TIME** |
   | Plaintiff, | **FOR DEFENDANTS TO RESPOND** |
18 | | **TO FIRST AMENDED COMPLAINT** |
   | v. | |
19 | | |
   | DEEL, INC., a Delaware corporation, | New Response Date: March 25, 2026 |
20 | ALEXANDRE ("ALEX") BOUAZIZ, an | |
   | individual, PHILIPPE BOUAZIZ, an individual, | |
21 | DANIEL JOHN ("DAN") WESTGARTH, an | |
   | individual, and DOES 1 – 100, | |
22 | | |
23 | Defendants. | |

24
25
26
27
28

1  WHEREAS, Plaintiff People Center, Inc. d/b/a Rippling ("Rippling" or "Plaintiff") filed a
2  First Amended Complaint ("FAC") in the above-entitled action on June 5, 2025;
3  WHEREAS, on July 11, 2025, Defendant Deel, Inc. ("Deel") filed a motion to dismiss the
4  FAC on various grounds, including failure to state a claim and for forum non conveniens;
5  WHEREAS, on August 22, 2025, the Defendants Alexandre ("Alex") Bouaziz, Philippe
6  Bouaziz, and Daniel John Westgarth ("Dan") (collectively, the "Individual Defendants," and
7  collectively, with Deel, the "Defendants") each filed motions to dismiss the FAC on various
8  grounds, including for failure to state a claim and for lack of personal jurisdiction;
9  WHEREAS, on February 23, 2026, the Court entered an order denying the Individual
10 Defendants' motions to dismiss, and granting in part and denying in part Deel's motion to
11 dismiss;
12 WHEREAS, Defendants seek sixteen additional days beyond the time provided by
13 Federal Rule of Civil Procedure 12(a)(4)(A) to answer the FAC;
14 WHEREAS, Plaintiff has agreed to extend Defendants' time to answer or otherwise
15 respond to the Complaint to March 25, 2026;
16 WHEREAS, a stipulation between the parties to extend Defendants' time to answer or
17 otherwise respond to the Complaint to March 25, 2026 will not alter any event or deadline already
18 fixed by Court Order;
19 NOW, THEREFORE, IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-
20 1(a), that: (1) the time for Defendants to answer or otherwise respond to the Complaint is hereby
21 extended to March 25, 2026; and (2) execution of this stipulation is not a waiver of any claims or
22 defenses Plaintiff or Defendants may otherwise have, and all such claims and defenses are
23 expressly reserved by Plaintiff and Defendants.

Dated: March 4, 2026

By: */s/ Eric H. MacMichael*
Eric H. MacMichael (SBN 231697)
emacmichael@keker.com
Elliott R. Peters (SBN 158708)
epeters@keker.com
Andrew F. Dawson (SBN 264421)
adawson@keker.com
Benjamin D. Rothstein (SBN 295720)
brothstein@keker.com
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391 5400
Facsimile: (415) 397 7188

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation

By: */s/ Lance Etcheverry*
Lane Etcheverry (SBN 199916)
lance.etcheverry@skadden.com
Jack P. Dicanio (SBN 138782)
jack.dicanio@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Jason D. Russell (SBN 169219)
jason.russell@skadden.com
Adam K. Lloyd (SBN 307949)
adam.lloyd@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

Attorneys for Defendant DEEL, INC.

By: */s/ David R. Eberhart*
David R. Eberhart (SBN 195474)
deberhart@omm.com
Christopher B. Phillips (SBN 330256)
cphillips@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

STUART M. SARNOFF (*pro hac vice*)
ssarnoff@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas
17th Floor
New York, New York 10019
Telephone: (212) 326-2000

Attorneys for Defendant
DANIEL JOHN WESTGARTH


By: */s/ Joseph G. Petrosinelli*

Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Kenneth Brown (*pro hac vice*)
kbrown@wc.com
Danielle J. Sochaczevski (*pro hac vice*)
dsochaczevski@wc.com
Lydia A. Weiant (*pro hac vice*)
lweiant@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

William Frentzen (SBN 343918)
WFrentzen@mofo.com
**MORRISON FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendants
ALEXANDRE and PHILIPPE BOUAZIZ

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: March 4, 2026            /s/ David R. Eberhart
                                            David R. Eberhart