# OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT

### Northern District of California

## CIVIL MINUTES

| **Date:** March 4, 2026 | **Time:** 1 hour and 37 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:25-cv-02576-CRB | **Case Name:** People Center, Inc. v. Deel, Inc. et al | |

**For Plaintiff:** Eric MacMichael and Benjamin Rothstein, Keker, Van Nest & Peters LLP, counsel for Plaintiff

**For Defendants:** Jason Russell, Skadden, Arps, Slate, Meagher & Flom LLP , counsel for Defendants

**Deputy Clerk:** Brittany Sims     **Recorded via Zoom:** 2:13 p.m.- 3:50 p.m.

## PROCEEDINGS

Discovery Hearing held.

ECF No. 166

The Court heard argument as to the joint discovery letter concerning the designation of custodians and Plaintiff's Request for Production No. 35.  For the reasons stated on the record, the Court granted Plaintiff's request to designate the remaining individuals as custodians: Shuo Wang, Chelsea Taylor Seiferth, John Crosson, Mike Gallardo, and Spiro Komis.  With respect to custodian Komis, the Court further ordered that counsel shall meet and confer to negotiate parameters (search terms, date range, and potentially other details) to ensure that the scope of discovery is sufficiently narrow to mitigate the burdens associated with review of potentially privileged material.  The parties shall meet and confer and file their stipulation regarding these parameters by no later than March 11, 2026.  If the parties are unable to reach an agreement, they may promptly file a joint discovery letter to resolve their dispute.  For the reasons stated on the record, the Court granted Plaintiff's request as to RFP No. 35.

[The orders issued above terminate ECF No. 166]

ECF No. 161

The parties updated the Court regarding their briefing schedule.  Plaintiff's motion is due by March 25, 2026.  Defendants' response is due on April 15, 2026.  Plaintiff's reply is due on April

29, 2026.  The Court agreed not to hold the hearing on the forthcoming motion for sanctions on May 16 through 22, 2026.

ECF No. 178

The parties represented that they have resolved their disputes as to Interrogatories Nos. 11 and 12.  Accordingly, the requests for relief as to these two interrogatories are denied on the grounds that the requests are now moot.

The Court heard further argument as to the joint discovery letter, ECF No. 178.  For the reasons stated on the record, the Court granted in part and denied in part Plaintiff's request for relief as to Interrogatory No. 12, and granted in full Plaintiff's request for relief as to Interrogatory No. 13.

With respect to Interrogatory No. 12, by March 18, 2026, Deel shall identify each statement in Mr. O'Brien's affidavit that Deel contends is a falsehood, distortion, mischaracterization, and/or omission, and describe the bases for Deel's contentions that it is a falsehood, distortion, mischaracterization, and/or omission.  The parties shall meet and confer and by April 3, 2026, file a stipulation setting a deadline by which Deel shall supplement its response to Interrogatory No. 12 with all facts supporting its contention.  If the parties are unable to reach an agreement, in lieu of a stipulation, they may file a joint letter not to exceed two pages setting forth their respective positions.  With respect to Interrogatory No. 13, by March 11, 2026, Deel shall respond to the interrogatory.

With respect to Rippling's request for a forensic inspect, the dispute is taken under submission and will be decided based on the parties' briefing, the record in this case, and relevant authorities.