KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff PEOPLE CENTER,
INC. D/B/A RIPPLING, a Delaware
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100,<br><br>Defendant. | Case No. 3:25-CV-2576-CRB<br>**ORDER ADOPTING STIPULATION RE SEARCH PARAMETERS FOR SPIROS KOMIS**<br><br>Judge:      Hon. Charles R. Breyer<br><br>Date Filed: March 17, 2025<br><br>Trial Date: None set |

Plaintiff PEOPLE CENTER INC. D/B/A/ Rippling ("Rippling") and Defendant DEEL, INC. ("Deel") (collectively, "the Parties") submit the following Stipulation.

WHEREAS, on January 23, 2026, the Parties filed a joint letter brief detailing their respective positions on, among other issues, whether Spiros Komis, Deel's Head of U.S. Legal, should be added as a custodian for Deel's document collection and review [ECF 166];

WHEREAS, on March 4, 2026, the Court held a hearing on that joint letter brief, ordered that Komis shall be added as a custodian, and further ordered the Parties to "meet and confer to negotiate parameters (search terms, date range, and potentially other details) to ensure that the scope of discovery is sufficiently narrow to mitigate the burdens associated with review of potentially privileged material" and to file, by March 11, 2026, a stipulation regarding these parameters [ECF 187]; and

WHEREAS, the Parties met and conferred by Zoom on March 9, 2026, to discuss these parameters, and thereafter agreed on certain parameters over email;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

(1) The date range for search and review of Komis's documents and communications shall be from November 1, 2024, through March 30, 2025, inclusive; and

(2) The search terms for Komis's documents and communications shall be the following, with terms being non-case-sensitive:

    a.   rippling OR "people center" OR parker

    b.   keith OR o'brien OR obrien OR kob

    c.   "global payroll geeks" OR gpg OR ireland

    d.   roddan OR "the information"

    e.   spy OR mole OR espionage or telegram

    f.   d-defectors OR defector* OR "d defector*"

    g.   (everett OR evrett) AND patrick

    h.   delet! OR destroy! OR wipe! OR wiping OR burner OR dubai; and

(3) Rippling reserves its right to expand these parameters subject to what Deel's production yields.

1

**IT IS SO STIPULATED.**

Dated:  March 11, 2026

KEKER, VAN NEST & PETERS LLP

By:  */s/ Benjamin D. Rothstein*
ELLIOT R. PETERS
ERIC H. MACMICHAEL
ANDREW F. DAWSON
BENJAMIN D. ROTHSTEIN

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation

Dated:  March 11, 2026

By:  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Jason D. Russell*
ADAM K. LLOYD
LANCE A. ETCHEVERRY
JACK P. DICANIO
JASON D. RUSSELL

Attorneys for Defendant
DEEL, INC.

IT IS SO ORDERED

Judge Lisa J. Cisneros

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: March 12, 2026

STIPULATION RE SEARCH PARAMETERS FOR SPIROS KOMIS
Case No. 3:25-CV-2576-CRB

6038741