**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

PEOPLE CENTER, INC. D/B/A RIPPLING,
a Delaware corporation,

        Plaintiff,

    vs.

DEEL, INC., a Delaware corporation,
ALEXANDRE ("ALEX") BOUAZIZ, an
individual, PHILIPPE BOUAZIZ, an
individual, DANIEL JOHN ("DAN")
WESTGARTH, an individual, and DOES 1–
100,

        Defendants.

Case No. 3:25-CV-2576 (CRB)

**[PROPOSED] ORDER DENYING
RIPPLING'S ADMINISTRATIVE
MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED**

Before the Court is Plaintiff People Center, Inc. d/b/a Rippling ("Rippling") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed in connection with Rippling's Consolidated Opposition To The Conspiring Executives' Motions To Dismiss ("Administrative Motion"). Having found that no portions of Rippling's Motion or the exhibits to the Declaration of Jeff Nardinelli in Support of Rippling's Motion contain material that is sealable pursuant to Local Rule 79-5:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Rippling's Motion | Yellow Highlighted Portions | Revolut |
| Nardinelli Decl. Ex. 4 | Yellow Highlighted Portions | Revolut |

Rippling's Administrative Motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated:  __March 30, 2026__     _____

CHARLES R. BREYER
United States District Judge