IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE CENTER, INC., | Case No.  25-cv-02576-CRB |
| Plaintiff, | |
| v. | **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| DEEL, INC., et al., | |
| Defendants. | |

Plaintiff filed a motion to consider whether another party's material should be sealed.  Dkt. 127.  Non-party Revolut provided a statement in support of sealing.  Dkt. 138. The Court entered an order intending to seal the designated material.  Dkt. 207.  But Plaintiff's proposed order for the Court was for a <u>denial</u> of its motion.  <u>See id.</u>  The Court clarifies that it is **GRANTING** Plaintiff's motion so that the designated portions in the motion are sealed.

**IT IS SO ORDERED.**

Dated: March 30, 2026

_____
CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California