LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
ADAM K. LLOYD (SBN 307949)
adam.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*Counsel for Defendant Deel, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**DECLARATION OF ANDREA DAVID MIELI IN SUPPORT OF DEEL'S POSITION IN THE JOINT LETTER RE: LOCATIONS FOR THE DEPOSITIONS OF ANDREA DAVID MIELI AND ASIF MALIK**<br><br>Compl. Filed:          March 17, 2025<br>Am. Compl. Filed:   June 5, 2025<br>Magistrate Judge:   Hon. Lisa J. Cisneros<br>Trial Date:              None set |

## DECLARATION OF ANDREA DAVID MIELI

I, Andrea David Mieli, under penalty of perjury, declare and state as follows:

1.      I am over the age of eighteen and make this declaration based upon my personal knowledge. I understand that my deposition is being sought in the case *People Center, Inc., d/b/a Rippling v. Deel et al.*, Case No. 3:26-cv-2576-CRB. I submit this declaration in relation to a dispute being raised with the court as to the location of my deposition.

2.      I am a citizen of Italy. I reside and work in Rome, Italy. I am not a citizen or resident of the United States. I do not maintain a domicile, office, mailing address, or any other physical presence in the United States, and I do not own property in the United States.

3.      Deel is a fully remote company. There is no physical headquarters to which I report, and I perform my work from Rome.

4.      I do not regularly travel to the United States for business or personal purposes. To the best of my recollection, I have only been to California once for a vacation in 2013 and once on a stopover during a vacation.

5.      Requiring me to travel to San Francisco for a deposition would be burdensome. In addition to the approximately thirteen hours of travel each way, a deposition in San Francisco would likely require me to be away from my family for the better part of a week. I have a young child who is approximately two and a half years old. I also assist in providing care for my mother, who is almost seventy years old, and my grandmother, who is almost ninety-four years old.

6.      I am willing to appear for deposition in London, England, which is a readily accessible destination from Rome and involves a much shorter journey. I am also willing to appear for deposition by remote videoconference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

MIELI DECL. ISO DEEL'S POSITION IN JOINT LETTER RE DEPO LOCATION                CASE NO.: 3:25-CV-02576-CRB

Executed on April 1, 2026, at Rome, Italy

**Signed by:**

By: _____

Andrea David Mieli

BF1E03CB69064BF...

2