LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:      (650) 470-4500
Facsimile:      (650) 470-4570

JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
ADAM K. LLOYD (SBN 307949)
adam.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

*Counsel for Defendant Deel, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>                    Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**DECLARATION OF ASIF MALIK IN SUPPORT OF DEEL'S POSITION IN THE JOINT LETTER RE: LOCATIONS FOR THE DEPOSITIONS OF ANDREA DAVID MIELI AND ASIF MALIK**<br><br>Compl. Filed:          March 17, 2025<br>Am. Compl. Filed:   June 5, 2025<br>Magistrate Judge:    Hon. Lisa J. Cisneros<br>Trial Date:              None set |

MALIK DECL. ISO DEEL'S POSITION IN JOINT LETTER RE DEPO LOCATION          CASE NO.: 3:25-CV-02576-CR

### DECLARATION OF ASIF MALIK

I, Asif Malik, under penalty of perjury, declare and state as follows:

1.    I am over the age of eighteen and make this declaration based upon my personal knowledge. I understand that my deposition is being sought in the case *People Center, Inc., d/b/a Rippling v. Deel et al.*, Case No. 3:26-cv-2576-CRB. I submit this declaration in relation to a dispute being raised with the court as to the location of my deposition.

2.    I am a citizen of the United Kingdom. I permanently reside and work in Dubai, United Arab Emirates.

3.    I am not a citizen or resident of the United States. I do not maintain a domicile, office, mailing address, or any other physical presence in the United States and I do not own property in the United States.

4.    Deel is a fully remote company. There is no physical headquarters to which I report.

5.    I am employed by Deel's employer of record for Dubai, Deel AE FZE.

6.    I do not travel to the United States regularly for either business or personal purposes. During my employment with Deel, I have traveled to the U.S. only one time for business. This trip was not to California.

7.    I am willing to appear for deposition in London, England. London is a readily accessible destination from Dubai and requires a much shorter journey. I am also willing to appear for deposition by remote videoconference.

8.    Due to the ongoing conflict in the Middle East, I have significant concerns about being away from my family in Dubai for extended periods, particularly given the risk that air travel into or out of Dubai could be suspended again. For this reason, I intend to bring my family with me to whatever location the court authorizes for the deposition. Traveling with my family to the United Kingdom would involve a considerably shorter flight and impose far less of a burden than traveling to the United States.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 1, 2026, at Dubai, UAE

By: _____
Asif Malik