KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff PEOPLE CENTER,
INC. D/B/A RIPPLING, a Delaware
corporation and Counter-Defendant PARKER
ROUSE CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR COUNTERCLAIMS FOR:**<br><br>1. **VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), 18 U.S.C. § 1962(c);**<br><br>2. **CONSPIRACY TO VIOLATE RICO, 18 U.S.C. § 1962(d);**<br><br>3. **VIOLATION OF THE COMPUTER FRAUD AND ABUSE ACT, 18 U.S.C. § 1030, *et seq.*;**<br><br>4. **VIOLATION OF THE ANTI-CYBERSQUATTING PROTECTION ACT, 15 U.S.C. § 1125(d);**<br><br>5. **TRADEMARK INFRINGEMENT, 15 U.S.C. § 1114;**<br><br>6. **FALSE DESIGNATION OF ORIGIN & UNFAIR** |

**COMPETITION UNDER THE LANHAM ACT, 15 U.S.C. § 1125(a); and**

7. **FALSE ADVERTISING UNDER THE LANHAM ACT, 15 U.S.C. § 1125(a).**

Date Filed:     March 17, 2025
Am. Compl.:  Filed: June 5, 2025
Judge:          Hon. Charles R. Breyer
Courtroom:   6

Trial Date:     None set

DEEL, INC., a Delaware corporation,

        Counterclaimant,

    v.

PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100,

        Counter-Defendants.

Plaintiff/Counter-Defendant PEOPLE CENTER, INC. D/B/A Rippling ("Rippling"), Counter-Defendant PARKER ROUSE CONRAD ("Conrad"), and Defendant/Counter-Plaintiff DEEL, INC. ("Deel") (collectively, "the Parties") submit the following Stipulation.

WHEREAS, on March 25, 2026, Deel filed its Counterclaims against Rippling and Conrad [ECF No. 203];

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), Rippling's and Conrad's response to the Counterclaims is due on April 15, 2026;

WHEREAS, Counter-Defendant Keith O'Brien has not yet been served with the Counter-Complaint and therefore his response date has not been established;

WHEREAS, Civil Local Rules 6-1(b) and 6-2 permit parties to file a stipulation requesting an order changing time under the Federal Rules;

WHEREAS, good cause exists for the requested modification because Rippling and Conrad require additional time to review and evaluate the Counterclaims and prepare their response;

WHEREAS, this is the Parties' first request for a modification of the schedule relating to the Counterclaims;

WHEREAS, the Parties agree that extending the deadline for Rippling and Conrad to respond to Deel's Counterclaims will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties agree that Rippling and Conrad will not seek a stay of discovery on Deel's Counterclaims during the pendency of their anticipated motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Parties agree that the deadline for Rippling and Conrad to respond to the Counterclaims shall be extended by 23 days.

2. The briefing schedule for any motion filed by Rippling and Conrad in response to the Counterclaims, if any, is as follows:

   a. Rippling and Conrad shall file their motion to dismiss on or before May 8, 2026;

   b. Deel shall file any opposition on or before June 8, 2026;

1

c.  Rippling and Conrad shall file any reply on or before June 29, 2026.

3.  This stipulation is without prejudice to, or waiver of, any rights or defenses available to the Parties.

**IT IS SO STIPULATED.**

Dated: April 6, 2026                                    KEKER, VAN NEST & PETERS LLP


By:  */s/ Andrew F. Dawson*
ELLIOT R. PETERS
ERIC H. MACMICHAEL
ANDREW F. DAWSON
BENJAMIN D. ROTHSTEIN


Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation and Counter-Defendant PARKER ROUSE CONRAD


Dated: April 6, 2026                          By:  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Adam K. Lloyd*
ADAM K. LLOYD
LANCE A. ETCHEVERRY
JACK P. DICANIO
JASON D. RUSSELL

Attorneys for Defendant
DEEL, INC.

2

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: April 6, 2026

/s/ Andrew F. Dawson
Andrew F. Dawson

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

## [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

DATED:  __April 7, 2026__

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

4