LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:    (650) 470-4500
Facsimile:    (650) 470-4570

JASON D. RUSSELL (SBN 169219)
jason.russell@skadden.com
ADAM K. LLOYD (SBN 307949)
adam.lloyd@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Counsel for Defendant and Counterclaimant Deel, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**DECLARATION OF KENNETH BROWN IN SUPPORT OF DEEL'S OPPOSITION TO RIPPLING'S MOTION FOR DISCOVERY SANCTIONS AGAINST DEEL**<br><br>Compl. Filed:        March 17, 2025<br>Am. Compl. Filed:    June 5, 2025<br>Counterclaims Filed    March 25, 2026<br>Judge:                Hon. Charles R. Breyer<br>Magistrate Judge:    Lisa J. Cisneros<br>Trial Date:            None Set |
| DEEL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100,<br><br>Counter-Defendants. | |

### DECLARATION OF KENNETH BROWN

I, Kenneth Brown, under penalty of perjury, declare and state as follows:

1.    I am over the age of 18 and not a party to this action.  I am a partner at Williams & Connolly LLP, which is counsel of record for defendants Alexandre Bouaziz ("Alex") and Philippe Bouaziz ("Philippe") in this matter, in which I have been admitted *pro hac vice*.

2.    I submit this declaration in support of Deel Inc.'s ("Deel") Opposition to Rippling's Motion for Discovery Sanctions (the "Motion") in the above-captioned action.  I make this declaration based on my personal knowledge and, if called upon to do so, would testify competently hereto.  In making this declaration, I reserve all attorney-client and work product privileges and protections.

3.    People Center, Inc. d/b/a Rippling ("Rippling") did not seek any discovery from Alex, Philippe, or Dan Westgarth (collectively, the "Individual Defendants") until February 18, 2026, following Judge Breyer's statement on February 13 that he intended to deny the Individual Defendants' motions to dismiss Rippling's action for insufficient service, lack of personal jurisdiction, *forum non conveniens*, and failure to state a claim.  The Individual Defendants substantively responded to all of Rippling's discovery requests on March 20, 2026 without seeking any extension of time.

4.    The Individual Defendants did not agree to participate in discovery before their service, jurisdictional, and forum challenges were resolved.  Rippling asked the Individual Defendants to agree that they would not seek a stay of discovery pending the resolution of their motions to dismiss, but the Individual Defendants declined.

5.    Through November 2025, Rippling had told the Individual Defendants that, if they participated in discovery in this matter, Rippling would argue that the Individual Defendants waived their challenges to service and personal jurisdiction.  Indeed, Rippling refused even to agree to a simple proposal that counsel for the Individual Defendants would accept service of process in this case while preserving the Individual Defendants' personal jurisdiction defense.

2

6.     Accordingly, the Individual Defendants waited until their service, jurisdictional, and forum motions were adjudicated by the Court before participating in discovery. Since that date, the Individual Defendants have participated fully in discovery.

7.     I understand that in December 2025, after Rippling changed its lead counsel, Rippling's new counsel asserted that Rippling never had taken the position that the Individual Defendants would waive their service and jurisdictional defenses by participating in discovery. That is incorrect.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 15, 2026, in Washington, D.C.

By: _____
                KENNETH BROWN

BROWN DECL. ISO DEEL'S SANCTIONS OPPOSITION                    CASE NO.: 3:25-CV-02576-CRB