# EXHIBIT 2

## Lloyd, Adam K (LAC)

| | |
|---|---|
| **From:** | Jeff Nardinelli <jeffnardinelli@quinnemanuel.com> |
| **Sent:** | Monday, September 8, 2025 10:10 AM |
| **To:** | Lloyd, Adam K (LAC); Russell, Jason D (LAC); Etcheverry, Lance A (PAL); DiCanio, Jack P (PAL) |
| **Cc:** | QE-Rippling |
| **Subject:** | [Ext] RE: Rippling/Deel - initial ESI hit counts |

Counsel,

Thank you for confirming on the Sept. 2 call that Deel will provide hit counts for the additional four custodians.  Please let us know a firm date by which we can expect to receive them.

We also discussed the appropriate date range for Deel's document production and interrogatory responses.  Rippling seeks documents beginning September 1, 2022, and Deel asked for Rippling's explanation of that date.  As we explained, that date corresponds to Rippling's allegation that on September 12, 2022, Chris Lee said he had compiled "pages of insights" on Rippling "gathered from Deel sales representatives posing as job applicants," representing a widespread effort by Deel to improperly gather intel on Rippling that was already underway by that time; this contributed to Rippling's decision two months later to "inform[] Deel that it would not renew Deel's contract."  FAC ¶¶ 43-44.

Deel also requested an updated working definition of "Rippling Originated Information" for purposes of responding to Rippling's RFPs and Interrogatories, and we discussed providing additional details to assist Deel in implementing the searches necessary to respond to these RFPs.  Rippling provides that further definition as follows:

> "Rippling Originated Information" means the following information originating from Rippling obtained or used by Deel through improper means:  (a) information wrongly obtained by Deel through its access as a Rippling customer while developing competing products (FAC ¶¶ 40-44), (b) the "pages of insights" on Rippling that Chris Lee claimed were gathered from Deel sales representatives posing as job applicants and other information obtained through Deel's "sustained and targeted" recruitment of Rippling personnel that served as "a mechanism for misappropriating trade secrets and confidential business information" (FAC ¶¶ 43-47, 166), (c) information taken by former Rippling employees recruited by Deel, including documents downloaded by Conspirator-1 before his termination by Rippling and PEO-related confidential documents retained by Conspirator-2 (FAC ¶¶ 27-28, 49-52, 162), (d) information from Rippling gathered by Deel employees falsely posing as legitimate customer prospects (FAC ¶¶ 52-53), (e) Rippling's product roadmaps, core initiatives, launch strategies, country-by-country pricing models, sales forecasts, customer lists, recruitment targets, go-to-market tactics, and information about Rippling's customers for particular products in particular countries (FAC ¶¶ 49, 69, 89, 91, 94-102, 105, 177), (f) Rippling's sales pipeline information, competitive intelligence cards, customer-specific information stolen by Keith O'Brien from Rippling's Slack channels and computer systems, and customer retention strategies (FAC ¶¶ 78-88, 103-104, 106-107), (g) information about Rippling's employees used by Deel to attempt to hire those employees away from Rippling (FAC ¶¶ 73, 108-112), and (h) information used by Deel to advance a false press attack against Rippling (FAC ¶¶ 113-117).

With this information, please confirm Deel will provide supplemental interrogatory responses by this Friday, September 12.  Please also confirm that Deel has begun reviewing documents for production in response to

Rippling's RFPs.  As we discussed on September 2, Rippling will negotiate any problematic ESI search terms in good faith, but we understand that Deel has no objection to a substantial number of the terms from Rippling's initial proposal.

Finally, as discussed, Rippling is investigating the process for producing responsive information from Salesforce, and we understand that Deel is investigating the same on its end.

Best,
Jeff

**From:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Sent:** Tuesday, August 26, 2025 4:43 PM
**To:** Lloyd, Adam K <Adam.Lloyd@skadden.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>; Russell, Jason D <Jason.Russell@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>
**Subject:** RE: Rippling/Deel - initial ESI hit counts

Adam,

Rippling is available next Tuesday at 1pm PT.  We'll send an invite.

We will await Deel's confirmation regarding the four custodians.  Your email indicates that Deel intends to begin reviewing ESI hits for production—let's discuss that on Tuesday.  Finally, Rippling is amenable to discussing Deel's other objections to Rippling's interrogatories, but to ensure our discussion is productive, please provide the following information by this Friday:

- Which interrogatories is Deel prepared to respond to now, given that Deel's motion to stay pending the FNC ruling has been finally rejected?
- For the remaining interrogatories, please identify the key points driving Deel's objections, and if Deel proposes a narrower scope than what is sought by any interrogatory, please provide that scope.  This will help streamline the parties' discussion and facilitate a good faith meet and confer.  We understand Deel stands by its written objections, and Rippling won't construe Deel's identification of key points and/or proposed narrowed scope as a waiver of any of Deel's written objections.

We look forward to a productive discussion.

Best,
Jeff

**From:** Lloyd, Adam K <Adam.Lloyd@skadden.com>
**Sent:** Tuesday, August 26, 2025 3:43 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>; Russell, Jason D <Jason.Russell@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>
**Subject:** RE: Rippling/Deel - initial ESI hit counts

**[EXTERNAL EMAIL from adam.lloyd@skadden.com]**

Jeff and Kat,

2

We write in response to Jeff's email below regarding the four custodians and Kat's email from Friday asking Deel to supplement its responses and objections to Rippling's RFPs and Interrogatories (which have been the subject of motion practice on timing agreed upon by both parties). We would like to have a meet-and-confer on both issues, but are unavailable tomorrow. We are available on Tuesday at 1 p.m. Please let us know if that works on your end.

We believe we can likely reach an agreement on the custodians, and this time will allow us to confirm as much with our client. On the RFPs, as this email chain evidences, we are in the process of good faith conferral on custodians and search terms. As to the Interrogatories, the Court's order specifically contemplated Deel's "future challenges to proportionality" of Rippling's discovery requests. ECF 101. Deel's argument that the requests were not germane to the FNC was just one ground upon which Deel objected, and Deel set forth several other material objections to the scope of the Interrogatories. In keeping with the spirit of Magistrate Judge Cisneros's order, Deel would like to try to resolve those other objections informally with Rippling and without Court intervention if possible.

Thanks,
Adam

**From:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Sent:** Monday, August 25, 2025 6:16 PM
**To:** Lloyd, Adam K (LAC) <Adam.Lloyd@skadden.com>; Russell, Jason D (LAC) <Jason.Russell@skadden.com>; Etcheverry, Lance A (PAL) <Lance.Etcheverry@skadden.com>; DiCanio, Jack P (PAL) <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** [Ext] RE: Rippling/Deel - initial ESI hit counts

Adam,

Thanks.  Rippling is available to meet and confer this Wednesday at 11am PT regarding the four custodians.  If Deel agrees to run initial hit counts for those custodians by then, that will moot the meet and confer, but if not, Rippling intends to seek judicial relief but needs to first hear and consider Deel's basis for refusal.

Best,
Jeff

**From:** Lloyd, Adam K <Adam.Lloyd@skadden.com>
**Sent:** Monday, August 25, 2025 5:04 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; Russell, Jason D <Jason.Russell@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** RE: Rippling/Deel - initial ESI hit counts

**[EXTERNAL EMAIL from adam.lloyd@skadden.com]**

Deel's initial hit report is designated "Confidential" per the parties' protective order.

**From:** Lloyd, Adam K (LAC)
**Sent:** Monday, August 25, 2025 5:00 PM

3

**To:** 'Jeff Nardinelli' <jeffnardinelli@quinnemanuel.com>; Russell, Jason D (LAC) <Jason.Russell@skadden.com>; Etcheverry, Lance A (PAL) <Lance.Etcheverry@skadden.com>; DiCanio, Jack P (PAL) <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** RE: [Ext] RE: Rippling/Deel - initial ESI hit counts

Please see attached initial hit report. As noted previously, these were run across the following custodians:

- Bouaziz, Alex
- Bouaziz, Philippe
- Westgarth, Dan
- Malik, Asif
- Mieli, David
- Diana, Elisabeth
- Komis, Spiros
- North, Nathan

We are still discussing with our client Rippling's request for the four additional custodians, and will get back to you soon.

The beginning date for these searches was January 1, 2024.

**From:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Sent:** Friday, August 22, 2025 4:35 PM
**To:** Lloyd, Adam K (LAC) <Adam.Lloyd@skadden.com>; Russell, Jason D (LAC) <Jason.Russell@skadden.com>; Etcheverry, Lance A (PAL) <Lance.Etcheverry@skadden.com>; DiCanio, Jack P (PAL) <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** [Ext] RE: Rippling/Deel - initial ESI hit counts

Hi Adam,

Rippling agrees to an exchange Monday, August 25 at 5:00 PM PT.  Please get back to us promptly regarding the other four custodians.

Best,
Jeff

**From:** Lloyd, Adam K <Adam.Lloyd@skadden.com>
**Sent:** Friday, August 22, 2025 3:46 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; Russell, Jason D <Jason.Russell@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** RE: Rippling/Deel - initial ESI hit counts

**[EXTERNAL EMAIL from adam.lloyd@skadden.com]**

Jeff,

In light of Rippling's lack of response to Deel's Monday email until Friday at noon, our hit reports are not quite ready for exchange today, and we propose instead a mutual exchange of initial results on Monday at 5 p.m. Pacific.

We will discuss with our client running your search terms on the four additional custodians that you propose below, which, as you know, will cost our client money to have our vendor process their data for searching. We are otherwise running all 236 of your separate search terms across the other eight Deel custodians that you requested.

Best,
Adam

---

**From:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Sent:** Friday, August 22, 2025 2:16 PM
**To:** Lloyd, Adam K (LAC) <Adam.Lloyd@skadden.com>; Russell, Jason D (LAC) <Jason.Russell@skadden.com>; Etcheverry, Lance A (PAL) <Lance.Etcheverry@skadden.com>; DiCanio, Jack P (PAL) <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** [Ext] RE: Rippling/Deel - initial ESI hit counts

Adam, as the offered exchange time is approaching, I'm following up to confirm. Rippling is ready to serve its initial hit counts at any time.

---

**From:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Sent:** Friday, August 22, 2025 11:59 AM
**To:** Lloyd, Adam K <Adam.Lloyd@skadden.com>; Russell, Jason D <Jason.Russell@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** RE: Rippling/Deel - initial ESI hit counts

Adam,

Rippling proposes a mutual exchange of initial hit counts today at 5:00 pm PT.

Further, Deel's proposed custodian limitation is improper at this stage. All four custodians that Deel is refusing to investigate (Luke Ferrel, Donald Floss, Phillip Alvarado, Chris Lee) are named in Rippling's First Amended Complaint. *Se* Dkt. 57 ¶¶ 27, 28, 43, 85. We expect a cooperative negotiation of appropriate ESI custodians but we cannot begin a reasonable discussion without hit counts. Please confirm Deel will run Rippling's proposed search terms against those four custodians and provide hit counts as soon as they are ready—just as Rippling has run Deel's requested ESI searches in full for this initial stage.

Best,
Jeff

---

**From:** Lloyd, Adam K <Adam.Lloyd@skadden.com>
**Sent:** Monday, August 18, 2025 5:58 PM
**To:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>; Russell, Jason D <Jason.Russell@skadden.com>; Etcheverry, Lance A <Lance.Etcheverry@skadden.com>; DiCanio, Jack P <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** RE: Rippling/Deel - initial ESI hit counts

Jeff,

Deel should have initial hit counts ready to share by the end of the day on Wednesday. For the purpose of our negotiations, we are running Rippling's full list of 236 separate search terms across all of your requested custodians at this time with the exception of Luke Ferrel, Donald Floss, Phillip Alvarado, Chris Lee, and the unidentified Deel sales personnel. We are available to discuss on Thursday afternoon if you would like.

Best,
Adam

**From:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Sent:** Friday, August 15, 2025 10:44 AM
**To:** Lloyd, Adam K (LAC) <Adam.Lloyd@skadden.com>; Russell, Jason D (LAC) <Jason.Russell@skadden.com>; Etcheverry, Lance A (PAL) <Lance.Etcheverry@skadden.com>; DiCanio, Jack P (PAL) <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** [Ext] Rippling/Deel - initial ESI hit counts

Counsel,

Following up on the parties' initial exchange of proposed ESI search terms and custodians, Rippling is running the full set of Deel's proposed search terms across all requested custodians. We will share the resultant hit counts with Deel and may propose reasonable modifications, as appropriate. Please confirm that Deel is likewise running the full set of search terms over all custodians Rippling identified and will generate and share hit counts. Please also advise when Deel will have its hit counts ready so we can coordinate a mutual exchange.

Best,
Jeff

**Jeff Nardinelli**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this

email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================

-----------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=============================================================================