# EXHIBIT 3

## Lloyd, Adam K (LAC)

| | |
|---|---|
| **From:** | Lloyd, Adam K (LAC) |
| **Sent:** | Thursday, October 9, 2025 9:22 PM |
| **To:** | 'Jeff Nardinelli'; jpetrosinelli@wc.com; Brown, Kenneth; Sochaczevski, Danielle; Weiant, Lydia; jdavidson@cov.com; ichaput@cov.com; Eberhart, David R.; ssarnoff@omm.com; Phillips, Chris B.; Russell, Jason D (LAC); Etcheverry, Lance A (PAL); DiCanio, Jack P (PAL) |
| **Cc:** | QE-Rippling |
| **Subject:** | RE: [Ext] Rippling v. Deel - revised CMC statement |

Counsel,

We do not believe that it is appropriate or proper to submit to the Court an unsolicited case management statement seeking to set trial and other dates, particularly under the circumstances here. As you know, Deel and Rippling submitted a case management conference statement on June 14, and the Court then vacated the CMC set for June 20. The Court, clearly aware of the challenges of all Defendants to proceeding in the Northern District, has not subsequently reset the CMC, set any trial or other dates, or requested that the parties file any further case management statements. The Court will tell the parties when it desires such a submission and when it intends to set dates, particularly given the constraints placed on the federal judiciary by the ongoing government shutdown. And, as you are aware, in the meantime, Deel and Rippling have been engaging in discovery and a productive meet-and-confer process to address and resolve discovery disputes as they arise, further undermining any need to burden the Court with unsolicited and unnecessary filings at this time.

Rippling's proposed submission of an unsolicited case management statement is further improper because the Individual Defendants are challenging service and personal jurisdiction here, and Rippling has repeatedly taken the position that any participation by the Individual Defendants in this matter while their service and jurisdictional challenges are pending would constitute a waiver of those defenses. As you know, the Individual Defendants' motions raising these and other issues are now fully briefed and pending before the Court, as are Deel's motions seeking dismissal of this Action for forum non conveniens and failure to state any legally sufficient claims, among other things. There is thus no basis or urgency for submitting an unnecessary case management statement now that the Court has continued the hearing on the pending dispositive motions until December 12, 2025.

For these reasons, Deel does not believe that the parties can or should submit an unsolicited case management statement to the Court at this time. Neither the parties nor the Court know with any certainty which defendants are even in the case, what, if any, claims will survive any of the pending motions, or where Rippling's claims will even be litigated (if anywhere).

Although the Individual Defendants maintain their position that the Court lacks personal jurisdiction over them (as well as the other positions for dismissal set forth in their motions to dismiss), we understand that their views are in accord with the above.

Best,
Adam

1

**From:** Jeff Nardinelli <jeffnardinelli@quinnemanuel.com>
**Sent:** Monday, October 6, 2025 2:25 PM
**To:** jpetrosinelli@wc.com; Brown, Kenneth <kbrown@wc.com>; Sochaczevski, Danielle <dsochaczevski@wc.com>; Weiant, Lydia <lweiant@wc.com>; jdavidson@cov.com; ichaput@cov.com; Eberhart, David R. <deberhart@omm.com>; ssarnoff@omm.com; Phillips, Chris B. <cphillips@omm.com>; Lloyd, Adam K (LAC) <Adam.Lloyd@skadden.com>; Russell, Jason D (LAC) <Jason.Russell@skadden.com>; Etcheverry, Lance A (PAL) <Lance.Etcheverry@skadden.com>; DiCanio, Jack P (PAL) <Jack.DiCanio@skadden.com>
**Cc:** QE-Rippling <qe-rippling@quinnemanuel.com>
**Subject:** [Ext] Rippling v. Deel - revised CMC statement

Counsel for Defendants:

As the Court has not yet entered a case management order or schedule, Rippling has prepared the attached draft case management statement for submission on behalf of all parties. We would like to file this Friday, October 10, to give the Court a full week to consider it before the hearing set for the following Friday. Accordingly, please share your inserts by then.

Best,
Jeff

**Jeff Nardinelli**
*Of Counsel,*
Quinn Emanuel Urquhart & Sullivan, LLP

50 California Street, 22nd Floor
San Francisco, CA 94111
415-875-6325 Direct
415.875.6600 Main Office Number
415.875.6700 FAX
jeffnardinelli@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.