KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff PEOPLE CENTER,
INC. D/B/A RIPPLING, a Delaware
corporation and Counter-Defendant
PARKER ROUSE CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>**STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSOLIDATE FORTHCOMING MOTIONS TO DISMISS DEEL'S COUNTERCLAIMS**<br><br>Date Filed:          March 17, 2025<br>Am. Compl. Filed:  June 5, 2025<br>Judge:              Hon. Charles R. Breyer<br>Courtroom:        6<br><br>Trial Date:          None set |
| DEEL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1–100,<br><br>Counter-Defendants. | |

6190637

Pursuant to Civil Local Rules 7-11 and 7-12, and this Court's Standing Order for Civil and Criminal Cases Section I.C, Plaintiff/Counter-Defendant PEOPLE CENTER, INC. D/B/A Rippling ("Rippling") and Counter-Defendant PARKER ROUSE CONRAD ("Conrad") submit this Stipulated Administrative Motion and Proposed Order requesting leave to consolidate the Counter-Defendants' forthcoming motions to dismiss Defendant/Counterclaimant DEEL, INC.'s ("Deel") counterclaims into a single omnibus motion to dismiss, not to exceed thirty (30) pages, and setting page limits for subsequent briefing. This omnibus motion will make arguments on behalf of both Counter-Defendants, and it will seek dismissal under Federal Rule of Civil Procedure 12. Good cause exists, as consolidating Counter-Defendants' arguments for dismissal into a single motion will promote efficiency both for the parties and the Court. Because the consolidated motion would combine these separate motions, the Counter-Defendants respectfully request the Court's leave to file one omnibus motion to dismiss on behalf of both Counter-Defendants, not to exceed thirty (30) pages. Deel does not oppose this request. The parties further agree that Deel may file an opposition to the omnibus motion to dismiss not to exceed thirty (30) pages, and that the Counter-Defendants may file a reply in support of the omnibus motion to dismiss not to exceed fifteen (15) pages. Pursuant to the parties' earlier stipulation, a briefing schedule as to the omnibus motion to dismiss has already been set by this Court at ECF No. 215.

Dated: April 30, 2026

KEKER, VAN NEST & PETERS LLP

By:  /s/ Andrew F. Dawson
ELLIOT R. PETERS
ERIC H. MACMICHAEL
ANDREW F. DAWSON
BENJAMIN D. ROTHSTEIN

Attorneys for Plaintiff/Counter-Defendant PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation and Counter-Defendant PARKER ROUSE CONRAD

1

STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSOLIDATE
FORCHOMING MOTIONS TO DISMISS DEEL'S COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6190637

**STIPULATION**

Plaintiff/Counter-Defendant People Center, Inc. d/b/a Rippling and Counter-Defendant Parker Rouse Conrad conferred with Defendant/Counterclaimant Deel, Inc. ("Deel") about the relief requested in this Administrative Motion. Deel does not oppose the Counter-Defendants' request.

Dated: April 30, 2026                                KEKER, VAN NEST & PETERS LLP

                                        By:    /s/ Andrew F. Dawson
                                               ELLIOT R. PETERS
                                               ERIC H. MACMICHAEL
                                               ANDREW F. DAWSON
                                               BENJAMIN D. ROTHSTEIN

                                               Attorneys for Plaintiff/Counter-Defendant
                                               PEOPLE CENTER, INC. D/B/A
                                               RIPPLING, a Delaware corporation and
                                               Counter-Defendant PARKER ROUSE
                                               CONRAD

Dated: April 30, 2026                 By:    SKADDEN, ARPS, SLATE, MEAGHER
                                             & FLOM LLP

                                             /s/ Quyen L. Ta
                                             QUYEN L. TA
                                             JACK P. DICANIO

                                             Attorneys for Defendant/Counterclaimant
                                             DEEL, INC.

STIPULATED ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE
FORTHCOMING MOTIONS TO DISMISS DEEL'S COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6190637

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: April 30, 2026                                    */s/ Andrew F. Dawson*
                                                          Andrew F. Dawson

3

STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSOLIDATE
FORTHCOMING MOTIONS TO DISMISS DEEL'S COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6190637

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Counter-Defendants People Center Inc. d/b/a Rippling and Parker Rouse Conrad may file an omnibus motion to dismiss not to exceed thirty (30) pages. Counterclaimant Deel, Inc. may file an opposition to the omnibus motion to dismiss not to exceed thirty (30) pages. The Counter-Defendants may then file a reply in support of the omnibus motion to dismiss not to exceed fifteen (15) pages.


DATED:  May 4, 2026

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

4

STIPULATED ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE
FORTHCOMING MOTIONS TO DISMISS DEEL'S COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6190637