JOSH A. COHEN (SBN 217853)
jacohen@debevoise.com
ALDO PONTEROSSO (SBN 340104)
aponterosso@debevoise.com
DEBEVOISE & PLIMPTON LLP
650 California Street, 31st Floor
San Francisco, CA 94108
Tel: (415) 738-5700
Fax: (415) 644-5628

DANIEL M. GITNER (*pro hac vice application forthcoming*)
dmgitner@debevoise.com
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000
Fax: (212) 909-6836

*Attorneys for Counter-Defendant Keith O'Brien*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, A DELAWARE CORPORATION<br><br>Plaintiff,<br>v.<br><br>DEEL, INC., A DELAWARE CORPORATION, ALEXANDRE ("ALEX") BOUAZIZ, AN INDIVIDUAL, PHILIPPE BOUAZIZ, AN INDIVIDUAL, DANIEL JOHN ("DAN") WESTGARTH, AN INDIVIDUAL, AND DOES 1-100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR COUNTERCLAIMS**<br><br>Judge:     Hon. Charles R. Breyer<br>Courtroom:   6 |
| DEEL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100,<br><br>Counter-Defendants. | |

Counter-Defendant KEITH O'BRIEN ("O'Brien") and Defendant/Counter-Plaintiff DEEL, INC. ("Deel") (collectively, "the Parties") submit the following Stipulation.

WHEREAS, on March 25, 2026, Deel filed Counterclaims against O'Brien, Counter-Defendant PARKER ROUSE CONRAD ("Conrad"), and Plaintiff/Counter-Defendant PEOPLE CENTER, INC., D/B/A Rippling ("Rippling") [ECF No. 203]:

WHEREAS, O'Brien was served with the Counter-Complaint on or about April 16, 2026;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), O'Brien's response to the Counterclaims is due on May 7, 2026;

WHEREAS, Civil Local Rules 6-1(b) and 6-2 permit parties to file a stipulation requesting an order changing time under the Federal Rules;

WHEREAS, good cause exists for the requested modification because O'Brien requires additional time to review and evaluate the Counterclaims and prepare his response;

WHEREAS, this is O'Brien's first request for a modification of the schedule relating to the Counterclaims;

WHEREAS, on April 7, 2026, the Court ordered a stipulated briefing schedule for any motion filed by Rippling and Conrad in response to the Counterclaims, pursuant to which Rippling and Conrad shall file their motion to dismiss on or before May 8, 2026, Deel shall file any opposition on or before June 8, 2026, and Rippling and Conrad shall file any reply on or before June 29, 2026;

WHEREAS, extending the deadline for O'Brien to respond to Deel's Counterclaims by 11 days to May 18, 2026, allows for any motions filed by O'Brien to be fully briefed and heard on the same schedule as any motions filed by Rippling and Conrad in response to the Counterclaims;

NOW, THEREFORE, IT IS HEARBY STIPULATED AND AGREED that:

1. The deadline for O'Brien to respond to the Counterclaims shall be extended to May 18, 2026.

2. The briefing schedule for any motion filed by O'Brien in response to the Counterclaims shall be as follows:

1

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR COUNTERCLAIMS
CASE NO. 3:25-CV-2576-CRB

    a. O'Brien shall file his motion to dismiss on or before May 18, 2026.

    b. Deel shall file any opposition on or before June 8, 2026.

    c. O'Brien shall file any reply on or before June 29, 2026.

3. This stipulation is without prejudice to, or waiver of, any rights or defenses available to the Parties.

**IT IS SO STIPULATED.**

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING SCHEDULE FOR COUNTERCLAIMS
CASE NO. 3:25-CV-2576-CRB

Dated: May 5, 2026          **DEBEVOISE & PLIMPTON LLP**

                            */s/ Josh A. Cohen*
                            JOSH COHEN

                            *Attorneys for Counter-Defendant Keith O'Brien*


                            **SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Dated: May 5, 2026

                            */s/ Quyen L. Ta*
                            QUYEN L. TA

                            *Attorneys for Defendant/Counter-Plaintiff DEEL, INC.*

2

## ATTESTATION

Pursuant to Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.


Dated: May 5, 2026                                     */s/ Josh A. Cohen*

                                                              Josh A. Cohen

JOINT STIPULATION AND [~~PROPOSED~~] ORDER
REGARDING SCHEDULE FOR COUNTERCLAIMS
CASE NO. 3:25-CV-2576-CRB

# [PROPOSED] ORDER

Pursuant to the parties' stipulation and for good cause shown, IT IS SO ORDERED.


DATED:  May 5, 2026 _____

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

4