# APPENDIX A

# Chart of Alleged False Advertisements

(Counterclaim ¶¶ 303–348)

*All citations are to Deel's Answer & Counterclaims, Case No. 3:25-cv-02576-CRB, ECF 203, filed 3/25/2026.*

| Paragraph(s) Where Rippling's Statement Appears | Rippling's Actual Statement | Paragraph(s) Where Deel Discusses the Statement | Deel's Paraphrasing of the Statement | Deel's Explanation of Why the Statement Is False/Misleading | Basis for Dismissal |
|---|---|---|---|---|---|
| ¶ 304 | "[Rippling is] the only native global payroll service for international entities." | ¶ 305 | Rippling claims it is the only company that offers a native global payroll service for international entities. | Rippling does not offer a native global payroll service for international entities, and even if it did, it is not the "only" company doing so—Deel provides such a service as well. | Failure to plead falsity at time of publication; allegations of falsity are conclusory. |
| ¶ 306 (image text on p. 120) | "Deel's compliance system often operates as a general 'newsfeed,' simply alerting you that a law has changed (e.g., 'employment law in Serbia changed!')," which "leave[s] it up to the user to figure out how to apply the changes to their specific employees." | ¶ 307 | Rippling communicates that Deel's compliance product is merely a generic newsfeed of legal changes that leaves users to figure out how to apply changes to their workforce. | Deel offers Continuous Compliance™, which provides real-time alerts and risk warnings across 150 countries, flags issues (e.g., expiring visas, misclassification, minimum wage, benefits noncompliance) before payroll closes, and provides expert guidance tailored to the client's business and localized to specific countries—so users are not left to figure out how to apply changes themselves. | Allegations of falsity are conclusory; failure to plead falsity at time of publication. |
| ¶ 308 (image text on p. 121) | "Unlike Deel, Rippling's platform tracks and acts on compliance regulations to give you peace of mind. Rippling has out-of-the-box compliance policies based on locale to minimize human errors, and even will send you alerts when a potential issue, like a minimum wage violation, is detected." | ¶ 309 | Because the ad is comparative and premised with "Unlike Deel," Rippling communicates that Deel does not send "alerts when a potential issue, like a minimum wage violation, is detected." | Deel tracks and acts on compliance regulations and sends alerts when potential issues such as a minimum wage violation are detected. | Non-actionable statement of opinion; failure to plead falsity at time of publication. |

6201643

| Paragraph(s) Where Rippling's Statement Appears | Rippling's Actual Statement | Paragraph(s) Where Deel Discusses the Statement | Deel's Paraphrasing of the Statement | Deel's Explanation of Why the Statement Is False/Misleading | Basis for Dismissal |
|---|---|---|---|---|---|
| ¶ 310 (Snake Oil ad, image text on pp. 122–123) | "Not even managers can have customized permissions settings on Deel." | ¶¶ 311–312 | Rippling communicates that managers on Deel cannot have customized permissions settings. | Managers can have customized permissions on Deel. Deel offers several pre-defined group admin roles such as "people managers" with set permissions, and clients can also create custom roles with customized permission levels (e.g., by entering "Manager" into the "Custom role name" field). | Allegations of falsity are conclusory; failure to plead falsity at time of publication. |
| ¶ 310 (Snake Oil ad) | Deel "[r]elies on many third parties to support solutions like Contractor Management, Ben Admin, Background Checks, PEO, and more." | ¶ 313 | Rippling communicates that Deel relies on many third parties to support Contractor Management, Benefits Administration, Background Checks, and PEO. | False/misleading as to Contractor Management (Deel does not use third parties), Benefits Administration (Deel runs Ben Admin inside its native Payroll platform), and PEO (Deel's PEO operated through a legal joint venture owned by Deel through March 2025, and is now part of Deel's all-in-one native global payroll and HR platform). It is also misleading as to background checks because it implies Rippling does not rely on third parties for background checks, though it does. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 310 (Snake Oil ad) | Deel's workflows are "[l]imited to 3 automated actions only: send email, send slack message, create task." | ¶ 314 | Rippling communicates that Deel's workflows are limited to only three automated actions—sending email, sending a Slack message, and creating a task. | This is a flagrant mischaracterization. Deel provides pre-filled workflow templates and allows clients to build customizable workflows with a multitude of action events beyond those three—e.g., sending updated compliance agreements to all new employees, updating compensation data, assigning learning courses, setting reminders, and sending various materials to specified categories of individuals. | Allegations of falsity are conclusory; failure to plead falsity at time of publication. |
| ¶ 310 (Snake Oil ad) | Deel's platform offers "[c]ustomizable but no ability to share one-time reports." | ¶ 315 | Rippling communicates that Deel has no ability to share one-time reports. | Deel's one-time reports can be saved to the client's dashboard and then shared. | Allegations of falsity are conclusory; failure to plead falsity at time of publication. |

6201643

| Paragraph(s) Where Rippling's Statement Appears | Rippling's Actual Statement | Paragraph(s) Where Deel Discusses the Statement | Deel's Paraphrasing of the Statement | Deel's Explanation of Why the Statement Is False/Misleading | Basis for Dismissal |
|---|---|---|---|---|---|
| ¶ 316 (Rippling Global HR Ad, image text on p. 125) | Rippling has "[h]undreds of possible automated workflows across HR, IT, and finance" (with a comparison indicating Deel does not). | ¶ 317 | Rippling communicates that Deel does not have hundreds of possible automated workflows across HR, IT, and finance. | Deel also has hundreds of possible automated workflows because workflows are highly customizable: clients can (1) choose from numerous triggers and action events that can be mixed and matched, (2) add special conditions to triggers (e.g., "if contract is signed"), and (3) add custom delays between steps. The workflows span HR and finance (e.g., HR action events such as sending compliance agreements; finance action events such as updating compensation data). | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication |
| ¶ 318 (Rippling Global HR Ad, image text on p. 126) | Rippling has "Talent Management & Applicant Tracking" (with a comparison indicating Deel does not). | ¶¶ 319–324 | Rippling communicates that Deel does not offer talent management or applicant tracking. | Deel offers comprehensive talent management—including talent acquisition (integrated talent marketplaces and recruiters, job requisitions, applicant review, compliant offers, and onboarding, with tracking of immigration and background-check statuses and device procurement/shipping); learning and performance management via "Engage" (multimedia learning programs, quizzes, development plans, performance review cycles, real-time syncing, feedback analytics, calibration, and linking performance to compensation); and Deel has an Applicant Tracking System that guides clients in creating roles, posting across job boards, tracking and reviewing candidates, and making offers. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 318 (Rippling Global HR Ad) | Rippling has "In-house PEO" (with a comparison indicating Deel does not). | ¶ 325 | Rippling communicates that Deel does not have an in-house PEO. | Deel's PEO solution operated through a legal joint venture with Vensure, owned by Deel PEO US, LLC, through March 2025, and Deel PEO is now part of Deel's all-in-one native global payroll and HR platform. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |

6201643

| Paragraph(s) Where Rippling's Statement Appears | Rippling's Actual Statement | Paragraph(s) Where Deel Discusses the Statement | Deel's Paraphrasing of the Statement | Deel's Explanation of Why the Statement Is False/Misleading | Basis for Dismissal |
|---|---|---|---|---|---|
| ¶ 318 (Rippling Global HR Ad) | Rippling has "Automated compliance alerts, resolution recommendations, and prioritization stamps" (with a comparison indicating Deel does not). | ¶ 326 | Rippling communicates that Deel does not have automated compliance alerts, resolution recommendations, or prioritization stamps. | Deel has Continuous Compliance™, which offers alerts and guidance on the next steps clients should take when a risk is flagged. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 318 (Rippling Global HR Ad) | Rippling has "Auto-connect to product specialist for customer support" (with a comparison indicating Deel does not). | ¶ 327 | Rippling communicates that Deel does not auto-connect clients to a product specialist for customer support. | Deel has a 24/7 live chat that connects clients to specialists for the issue at hand. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 328 (Rippling Global HR Ad, image text on p. 128) | Rippling offers "Custom reporting for both domestic and global payroll" (with a comparison indicating Deel does not). | ¶ 329 | Rippling communicates that Deel does not have custom reporting for both domestic and global payroll. | Both Deel payroll types have custom reporting. Deel's Global Payroll reports are highly customizable—clients can edit/delete items in line by double-clicking a cell, use the "Bulk Edit" option to change several payroll items at once, add/edit/delete items for individuals under "Employee Details," and click "Create Template" to generate custom guidelines. Deel's US Payroll also allows for customizable dashboards and reporting. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 328 (Rippling Global HR Ad) | Rippling offers "Everything you need for global HR: HRIS, performance management, recruiting, learning management, scheduling, and much more" (with a comparison indicating Deel does not). | ¶ 330 | Rippling communicates that Deel does not have HRIS, performance management, recruiting, learning management, or scheduling tools. | Deel has these tools. Even Rippling admits that Deel has a "HRIS with chat, phone, and email support." Deel also offers performance management, recruiting, and learning management software, plus scheduling tools (including interview scheduling and tools for current employees that allow clients to create work schedules, choose names, select worker types and countries, and enter working-hour details to manage employee schedules, time off, and overtime/normal-hours compensation). | Reliance on implausible inference from non-actionable statement; non-actionable statement of opinion; failure to plead falsity at time of publication. |

6201643

| Paragraph(s) Where Rippling's Statement Appears | Rippling's Actual Statement | Paragraph(s) Where Deel Discusses the Statement | Deel's Paraphrasing of the Statement | Deel's Explanation of Why the Statement Is False/Misleading | Basis for Dismissal |
|---|---|---|---|---|---|
| ¶ 331 (Rippling Global HR Ad, image text on p. 129) | "[Rippling clients can] connect with a product-level expert via live chat based on the module you're in." | ¶ 332 | In context (juxtaposing what Rippling has that Deel purportedly does not), Rippling communicates that Deel's clients cannot connect with a product-level expert via live chat. | Deel's clients can connect with a product-level expert via live chat. | Reliance on implausible inference from non-actionable statement; allegations of falsity are conclusory; failure to plead falsity at time of publication. |
| ¶ 331 (Rippling Global HR Ad) | Rippling has "Publicly disclosed support metrics" (with a comparison indicating Deel does not). | ¶ 333 | Rippling communicates that Deel does not publicly disclose support metrics. | Deel publicly discloses support metrics, including that its "24/7 in-app chat support [has] an average [of] 42 seconds response time," along with other public metrics (e.g., 91% of customer issues resolved at first contact via live chat; 90%+ customer satisfaction over 16 months; 6 minutes to resolve most EOR/contractor issues; 4.8/5 rating on G2 for customer support). | Reliance on implausible inference from non-actionable statement; allegations of falsity are conclusory; failure to plead falsity at time of publication. |
| ¶ 334 (Rippling vs. Deel Ad, image text on pp. 130–131) | "Rippling was built to support your entire workforce - both domestic and international. Deel was built for international workforces only." | ¶ 335 | Rippling deceptively conveys that Deel still does not offer services for U.S. workforces. | Deel does in fact offer services for U.S. workforces. | Non-actionable statement of opinion; allegations of falsity are conclusory; failure to plead falsity at time of publication. |
| ¶ 334 (Rippling vs. Deel Ad) | Rippling has "Fully automated, employee-level compliance monitoring for labor, pay, and time off regulations" (with a comparison indicating Deel does not). | ¶ 336 | Rippling communicates that Deel does not have fully automated, employee-level compliance monitoring for labor, pay, and time-off regulations. | Deel offers Continuous Compliance™, which is an automated, employee-level compliance monitoring system with proactive alerts for labor, pay, and time-off regulations. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 334 (Rippling vs. Deel Ad) | Rippling has "Live video call support w/ screen sharing" (with a comparison indicating Deel does not). | ¶ 337 | Rippling communicates that Deel does not have live video call support with screen sharing. | Deel offers live video call support with a live screen-sharing feature. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |

| Paragraph(s) Where Rippling's Statement Appears | Rippling's Actual Statement | Paragraph(s) Where Deel Discusses the Statement | Deel's Paraphrasing of the Statement | Deel's Explanation of Why the Statement Is False/Misleading | Basis for Dismissal |
|---|---|---|---|---|---|
| ¶ 334 (Rippling vs. Deel Ad) | Rippling offers "Fully customizable, user-generated cross-module reporting" (with a comparison indicating Deel does not). | ¶ 338 | Rippling communicates that Deel does not have fully customizable, user-generated cross-module reporting. | Deel offers a "report builder" that allows clients to build tables and visuals across HR, payroll, EOR, benefits, expenses, time off, headcount, and workforce planning, using custom measures, choosing currency and date formats, and aggregating, sorting, or filtering by any field. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 334 (Rippling vs. Deel Ad) | Rippling has "150+ pre-built workflows" (with a comparison indicating Deel does not). | ¶ 339 | Rippling communicates that Deel does not have 150+ pre-built workflows. | This deceptively omits that Deel offers countless automated workflows via its customizable workflow option. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 334 (Rippling vs. Deel Ad) | Rippling offers a "Full Spend management suite, with travel, expenses, corporate cards and more" (with a comparison indicating Deel does not). | ¶¶ 340, 345 | Rippling communicates that Deel does not offer a full spend-management suite, including travel services, expense management, and corporate card services or products. | Deel offers travel services ("global mobility services" supporting personal travel and relocation, short-term business travel, and long-term work authorizations); extensive expense management (custom expense policies, approver lists, manager or multi-step approvals, category-specific routing); corporate cards (a Visa-network corporate prepaid debit card funded by the employer with budgets, spending limits, and attachment/recurring submission rules); and bill pay (a Payments Tracker showing due/overdue invoices, with one-click pay, mass pay, and pay-per-task on pay-as-you-go contracts). | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 334 (Rippling vs. Deel Ad) | Rippling has a "Native IT suite" with "identity & access management" and "device management" (with a comparison indicating Deel does not). | ¶ 341 | Rippling communicates that Deel does not have a native IT suite with identity & access management and device management. | Deel IT enables clients to procure, ship, repair, and recover devices in 130+ countries with 24/7 support; all registered devices are tracked in real time; all devices are secured and compliant; and Deel provides proactive cyber-threat monitoring and automated updates as to potential cyber threats. | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |

6201643

| Paragraph(s) Where Rippling's Statement Appears | Rippling's Actual Statement | Paragraph(s) Where Deel Discusses the Statement | Deel's Paraphrasing of the Statement | Deel's Explanation of Why the Statement Is False/Misleading | Basis for Dismissal |
|---|---|---|---|---|---|
| ¶ 342 (Rippling vs. Deel Ad, image text on p. 133) | "Rippling matches Deel's global HR functionality but adds much more. With Rippling, you get a full HCM suite that spans recruiting, learning, scheduling, and offboarding—along with Finance tools for employee travel and corporate cards. Deel lacks key HCM functionality, such as employee scheduling. Deel also does not offer a comprehensive Finance product suite to support needs like employee travel or corporate cards." | ¶ 343 | Rippling communicates that Deel lacks employee scheduling, employee travel, and corporate credit cards, and (by comparative implication) lacks recruiting, learning, and offboarding functionality. | Deel offers each functionality. Deel has recruiting, learning, and scheduling tools; supports employee travel and corporate cards; and has offboarding tools that allow clients to initiate terminations or resignations, schedule terminations by selecting the last day of work and contract end date, designate the termination as voluntary or involuntary, attach documentation, and finalize offboarding payments accounting for vacation entitlements and any applicable severance pay. | Allegations of falsity are conclusory; failure to plead falsity at time of publication. |
| ¶ 344 (Rippling vs. Deel Ad, image text on pp. 133–134) | "Rippling offers a comprehensive Finance product suite, unlike Deel. Rippling customers can add-on solutions like travel, spend management, corporate cards, and bill pay." | ¶ 345 | Rippling communicates that Deel customers cannot access solutions like travel, spend management, corporate cards, and bill pay. | Deel customers do have such access. Deel also offers bill pay through its Finance icon and Payments Tracker, which displays due and overdue invoices, with options for one-click pay, mass pay, and pay-per-task on pay-as-you-go contracts. | Allegations of falsity are conclusory; reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |
| ¶ 344 (Rippling vs. Deel Ad) | Rippling offers "fully automated, employee-level compliance tracking for labor, wage, and time-off compliance localized to the specific countries where your talent is located" (with a comparison indicating Deel does not). | ¶ 346 | Rippling communicates that Deel does not offer fully automated, employee-level compliance tracking for labor, wage, and time-off compliance localized to the specific countries where the client's talent is located. | Deel does offer such functionality (via Continuous Compliance™, as described above). | Reliance on implausible inference from non-actionable statement; failure to plead falsity at time of publication. |

6201643

| Paragraph(s) Where Rippling's Statement Appears | Rippling's Actual Statement | Paragraph(s) Where Deel Discusses the Statement | Deel's Paraphrasing of the Statement | Deel's Explanation of Why the Statement Is False/Misleading | Basis for Dismissal |
|---|---|---|---|---|---|
| ¶ 347 (Rippling vs. Deel Ad) | "Deel's customer support model is primarily built around phone and email ticketing[.]" | ¶ 348 | Rippling communicates that Deel's customer support model is built primarily around phone and email ticketing. | Deel has a 24/7 live chat that connects users to product specialists, provides video calls, and allows screen sharing—so the statement is false and/or misleading. | Reliance on implausible inference from non-actionable statement; allegations of falsity are conclusory; failure to plead falsity at time of publication. |
| ¶ 347 (Rippling vs. Deel Ad) | Deel has no "publicly disclosed support metrics." | ¶ 348 | Rippling communicates that Deel does not publicly disclose customer support metrics. | Deel publicly discloses customer support metrics. | Allegations of falsity are conclusory; failure to plead falsity at time of publication. |

6201643