KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff/Counter-Defendant
PEOPLE CENTER, INC. D/B/A RIPPLING,
a Delaware corporation and Counter-Defendant
PARKER ROUSE CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100, <br><br> Defendants. | Case No. 3:25-CV-2576-CRB <br><br> **[PROPOSED] ORDER DISMISSING COUNTERCLAIMANT DEEL, INC.'S COUNTERCLAIMS** <br><br> Date Filed:    March 17, 2025 <br> Am. Compl. Filed:    June 5, 2025 <br> Judge:    Hon. Charles R. Breyer <br> Courtroom:    6 <br><br> Hearing Date:    July 10, 2026, 10 AM |
| DEEL, INC., a Delaware corporation, <br><br> Counterclaimant, <br><br> v. <br><br> PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100, <br><br> Counter-Defendants. | |

## [PROPOSED] ORDER

The Court, having considered Plaintiff/Counter-Defendant People Center, Inc., d/b/a Rippling, and Counter-Defendant Parker Conrad's Motion to Dismiss Counterclaimant Deel, Inc.'s Counterclaims pursuant to Federal Rule of Civil Procedure 12(b)(6) ("the Motion"), all papers filed in support thereof and in opposition thereto, the argument of counsel, and good cause appearing, hereby **GRANTS** the Motion. All seven counterclaims in Conterclaimant's Cross-Complaint are **DISMISSED WITH PREJUDICE** in their entirety for failure to state a claim.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER DISMISSING COUNTERCLAIMANT DEEL, INC.'S COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6202456