| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 08/2018) | TRANSCRIPT ORDER Please use one form per court reporter. *CJA counsel please use Form CJA24* *Please read instructions on next page.* | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER Tran Le | 2a. CONTACT PHONE NUMBER (650) 313-9429 | 3. CONTACT EMAIL ADDRESS tran.le@skadden.com |
|---|---|---|
| 1b. ATTORNEY NAME (if different) Allen Lanstra | 2b. ATTORNEY PHONE NUMBER (213) 687-5513 | 3. ATTORNEY EMAIL ADDRESS allen.lanstra@skadden.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) Skadden, Arps, Slate, Meagher & Flom LLP 2000 Avenue of the Stars Los Angeles, CA 90067 | 5. CASE NAME People Center, Inc. v. Deel, Inc. et al. | 6. CASE NUMBER 3:25-cv-02576 |
|---|---|---|

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☑ FTR

8. THIS TRANSCRIPT ORDER IS FOR:

☐ APPEAL     ☐ CRIMINAL     ☐ In forma pauperis (NOTE: Court order for transcripts must be attached)

☐ NON-APPEAL     ☑ CIVIL     CJA: Do not use this form; use Form CJA24.

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a.   HEARING(S) (OR PORTIONS OF HEARINGS)

b.   SELECT FORMAT(S) (*NOTE: ECF access is included with purchase of PDF, text, paper or condensed.*)

c.   DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/12/2026 | LJC | Disc. | | ● | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ◗ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE   /s/ Allen Lanstra

12. DATE   05/12/2026

Clear Form                    Save as new PDF