**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**


**CIVIL MINUTES**


| **Date:** May 12, 2026 | **Time:** 1 hour and 14 minutes | **Judge:** LISA J. CISNEROS |
|---|---|---|
| **Case No.:** 3:25-cv-02576-CRB | **Case Name:** People Center, Inc. v. Deel, Inc. | |

**For Plaintiff:** Benjamin Rothstein, Keker, Van Nest & Peters LLP, counsel for Plaintiff

**For Defendants:** Allen Lanstra, Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant


 **Deputy Clerk:** Brittany Sims            **Recorded via Liberty:** 11:31 a.m.- 12:45- a.m.


**PROCEEDINGS**

The Court heard arguments from both parties regarding the Plaintiff's Motion for Sanctions (ECF. 202). The Court takes the matter under submission and will issue a written order.