**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, A DELAWARE CORPORATION | Case No. 3:25-CV-2576-CRB |
| Plaintiff, | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER **(CIVIL LOCAL RULE 11-3)** |
| v. | |
| DEEL, INC., A DELAWARE CORPORATION, ALEXANDRE ("ALEX") BOUAZIZ, AN INDIVIDUAL, PHILIPPE BOUAZIZ, AN INDIVIDUAL, DANIEL JOHN ("DAN") WESTGARTH, AN INDIVIDUAL, AND DOES 1-100, | |
| Defendants. | |
| DEEL, INC., a Delaware corporation, | |
| Counterclaimant, | |
| v. | |
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100, | |
| Counter-Defendants. | |

I, Soraya Batmanghelidj, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Counter-Defendant Keith O'Brien in the above-entitled action. My local co-counsel in this case is Josh A. Cohen, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 217853.

United States District Court
Northern District of California

Debevoise & Plimpton LLP
66 Hudson Boulevard
New York, NY 10001
MY ADDRESS OF RECORD

Debevoise & Plimpton LLP
650 California Street, 31st Floor
San Francisco, CA 94108
LOCAL CO-COUNSEL'S ADDRESS
OF RECORD

(212) 909-6071
MY TELEPHONE # OF RECORD

(415) 738-5700
LOCAL CO-COUNSEL'S
TELEPHONE # OF RECORD

sbatmanghelidj@debevoise.com
MY EMAIL ADDRESS OF RECORD

jacohen@debevoise.com
LOCAL CO-COUNSEL'S EMAIL
ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6114805.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 12, 2026                    /s/ Soraya Batmanghelidj

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Soraya Batmanghelidj is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate

appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ___May 13, 2026___

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

3