LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
QUYEN L. TA (SBN 229956)
quyen.ta@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:      (650) 470-4570

ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:     (213) 687-5000
Facsimile:      (213) 687-5600

*Counsel for Defendant and Counterclaimant Deel, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**STIPULATION RE DEEL'S RESPONSE TO RIPPLING'S INTERROGATORIES NOS. 7 AND 8 IN RESPONSE TO ECF NO. 238**<br><br>Compl. Filed:            March 17, 2025<br>Am. Compl. Filed:      June 5, 2025<br>Counterclaims Filed    March 25, 2026<br>Judge:                     Hon. Charles R. Breyer<br>Magistrate Judge:      Lisa J. Cisneros<br>Trial Date:              None Set |
| DEEL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100,<br><br>Counter-Defendants. | |

Plaintiff PEOPLE CENTER INC. D/B/A Rippling ("Rippling") and Defendant DEEL, INC. ("Deel") (collectively, the "Parties") submit the following Stipulation.

WHEREAS, on May 8, 2026, Rippling filed a Letter Brief re Rippling's Interrogatories Nos. 7 & 8 in which Deel declined to participate (the "Discovery Letter") (ECF No. 237);

WHEREAS, on May 11, 2026, Judge Cisneros denied the Discovery Letter without prejudice and directed the parties to file a joint letter consistent with section F.5 of Judge Cisneros's Standing Order no later than May 15, 2026 (ECF No. 238);

WHEREAS, on May 13, 2026, Deel sent Rippling a written proposal for how it would gather the information responsive to Interrogatories Nos. 7 and 8, and stated that Deel will make a good faith effort to provide its responses to Interrogatories Nos. 7 and 8 by May 22, 2026;

WHEREAS, on May 15, 2026, the Parties met and conferred by Zoom to discuss Deel's proposal for responding to Interrogatories Nos. 7 and 8;

WHEREAS, counsel for Deel is actively working with Deel and a third party vendor to formalize a process to respond to the Interrogatories Nos. 7 and 8;

WHEREAS, during the meet and confer on May 15, 2026, counsel for Deel agreed to update Rippling with additional details as they become available;

WHEREAS, on May 15, 2026, Deel requested until May 29, 2026, to provide the information responsive to Interrogatories Nos. 7 and 8.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. Deel will make a good faith effort to provide responses to Interrogatories Nos. 7 and 8 by May 29, 2026.

2. Deel will provide Rippling with an update by Wednesday, May 20, 2026, including answers to the specific questions raised in correspondence between the parties on May 15.

3. If the Parties are unable to resolve this dispute by May 22, 2026, the Parties will file a joint letter consistent with section F.5 of Judge Cisneros's Civil Standing Order no later than May 27, 2026.

1

**IT IS SO STIPULATED.**

Dated: May 15, 2026

Respectfully Submitted,

KEKER, VAN NEST & PETERS LLP

By:  */s/ Eric MacMichael*
ELLIOT R. PETERS
ERIC H. MACMICHAEL
ANDREW F. DAWSON
BENJAMIN D. ROTHSTEIN

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware Corporation

Dated: May 15, 2026

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:  */s/ Quyen Ta*
QUYEN TA
LANCE A. ETCHEVERRY
JACK P. DICANIO
ALLEN LANSTRA

Attorneys for Defendant DEEL, INC.

2

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Quyen Ta, attest that concurrence in the filing of this document has been obtained from the other signatories.  I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 15, 2026                              By:  _____/s/ Quyen Ta_____

3

STIPULATION RE ROGS 7 AND 8                                              CASE NO.: 3:25-CV-02576-CRB