KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff PEOPLE CENTER,
INC. D/B/A RIPPLING, a Delaware
corporation and Counter-Defendant
PARKER ROUSE CONRAD

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>**STIPULATION AND ORDER RESOLVING DISPUTE**<br><br>Date Filed:    March 17, 2025<br>Am. Compl. Filed:    June 5, 2025<br>Judge:    Hon. Charles R. Breyer<br>Courtroom:    6<br><br>Trial Date:    None set |

Pursuant to Civil Local Rule 7-12 and this Court's Tentative Order Regarding Sanctions (ECF No. 247), Plaintiff PEOPLE CENTER, INC. D/B/A Rippling ("Rippling") and Defendant DEEL, INC. ("Deel") hereby submit this stipulation to resolve their sanctions dispute (ECF No. 202).

WHEREAS, on May 30, 2025, Rippling served its first set of interrogatories on Deel, which included Interrogatory Nos. 2, 4, 5 and 6;

WHEREAS, Deel objected to those four interrogatories in its responses served on September 16, 2025;

WHEREAS, on October 10, 2025, Rippling and Deel submitted a joint letter brief in which Rippling requested, *inter alia*, an order to compel Deel to respond to those four interrogatories;

WHEREAS, on November 7, 2025, Judge Cisneros entered an Order requiring Deel to serve supplemental responses to those four interrogatories (ECF No. 148);

WHEREAS, Deel served supplemental responses on November 25, 2025, including with respect to each of those four interrogatories, which Rippling maintained were insufficient;

WHEREAS, in December 2025, the parties met and conferred regarding the sufficiency of Deel's November 25, 2025 supplemental responses, including two meet and confers by Zoom on December 9 and December 16;

WHEREAS, on December 23, 2025, the parties filed a joint letter brief in which Rippling requested an order to show cause why sanctions should not be issued (ECF No. 161);

WHEREAS, on March 2, 2026, Judge Cisneros entered an Order granting Rippling leave to file a sanctions motion (ECF No. 179), and Rippling filed its motion on March 25, 2026 (ECF No. 200-1), followed by Deel's opposition on April 15, 2026 (ECF No. 216) and Rippling's reply on April 29, 2026 (ECF No. 218);

WHEREAS, on May 12, 2026, Judge Cisneros held a hearing on Rippling's sanctions motion;

1

STIPULATION AND  ORDER RESOLVING DISPUTE Case No.
3:25-CV-2576-CRB

WHEREAS, on May 13, 2026, Judge Cisneros issued a Tentative Order on Rippling's sanctions motion tentatively finding that Deel engaged in at least some degree of sanctionable discovery misconduct and ordering the parties to "meet and confer as to whether they can reach a mutually agreeable resolution to the Motion for Sanctions, taking into account the Court's tentative views" (ECF No. 247 at 3);

WHEREAS, the Court further "reserve[d] the right to reconsider its tentative position above upon further review of the record" (ECF No. 247 at 3);

WHEREAS, the parties immediately began meeting and conferring pursuant to Judge Cisneros' Tentative Order;

THEREFORE, Rippling and Deel hereby STIPULATE to the following:

To avoid the burden and expense of further briefing and proceedings on this issue:

1. Deel will reimburse Rippling in the amount of $66,062.25, which is half of the amount of attorneys' fees incurred through its motion; and

2. Rippling will withdraw its pending sanctions motion (ECF No. 200-1).

Dated: May 20, 2026                                        KEKER, VAN NEST & PETERS LLP

                                                   By:    */s/ Benjamin D. Rothstein*
                                                          ELLIOT R. PETERS
                                                          ERIC H. MACMICHAEL
                                                          ANDREW F. DAWSON
                                                          BENJAMIN D. ROTHSTEIN

                                                          Attorneys for Plaintiff PEOPLE CENTER,
                                                          INC. D/B/A RIPPLING, a Delaware
                                                          corporation

Dated: May 20, 2026                                By:    SKADDEN, ARPS, SLATE, MEAGHER
                                                          & FLOM LLP

                                                          */s/ Allen L. Lanstra*
                                                          ALLEN L. LANSTRA

                                                          Attorneys for Defendant DEEL, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: May 20, 2026

_/s/ Benjamin D. Rothstein_
Benjamin D. Rothstein

STIPULATION AND ORDER RESOLVING DISPUTE Case No.
3:25-CV-2576-CRB

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

DATED: __May 21, 2026__

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RESOLVING DISPUTE Case No.
3:25-CV-2576-CRB