LANCE A. ETCHEVERRY (SBN 199916)
lance.etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
QUYEN L. TA (SBN 229956)
quyen.ta@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone:     (650) 470-4500
Facsimile:     (650) 470-4570

ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars, Suite 200N
Los Angeles, California 90067
Telephone:    (213) 687-5000
Facsimile:    (213) 687-5600

*Counsel for Defendant and Counterclaimant Deel, Inc.*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>Defendants.<br><hr>DEEL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100,<br><br>Counter-Defendants. | Case No. 3:25-cv-02576-CRB<br><br>ORDER ENDORSING **SECOND STIPULATION RE DEEL'S RESPONSE TO RIPPLING'S INTERROGATORIES NOS. 7 AND 8 IN RESPONSE TO ECF NO. 238**<br><br>Compl. Filed:          March 17, 2025<br>Am. Compl. Filed:   June 5, 2025<br>Counterclaims Filed  March 25, 2026<br>Judge:                    Hon. Charles R. Breyer<br>Magistrate Judge:   Lisa J. Cisneros<br>Trial Date:             None Set |

Plaintiff PEOPLE CENTER INC. D/B/A Rippling ("Rippling") and Defendant DEEL, INC. ("Deel") (collectively, the "Parties") submit the following Stipulation.

WHEREAS, on May 8, 2026, Rippling filed a Letter Brief re Rippling's Interrogatories Nos. 7 & 8 in which Deel declined to participate (the "Discovery Letter") (ECF No. 237);

WHEREAS, on May 11, 2026, Judge Cisneros denied the Discovery Letter without prejudice and directed the parties to file a joint letter consistent with section F.5 of Judge Cisneros's Standing Order no later than May 15, 2026 (ECF No. 238);

WHEREAS, on May 13, Deel sent Rippling a written proposal for how it would gather the information responsive to Interrogatories Nos. 7 and 8, and stated that Deel will make a good faith effort to provide its responses to Interrogatories Nos. 7 and 8 by May 22, 2026;

WHEREAS, on May 15, 2026, the Parties met and conferred by Zoom to discuss Deel's proposal for responding to Interrogatories Nos. 7 and 8;

WHEREAS, counsel for Deel is actively working with Deel and a third party vendor to formalize a process to respond to the Interrogatories Nos. 7 and 8;

WHEREAS, during the meet and confer on May 15, 2026, counsel for Deel agreed to update Rippling with additional details as they become available;

WHEREAS, on May 15, Deel requested until May 29, 2026, to provide the information responsive to Interrogatories Nos. 7 and 8;

WHEREAS, on May 26, Deel informed Rippling that it had discovered a technical issue with the export of data needed to respond to Interrogatories Nos. 7 and 8, and requested a one-week extension, until June 8, 2026, for Deel to provide its responses to Interrogatories Nos. 7 and 8;

WHEREAS, on May 27, Deel informed Rippling that it had resolved the technical issue with the export of data needed to respond to Interrogatories Nos. 7 and 8, and that it is actively working with its third party vendor to generate the information necessary to respond to Interrogatories Nos. 7 and 8.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1.    Deel will make a good faith effort to provide responses to Interrogatories Nos. 7 and 8 by June 8, 2026.

2.    Deel will provide Rippling with an update by Friday, May 29, 2026;

3.    If the Parties are unable to resolve this dispute by June 5, 2026, the Parties will file a joint letter consistent with section F.5 of Judge Cisneros's Civil Standing Order no later than June 8, 2026.

**IT IS SO STIPULATED.**

//

//

//

Dated: May 27, 2026

Respectfully Submitted,

KEKER, VAN NEST & PETERS LLP

By:    */s/ Eric H. MacMichael*
ELLIOT R. PETERS
ERIC H. MACMICHAEL
ANDREW F. DAWSON
BENJAMIN D. ROTHSTEIN

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware Corporation

Dated: May 27, 2026

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    */s/ Quyen Ta*
QUYEN TA
LANCE A. ETCHEVERRY
JACK P. DICANIO
ALLEN LANSTRA

Attorneys for Defendant DEEL, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Lisa J. Cisneros

Dated: May 28, 2026

SECOND STIPULATION RE ROGS 7 AND 8                    CASE NO.: 3:25-CV-02576-CRB