KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff PEOPLE CENTER, INC.
D/B/A RIPPLING, a Delaware corporation and
Counter-Defendant PARKER ROUSE CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br>MODIFIED<br>**STIPULATED ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE AND SET BRIEFING SCHEDULE FOR FORTHCOMING MOTIONS TO DISMISS DEEL'S AMENDED COUNTERCLAIMS**<br><br>Date Filed:         March 17, 2025<br>Am. Compl. Filed:  June 5, 2025<br>Judge:             Hon. Charles R. Breyer<br>Courtroom:        6<br><br>Trial Date:        None set |
| DEEL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1–100,<br><br>Counter-Defendants. | |

6225605

Pursuant to Civil Local Rules 7-11 and 7-12, and this Court's Standing Order for Civil and Criminal Cases Section I.C, Plaintiff/Counter-Defendant PEOPLE CENTER, INC. D/B/A Rippling ("Rippling") and Counter-Defendants PARKER ROUSE CONRAD ("Conrad") and Keith O'Brien ("O'Brien") submit this Stipulated Administrative Motion and Proposed Order requesting leave to (1) consolidate (a) Rippling and Conrad's forthcoming motions to dismiss Defendant/Counterclaimant DEEL, INC.'s ("Deel") first amended counterclaims, Dkt. 263, into a single omnibus motion to dismiss, not to exceed thirty (35) pages, and (b) Rippling and Conrad's forthcoming motions to compel arbitration, into a single omnibus motion to compel arbitration, without any expansion of default page limits; (2) setting page limits for subsequent briefing of the omnibus motion to dismiss; and (3) setting a briefing schedule for all parties, including O'Brien's forthcoming motion to dismiss Deel's amended counterclaims.

This omnibus motion to dismiss will make arguments on behalf of both Rippling and Conrad, and it will seek dismissal under Federal Rule of Civil Procedure 12(b)(6).  The omnibus motion to compel arbitration will make arguments on behalf of both Rippling and Conrad, and it will seek arbitration of certain of the counterclaims asserted in the first amended counterclaims. Good cause exists, as consolidating Rippling and Conrad's arguments for dismissal into a single motion , and consolidating Rippling and Conrad's arguments for compelling certain counterclaims to arbitration, will promote efficiency both for the parties and the Court. Because the consolidated motions would combine Rippling's and Conrad's separate motions, Rippling and Conrad respectfully request the Court's leave to file one omnibus motion to dismiss on behalf of both Rippling and Conrad, not to exceed thirty (35) pages, and file one omnibus motion to compel arbitration on behalf of both Rippling and Conrad in accordance with the default page limit for such a motion. Deel does not oppose these requests. The parties further agree that Deel may file an opposition to the omnibus motion to dismiss not to exceed thirty (35) pages, and that Rippling and Conrad may file a reply in support of the omnibus motion to dismiss not to exceed fifteen (15) pages.

Further, all Parties jointly request that the briefing schedule for the foregoing motions filed by Rippling, Conrad and O'Brien in response to Deel's first amended counterclaims is as

1

STIPULATED ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE
FORTHCOMING MOTIONS TO DISMISS DEEL'S AMENDED COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6225605

follows:

    a. Rippling, Conrad and O'Brien shall file their responsive motions on or before June 5, 2026;

    b. Deel shall file its oppositions to the motions on or before June 26, 2026;

    c. Rippling, Conrad and O'Brien shall file any replies on or before July 10, 2026.

    d. Rippling, Conrad and O'Brien shall notice a hearing before this Court regarding the responsive motions for July 24, 2026.

The Parties' agreement is without prejudice to, or waiver of, any rights or defenses available to the Parties.


Dated: June 4, 2026                  KEKER, VAN NEST & PETERS LLP


By:   */s/ Eric H. MacMichael*
      ELLIOT R. PETERS
      ERIC H. MACMICHAEL
      ANDREW F. DAWSON
      NICHOLAS S. GOLDBERG
      BENJAMIN D. ROTHSTEIN

      Attorneys for Plaintiff/Counter-Defendant PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation and Counter-Defendant PARKER ROUSE CONRAD

STIPULATED ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE FORTHCOMING MOTIONS TO DISMISS DEEL'S AMENDED COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6225605

**STIPULATION**

Plaintiff/Counter-Defendant People Center, Inc. d/b/a Rippling and Counter-Defendants Parker Rouse Conrad and Keith O'Brien conferred with Defendant/Counterclaimant Deel, Inc. about the relief requested in this Administrative Motion. Deel consents to the Counter-Defendants' request.

Dated: June 4, 2026                                    KEKER, VAN NEST & PETERS LLP

By:   */s/ Eric H. MacMichael*
      ELLIOT R. PETERS
      ERIC H. MACMICHAEL
      ANDREW F. DAWSON
      NICHOLAS S. GOLDBERG
      BENJAMIN D. ROTHSTEIN

      Attorneys for Plaintiff/Counter-Defendant
      PEOPLE CENTER, INC. D/B/A
      RIPPLING, a Delaware corporation and
      Counter-Defendant PARKER ROUSE
      CONRAD

Dated: June 4, 2026                    By:    SKADDEN, ARPS, SLATE, MEAGHER
                                              & FLOM LLP

                                              */s/ Quyen L. Ta*
                                              QUYEN L. TA
                                              JACK P. DICANIO

                                              Attorneys for Defendant/Counterclaimant
                                              DEEL, INC.

Dated: June 4, 2026                    By:    DEBEVOISE & PLIMPTON LLP

                                              */s/ Josh A. Cohen*
                                              Josh A. Cohen

                                              Attorneys for Counter-Defendant Keith
                                              O'Brien

STIPULATED ADMINISTRATIVE MOTION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE
FORTHCOMING MOTIONS TO DISMISS DEEL'S AMENDED COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6225605

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: June 4, 2026

/s/ Eric H. MacMichael
Eric H. MacMichael

STIPULATED ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO CONSOLIDATE
FORTHCOMING MOTIONS TO DISMISS DEEL'S AMENDED COUNTERCLAIMS
Case No. 3:25-CV-2576-CRB

6225605

MODIFIED

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Counter-Defendants People Center Inc. d/b/a Rippling and Parker Rouse Conrad may file an omnibus motion to dismiss not to exceed thirty (35) pages. Counterclaimant Deel, Inc. may file an opposition to the omnibus motion to dismiss not to exceed thirty (35) pages. Rippling and Conrad may then file a reply in support of the omnibus motion to dismiss not to exceed fifteen (15) pages.

Counter-Defendants shall file responsive motions to Deel's amended counterclaims on or before June 5, 2026;

Deel shall file any opposition to the motions on or before June 26, 2026;

Counter-Defendants shall file any replies on or before July 10, 2026.

The Court shall hold a hearing regarding the responsive motions on ~~July 24, 2026~~ August 3, 2026 at 10:00 a.m. by Zoom, or as otherwise ordered by the Court.

DATED:   June 8, 2026

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

5

6225605