KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:      415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff PEOPLE CENTER,
INC. D/B/A RIPPLING, a Delaware
corporation and Counter-Defendant
PARKER ROUSE CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>**STIPULATION AND ORDER RE JUNE 5, 2026, ORDER ON SEALING**<br><br>Date Filed:            March 17, 2025<br>Am. Compl. Filed:   June 5, 2025<br>Judge:                Hon. Charles R. Breyer<br>Courtroom:          6<br><br>Trial Date:           None set |

Pursuant to Civil Local Rule 7-12, Plaintiff PEOPLE CENTER, INC. D/B/A Rippling ("Rippling") and Defendants Alexandre Bouaziz, Philippe Bouaziz, and Daniel John Westgarth (collectively, the "Individual Defendants") hereby submit this stipulation and proposed order:

WHEREAS, on May 8, 2026, Rippling filed certain documents provisionally under seal (ECF No. 233) pursuant to Civil Local Rule 79-5(f);

WHEREAS, on June 5, 2026, the Court ordered Rippling to "file all documents at issue in the public record no later than one week from the date of th[at] Order" (ECF No. 271);

WHEREAS, counsel for the Individual Defendants requested that Rippling redact from the public refiling the last four digits of phone numbers and of device serial numbers;

WHEREAS, Rippling agreed to make those limited redactions and to seek the Court's approval of the parties' agreement;

THEREFORE, Rippling and the Individual Defendants hereby STIPULATE to the following:

1. Pursuant to the Court's June 5, 2026 Order, Rippling refiles, as attachments to this stipulation, the documents provisionally filed under seal at ECF No. 233, with redactions limited to the last four digits of phone numbers and of device serial numbers.

Dated: June 8, 2026                                              KEKER, VAN NEST & PETERS LLP

                                                         By:   /s/ Benjamin D. Rothstein
                                                               ELLIOT R. PETERS
                                                               ERIC H. MACMICHAEL
                                                               ANDREW F. DAWSON
                                                               NICHOLAS S. GOLDBERG
                                                               BENJAMIN D. ROTHSTEIN

                                                               Attorneys for Plaintiff PEOPLE CENTER,
                                                               INC. D/B/A RIPPLING, a Delaware
                                                               corporation

STIPULATION AND ORDER RE JUNE 5, 2026, ORDER ON SEALING Case No.
3:25-CV-2576-CRB

6205479

Dated: June 8, 2026                                    WILLIAMS & CONNOLLY LLP

                                          By:   /s/ Katherine Trefz
                                                JOSEPH G. PETROSINELLI
                                                KENNETH BROWN
                                                KATHERINE TREFZ

                                                Attorneys for Defendants ALEXANDRE
                                                BOUAZIZ and PHILIPPE BOUAZIZ


Dated: June 8, 2026                                    O'MELVENY & MYERS LLP

                                          By:   /s/ David R. Eberhart
                                                DAVID R. EBERHART
                                                CHRISTOPHER B. PHILLIPS

                                                Attorneys for Defendant DANIEL JOHN
                                                WESTGARTH

2

6205479

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: June 8, 2026                                          /s/ Benjamin D. Rothstein
                                                             Benjamin D. Rothstein

3

6205479

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved. Rippling's refiling of the documents provisionally filed under seal at ECF No. 233 with redactions limited to phone numbers and device serial numbers satisfies the June 5, 2026 Order's instruction that Rippling "file all documents at issue in the public record no later than one week from the date of th[e] Order."

**IT IS SO ORDERED.**

DATED: June 9, 2026

_____
HONORABLE LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE JUNE 5, 2026, ORDER ON SEALING Case No.
3:25-CV-2576-CRB

6205479