KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING,
a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100, <br><br> Defendants. | Case No. 3:25-CV-2576-CRB <br><br> **NOTICE OF WITHDRAWAL OF RIPPLING'S MOTION FOR DISCOVERY SANCTIONS AGAINST DEEL** <br><br> Date Filed:          March 17, 2025 <br><br> Trial Date:          None set <br><br> Magistrate Judge Lisa J. Cisneros |

Pursuant to the Court's May 21, 2026, Order (ECF No. 260), and in accordance with the parties' Stipulation (ECF No. 258) and the Order entering it (ECF No. 259), Plaintiff People Center, Inc., d/b/a Rippling hereby withdraws its pending Motion for Discovery Sanctions Against Deel (ECF No. 202).

Dated: June 17, 2026

KEKER, VAN NEST & PETERS LLP

By:   /s/ Eric H. MacMichael
ELLIOT R. PETERS
ERIC H. MACMICHAEL
ANDREW F. DAWSON
NICHOLAS S. GOLDBERG
BENJAMIN D. ROTHSTEIN

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation

NOTICE OF WITHDRAWAL OF RIPPLING'S MOTION FOR DISCOVERY SANCTIONS AGAINST DEEL
Case No. 3:25-CV-2576-CRB

6213918