UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE CENTER, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEEL, INC., et al., <br><br> Defendants. | Case No.  25-cv-02576-CRB   (LJC) <br><br> **ORDER RESOLVING DISCOVERY LETTER BRIEF REGARDING INTERROGATORY NOS. 7 AND 8** <br><br> Re: Dkt. No. 286 |

Having considered the parties' Joint Discovery Letter (ECF No. 286), the accompanying exhibits, and the parameters set forth in Rule 26 of the Federal Rules of Civil Procedure, the Court orders the following to resolve the parties' dispute concerning Deel's responses to Rippling's Interrogatory Nos. 7 and 8.  This Order presumes the parties' familiarity with the case and the record.

The Court declines to order Deel to run the Rippling-provided list of approximately 58,500 company names against Deel's CRM/Salesforce database.  Such discovery would be disproportionate to the needs of the case, as the list was created without a sufficiently strong nexus with O'Brien's conduct.

Deel shall, however, respond to Interrogatories 7 and 8 with respect to the 204 companies identified as having been listed as customers or prospects in O'Brien's Declaration and exhibits or having been searched by O'Brien in Rippling's internal systems.  Consistent with the parties' January 2026 agreement (which was imprecise as to scope of the companies to be included) Deel shall provide responsive information from October 31, 2024 onward, regardless of whether the initial contact occurred before or after that date.

The undersigned recognizes Rippling's concerns, substantiated by Benjamin Rothstein's

declaration, that the list of 204 companies does not include certain companies for which Rippling has received evidence from Deel indicating the possible misappropriation of Rippling's secret, commercial information.  To address this concern, Rippling may provide a list of companies for which it has specific evidence tending to show that misappropriation occurred and/or companies about which O'Brien, having reviewed the list of 58,500+ companies, recalls sharing information with Deel.  Deel shall supplement its responses to Interrogatories Nos. 7 and 8 accordingly.

The parties shall meet and confer no later than June 25, 2026 to establish an appropriate deadline for Rippling's list of additional companies and Deel's supplemented interrogatory responses.

**IT IS SO ORDERED.**

Dated: June 18, 2026

LISA J. CISNEROS
United States Magistrate Judge

United States District Court
Northern District of California

2