KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING,
a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100, <br><br> Defendants. | Case No. 3:25-CV-2576-CRB <br><br> [~~PROPOSED~~] ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL <br><br> Date Filed:  March 17, 2025 <br><br> Trial Date:  None set <br><br> Judge Charles R. Breyer |

6233666

The Court, having fully considered the papers and arguments presented by the parties, hereby grants Rippling's Administrative Motion to File Under Seal.  The following document(s) will remain sealed, as follows:

| Document | Portions of Document to Be Sealed | Court's Ruling |
|---|---|---|
| Opposition to Motion for Relief | Blue highlighted portions at:<br>• Page 3 | |
| Exhibit C | Blue highlighted portions at:<br>• Page 1 | |

**IT IS SO ORDERED**

Dated: ____June 30_____, 2026

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

1

6233666