Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Kenneth J. Brown (*pro hac vice*)
kbrown@wc.com
Katherine A. Trefz (Bar No. 262770)
ktrefz@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for Defendant Alexandre Bouaziz*

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ALEXANDRE BOUAZIZ'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>CIVIL L.R. 72-2<br><br>Compl.:          March 17, 2025<br>First Am. Compl.:   June 5, 2025<br>Judge:          Hon. Charles R. Breyer<br>Courtroom:        6 |

1

[Proposed] Order Granting A. Bouaziz's Mot.                          Case No. 3:25-cv-02576-CRB
For Leave to File Reply

## [~~PROPOSED~~] ORDER

Having considered Defendant Alexandre Bouaziz's Motion for Leave to file a Reply in Support of his Motion for Relief from a Nondispositive Pretrial Order of Magistrate Judge Re: Personal Electronic Device Inspection, and good cause having been found, IT IS HEREBY ORDERED that the Court **GRANTS** the Motion and ORDERS Defendant Alexandre Bouaziz to file his reply.

IT IS SO ORDERED.

DATED: July _9_ , 2026



[~~Proposed~~] Order Granting A. Bouaziz's Mot. For Leave to File Reply

Case No. 3:25-cv-02576-CRB