KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING,
a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>[~~PROPOSED~~] ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED<br><br>Date Filed:  March 17, 2025<br><br>Trial Date:  None set<br><br>Judge Charles R. Breyer |

The Court, having fully considered the papers and arguments presented by the parties, hereby grants the Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed by Plaintiff People Center, Inc. d/b/a Rippling, a Delaware corporation.  The following document(s) will remain sealed, as follows:

| Document | Portions of Document to Be Sealed | Parties Claiming Confidentiality | Court's Ruling |
|---|---|---|---|
| Opposition to Deel's Motion for Relief Regarding Forensic Inspection | Green and yellow highlighted portions at:<br>• Pages 1, 3 | Deel | |
| Exhibit A | Entire document | Deel | |
| Exhibit B | Entire document | Deel | |
| Exhibit D | Entire document | Deel | |
| Exhibit E | Entire document | Deel | |
| Exhibit F | Entire document | a16z | |

**IT IS SO ORDERED.**

Dated: ____July 9____, 2026

_____
CHARLES R. BREYER
UNITED STATES DISTRICT DJUDGE

1