KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff PEOPLE CENTER,
INC. D/B/A RIPPLING, a Delaware
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>[~~PROPOSED~~] ORDER ~~GRANTING RIPPLING'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION~~<br><br>Date Filed:  March 17, 2025<br><br>Trial Date:  None set<br><br>Judge Charles R. Breyer |

[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
No. 3:25-CV-2576-CRB

6259297

# [~~PROPOSED~~] ORDER

The Court, having considered Plaintiff People Center, Inc. d/b/a Rippling's ("Rippling") Motion for Leave to File Motion for Reconsideration concerning the Court's July 9, 2026 order (ECF 307), hereby **GRANTS** the Motion for Leave to File Motion for Reconsideration and orders Rippling to file its Motion for Reconsideration.

IT IS SO ORDERED.

Dated: ____July 10_____, 2026

_____
CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

1

[~~PROPOSED~~] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
Case No. 3:25-CV-2576-CRB

6259297