IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEOPLE CENTER, INC.,

   Plaintiff,

  v.

DEEL, INC., et al.,

   Defendants.

Case No.  25-cv-02576-CRB

**ORDER RE MOTION FOR RELIEF**

   Defendant Deel, Inc. filed two motions for relief from Magistrate Judge Cisneros' nondispositive pretrial orders.  Inspection Motion (dkt. 288); Deposition Motion (dkt. 289).  Deel subsequently moved for leave to file a reply in support of its motion regarding Judge Cisneros' device inspection order.  Motion for Leave (dkt. 302).  The Court granted that motion.  Order (dkt. 306).  The 14-day deadline pursuant to Civil Local Rule 72-2(d) has passed for both motions.  The Court clarifies that Deel's motion regarding the inspection order remains under consideration and should not be deemed denied.

   **IT IS SO ORDERED.**

   Dated: July 10, 2026

CHARLES R. BREYER
United States District Judge