**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>Defendants. | Case No.: 3:25-cv-02576-CRB<br><br>**[PROPOSED] ORDER DENYING RIPPLING'S MOTION FOR RECONSIDERATION OF ORDER ON SEALING (ECF 307)** |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff People Center, Inc.'s d/b/a Rippling's Motion For Reconsideration of Order on Sealing (ECF 307) ("the Motion"), all papers filed in support thereof, the argument of counsel, and good cause appearing, hereby **DENIES** the Motion. The Court's Order July 9, 2026 Order re Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (Dkt. No. 307) shall remain in effect.

**IT IS SO ORDERED.**

Date: ____________________, 2026

________________________________
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE