KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING,
a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100, <br><br> Defendants. | Case No. 3:25-CV-2576-CRB <br><br> **[PROPOSED] ORDER RE JOINT MOTION FOR LEAVE TO EXCEED EXHIBIT LIMIT** <br><br> Date Filed:     March 17, 2025 <br> Am. Compl.:   Filed: June 5, 2025 <br> Judge:          Hon. Charles R. Breyer <br> Courtroom:    6 <br><br> Trial Date:  None set |

Having considered the Joint Motion for Leave to Exceed Exhibit Limit (ECF No. 362), the Court ORDERS that the Administrative Motion is GRANTED, and the Court will consider Exhibits attached to parties' Discovery Letter Brief re Deel's Response to Rippling's Interrogatory No. 22 in resolving the Parties' dispute (ECF No. 364).

**IT IS SO ORDERED**

Dated: _____, 2026

_____
LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: JOINT MOTION FOR LEAVE TO EXCEED EXHIBIT LIMIT
Case No. 3:25-CV-2576-CRB

6314285