**OFFICE OF THE CLERK**

**UNITED STATES DISTRICT COURT**

**Northern District of California**

## CIVIL MINUTES

| | | |
|---|---|---|
| **Date:** August 21, 2026 | **Time:** 34 minutes | **Judge:** LISA J. CISNEROS |
| **Case No.**: 3:25-cv-02576-CRB | **Case Name:** People Center, Inc. v. Deel, Inc. | |

**Plaintiff Attorney:** Eric MacMichael, Nick Golberg, Scott Hardman and Benjamin Rothstein, Keker, Van Nest & Peters LLP, counsel for Plaintiff.

**Defendant Attorney:** Quyen Ta, Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendant.

**Deputy Clerk:** Brittany Sims **Recorded via Zoom:** 10:08 a.m.-10:42 a.m.

## PROCEEDINGS

Discovery Status Conference held. The Court will issue a discovery management order.