**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB<br><br>**ORDER GRANTING DEEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**<br><br>Judge: Charles R. Breyer<br>Magistrate Judge: Lisa J. Cisneros<br>Compl. Filed: March 17, 2025<br>Am. Compl. Filed: June 5, 2025 |
| DEEL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100,<br><br>Counter-Defendants. | |

Before the Court is Defendant Deel, Inc.'s Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, submitted pursuant to Civil Local Rules 7-11 and 79-5(f) in connection with the Joint Letter Brief regarding Rippling's responses to Deel's Interrogatories Nos. 9 through 14, filed August 13, 2026.

The materials identified in the Administrative Motion have been designated confidential by Plaintiff People Center, Inc. d/b/a Rippling ("Rippling") under the Stipulated Protective Order entered in this action (Dkt. No. 74). Having considered the Administrative Motion, any response filed by the designating party under Civil Local Rule 79-5(f)(3), and the record in this action, and good cause appearing, the Court ORDERS as follows:

The Administrative Motion is GRANTED. The following materials shall be maintained under seal:

| Document | Portions Sealed |
|---|---|
| Exhibit 1 [Excerpts of Deel Inc.'s First Set of Interrogatories and Rippling's Second Amended Responses and Objections Thereto, Interrogatory Nos. 9–14] | Yellow and red highlighted portions at pages 8-12, 14-30, 32-37, 39-43, 45-59, 61-65, 68, 71-73, and 78-79 |
| Exhibit 4 [July 13, 2026 letter from W. Wray to B. Rothstein] | Yellow highlighted portion at page 6 |
| Exhibit 6 [August 8, 2025 Slack messages] | Entire Document |

IT IS SO ORDERED.

Dated: August 31, 2026

Hon. Lisa J. Cisneros
United States Magistrate Judge