UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,<br><br>Defendants. | Case No. 3:25-CV-2576-CRB<br><br>**~~[PROPOSED]~~ ORDER** |
| DEEL, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>v.<br><br>PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1–100,<br><br>Counter-Defendants. | |

During a discovery conference in this matter on October 22, 2026, this Court made reference to a potential parallel proceeding involving a party to this case. The parties, their counsel, and all persons who observed or received information about the Court's comments, whether directly or indirectly, are hereby prohibited from repeating, sharing, discussing, or otherwise alluding to the Court's comments or to the parallel proceeding the Court referenced. It is further ordered that the Court's reference to the proceeding on the record shall not be transcribed. The court reporter shall provide a draft of the transcript to the Court as soon as it is prepared and before posting it to the docket or providing it to any person; the Court will then identify the portion of the transcript that, consistent with this Order, shall not be transcribed.

Any appeal from or relating to this Order shall be filed under seal unless otherwise directed by the Court.

**IT IS SO ORDERED.**

Dated: October 22, 2026

LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE