KEKER VAN NEST & PETERS

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Eric H. MacMichael**
(415) 773-6624
emacmichael@keker.com

October 22, 2026

**VIA ELECTRONIC FILING**

The Honorable Magistrate Judge Cisneros

Re: People Center, Inc. d/b/a Rippling v. Deel, Inc., et al., No. 3:25-cv-02576-CRB — Requested Forensic Artifacts

Dear Judge Cisneros:

Pursuant to the Court's request at the October 22, 2026 discovery status conference, Rippling hereby submits as Exhibit 1 hereto the list of known device images for which Rippling seeks forensic examination and the specific forensic artifacts from those devices that Rippling seeks to inspect. For the Court's convenience, Rippling has also attached a proposed form of order.

Regards,

KEKER, VAN NEST & PETERS LLP

Eric H. MacMichael
Counsel for Plaintiff People Center, Inc. d/b/a Rippling

# Exhibit 1

# EXHIBIT 1

## Devices and Requested Forensic Artifacts

### Devices subject to inspection

**Philippe Bouaziz:**

- iPhone 15 Pro; serial number JWWC1Y4YFV; image created on or about April 15, 2026
- iPhone 16 Pro; serial number unidentified; imaged April 15, 2026

**Alex Bouaziz:**

- iPhone 16e; serial number not identified; imaged April 15, 2026

### Requested artifacts from each device image

1. WhatsApp ChatStorage.sqlite database and associated ChatSearch full-text-search databases.
2. Telegram postbox database and account folders for all Telegram accounts, including telegram-data.
3. iOS CallHistory.storedata and transaction.log files.
4. "Notifications" data: Duet userNotificationEvents streams, DeliveredNotifications property lists, and PushStore files, including deleted records; SummarizationPipelineDatabase.db and notificationAndSuggestionDB.db.
5. interactionC.db and knowledgeC.db, with _ATXDataStore.db; Siri Remembers databases and associated Apple Intelligence Platform Knowledge Graph and Interactions artifacts.
6. WhatsApp iCloud chat-backup set and manifest.
7. AddressBook.sqlitedb.
8. mobile_installation logs, install.log, and applicationState.db.
9. WhatsApp BackedUpKeyValue.sqlite, LocalKeyValue.sqlite, and LID.sqlite, from the WhatsApp shared AppGroup container.
10. WhatsApp CallHistory.sqlite, including ZWACDCALLEVENT, ZWAAGGREGATECALLEVENT, and ZWACDCALLEVENTPARTICIPANT tables.
11. Apple ids-query.db and TransparencyModel.sqlite, limited to identifiers associated with Keith O'Brien, A.D., Alex Bouaziz, Daniel Westgarth, and Alba Basha.
12. Game Center database.sqlite3 ZCONTACTINFO table and IntelligencePlatform.Entity.sqlite3 person-entity and contact-identifier records.
13. Biome App.Intent, App.Intents.Transcript, and App.InFocus native segment files, including deleted or tombstoned records.
14. DataUsage.sqlite and netusage.sqlite, limited to process- and application-usage records.
15. Native CoreSpotlight index-store files, limited to WhatsApp, Telegram, Signal, and Messages entries.
16. WhatsApp ContactsV2.sqlite and Axolotl.sqlite, limited to contact identifiers, linked identifiers (LIDs), and encryption-session metadata.

Production format: Native files and associated WAL, SHM, and other files associated with the underlying records; structural information, timestamps, application and participant identifiers, and deletion-related metadata. User-generated data remains subject to the existing first-look protocol.

For each of the three device images subject to inspection, Defendants should provide the collection tool and version, extraction type, collection date, and hash manifest; identify the acquisition date of Philippe Bouaziz’s iPhone 15 Pro; and identify any requested source that no longer exists or cannot be collected, with the basis for that conclusion.