KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
MAYA P. JAMES - # 318554
mjames@keker.com

633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,

Plaintiff,

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100,

Defendants.

Case No. 3:25-CV-2576-CRB

**[PROPOSED] ORDER REQUIRING PRODUCTION OF FORENSIC ARTIFACTS FROM ALEXANDRE AND PHILIPPE BOUAZIZ'S DEVICES**

Date Filed: March 17, 2025
Am. Compl.: Filed: June 5, 2025
Judge: Hon. Charles R. Breyer
Courtroom: 6

Trial Date: None set

The Court hereby ORDERS that Defendants Alexandre Bouaziz and Philippe Bouaziz shall produce the forensic artifacts identified in Exhibit 1 from the device images specified therein, to the extent such artifacts exist.

Production shall be made in the format described in Exhibit 1 and pursuant to the forensic inspection protocol in Plaintiff's Requests for Inspection served on Defendants Alexandre Bouaziz and Philippe Bouaziz on February 17, 2026.

The Bouaziz Defendants shall complete production no later than the ___ day of _________, 2026.

**IT IS SO ORDERED**

Dated: ________________, 2026

LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE