KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
ANDREW F. DAWSON - # 264421
adawson@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
MAYA JAMES - # 318554
mjames@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation and Counter-Defendant PARKER ROUSE CONRAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,

Plaintiff,

v.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1 – 100,

Defendants.

Case No. 3:25-CV-2576-CRB

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULE FOR RESPONSE TO DEEL'S FIRST AMENDED COUNTERCLAIMS**

Date Filed: March 17, 2025
Am. Compl.: Filed: June 5, 2025
Judge: Hon. Charles R. Breyer
Courtroom: 6

Trial Date: None set

DEEL, INC., a Delaware corporation,

Counterclaimant,

v.

PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation; PARKER ROUSE CONRAD, an individual; and KEITH O'BRIEN, an individual; and DOES 1-100,

Counter-Defendants.

Plaintiff/Counter-Defendant PEOPLE CENTER, INC. D/B/A Rippling ("Rippling"), and Defendant/Counter-Plaintiff DEEL, INC. ("Deel") (collectively, "the Parties") submit the following Stipulation.

WHEREAS, on May 29, 2026, Deel filed its First Amended Counterclaims against Rippling and Conrad [ECF No. 263];

WHEREAS, following service of the First Amended Counterclaims, Rippling filed a Motion to Dismiss [ECF No. 268] and a Motion to Compel Arbitration [ECF No. 272];

WHEREAS, on September 25, 2026, this Court granted the Motion to Compel Arbitration, and granted in part and denied in part the Motion to Dismiss [ECF No. 411];

WHEREAS, on October 9, 2026, this Court granted the parties' Joint Stipulation Regarding Schedule for Response to Deel's First Amended Counterclaims, setting Rippling's deadline to respond to the remaining Counterclaims on October 23, 2026 [ECF No. 434];

WHEREAS, Civil Local Rules 6-1(b) and 6-2 permit parties to file a stipulation requesting an order changing time under the Federal Rules;

WHEREAS, good cause exists for the requested modification because Rippling's current deadline to respond to the pleading is October 23, 2026, which is before any deadline for Deel to file amended counterclaims, and filing amended counterclaims would obviate the need to respond to the current operative counterclaims;

WHEREAS, this is the Parties' second request for a modification of the schedule relating to the Counterclaims following Judge Breyer's September 25, 2026 order;

WHEREAS, the Parties agree that extending the deadline for Rippling to respond to Deel's Counterclaims will not alter the date of any event or any deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Parties agree that the deadline for Rippling to respond to the Counterclaims shall be extended by 14 days, to November 6, 2026.
2. This stipulation is without prejudice to, or waiver of, any rights or defenses available to the Parties.

**IT IS SO STIPULATED.**

Dated: October 22, 2026

KEKER, VAN NEST & PETERS LLP

By: */s/ Andrew F. Dawson*
ELLIOT R. PETERS
ERIC H. MACMICHAEL
ANDREW F. DAWSON
NICHOLAS S. GOLDBERG
BENJAMIN D. ROTHSTEIN
MAYA JAMES

Attorneys for Plaintiff PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation and Counter-Defendant PARKER ROUSE CONRAD

Dated: October 22, 2026

By: SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Quyen L. Ta*
LANCE A. ETCHEVERRY
JACK P. DICANIO
QUYEN L. TA
ALLEN L. LANSTRA

Attorneys for Defendant DEEL, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other party signatories.

Dated: October 22, 2026

*/s/ Andrew F. Dawson*
Andrew F. Dawson

**[~~PROPOSED~~] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is approved.

**IT IS SO ORDERED.**

DATED: October 23, 2026

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE