Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Kenneth Brown (*pro hac vice*)
kbrown@wc.com
Katherine A. Trefz (Bar No. 262770)
ktrefz@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

William Frentzen (Bar No. 343918)
wfrentzen@mofo.com
Leif M. Dautch (Bar No. 283975)
ldautch@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

*Counsel for Defendants Alexandre Bouaziz and Philippe Bouaziz*

David R. Eberhart (Bar No. 195474)
deberhart@omm.com
Sharon M. Bunzel (Bar No. 181609)
sbunzel@omm.com
Katie Gosewehr (Bar No. 313458)
kgosewehr@omm.com
Christopher B. Phillips (Bar No. 330256)
cphillips@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700

*Counsel for Defendant Daniel J. Westgarth*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,

Plaintiff,

vs.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,

Defendants.

Case No. 3:25-cv-02576-CRB

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL**

CIVIL L.R. 7-11

Judge: Charles R. Breyer
Compl. Filed: March 17, 2025
Am. Compl. Filed: June 5, 2025
Trial Date: None set

## **[~~PROPOSED~~] ORDER**

On November 5, 2026, Defendants submitted an Administrative Motion to Seal. Having considered Defendants' Motion to Seal, any papers filed in support of and responses thereto, the arguments of counsel, and for good cause, the Court hereby GRANTS the Motion to Seal, and orders that the following documents remain sealed:

| **DOCUMENT** | **PORTION(S) TO BE SEALED** |
|---|---|
| Defendants' Motion for Relief from Non-dispositive Pretrial Order | Entirety |
| Frentzen Declaration in Support of Defendants' Motion for Relief from Non-dispositive Pretrial Order | Entirety |
| Exhibit A | Entirety |
| Proposed Order Granting Defendants' Motion for Relief | Entirety |

**IT IS SO ORDERED.**

DATED: November 10, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE