LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
QUYEN L. TA (SBN 229956)
Quyen.Ta@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

ALLEN L. LANSTRA (SBN 251510)
Allen.Lanstra@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
2000 Avenue of the Stars
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendant and Counterclaimant*
*DEEL, INC.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1-100,<br><br>Defendants. | Case No. 3:25-cv-02576-CRB (LJC)<br><br>**DEFENDANTS' PRIORITIES FOR DISCUSSION AT NOV. 12, 2026 STATUS CONFERENCE**<br><br>Hearing Date: November 12, 2026<br>Time: 3:00 p.m.<br><br>Judge: Hon. Lisa J. Cisneros |

Pursuant to the Court's order at Dkt. 499, Defendants identify the following priorities for the discovery status conference scheduled for 3 pm PT on November 12, 2026[1]:

**1. The Bouazizes' Motion to Stay Inspection Order Pending Appeal**

*See* Nov. 10, 2026 JDSR at 9 (Defendants' Item A(10)) (Dkt. 497); Motion to Stay Order Resolving Rippling's Latest Request for Forensic Inspections [ECF 482] Pending Motion for Relief (Dkt. 491).

**2. Rippling's Customer-Related RFPs (RFP Nos. 185-190)**

*See* Nov. 10, 2026 JDSR at 8-9 (Defendants' Item A(9)) (Dkt. 497).

**3. Awaiting Ruling on Certain Items**

With respect to Items 1-5 identified in the Defendants' portion of the November 10, 2026 JDSR, Dkt. 497 at 6-7, Defendants simply note that these items have been briefed and the parties would benefit from the Court's guidance. Unless it would be useful for the Court, Defendants do not believe further argument is necessary.

[1] While there are four defendants, Defendants submit one list of three priority items for the Court's consideration.

Dated: November 12, 2026

Respectfully submitted,

By: */s/ Quyen Ta*

LANCE A. ETCHEVERRY (SBN 199916)
Lance.Etcheverry@skadden.com
JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
QUYEN L. TA (SBN 229956)
Quyen.Ta@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

ALLEN L. LANSTRA (SBN 251510)
Allen.Lanstra@skadden.com
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
2000 Avenue of the Stars
Los Angeles, California 90067
Telephone: (213) 687-5000
Facsimile: (213) 687-5600

*Attorneys for Defendant and Counterclaimant DEEL, INC., et al.,*

Dated: November 12, 2026

By: */s/ Katie Trefz*

JOSEPH G. PETROSINELLI (*pro hac vice*)
jpetrosinelli@wc.com
KENNETH BROWN (*pro hac vice*)
kbrown@wc.com
KATHERINE TREFZ (*pro hac vice*)
ktrefz@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

WILLIAM FRENTZEN (SBN 343918)
wfrentzen@mofo.com
**MORRISON FOERSTER LLP**
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 591-7522

*Attorneys for Defendants Alexandre Bouaziz and Philippe Bouaziz*

Dated: November 12, 2026 By: */s/ David Eberhart*

DAVID R. EBERHART (SBN 195474)
deberhart@omm.com
CHRIS B. PHILLIPS (SBN 330256)
cphillips@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center
28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

STUART M. SARNOFF (*pro hac vice*)
ssarnoff@omm.com
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas
17th Floor
New York, New York 10019
Telephone: (212) 326-2000

*Attorneys for Defendant*
*DANIEL JOHN WESTGARTH*

## CERTIFICATE OF COMPLIANCE

I hereby attest, pursuant to Local Rule 5-1(i)(3), that I obtained the concurrence in the filing of this document from the signatories indicated by the conformed signature (/s/).

DATED: November 12, 2026

Respectfully submitted,

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: */s/ Quyen Ta*

Lance A. Etcheverry
Jack P. DiCanio
Quyen L. Ta
Allen L. Lanstra
*Attorneys for Defendant and Counterclaimant DEEL, INC., et al.,*