Joseph G. Petrosinelli (*pro hac vice*)
jpetrosinelli@wc.com
Kenneth J. Brown (*pro hac vice*)
kbrown@wc.com
Katherine A. Trefz (Bar No. 262770)
ktrefz@wc.com
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue, SW
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

*Counsel for Defendant Alexandre Bouaziz*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

PEOPLE CENTER, INC. D/B/A RIPPLING, a Delaware corporation,

Plaintiff,

vs.

DEEL, INC., a Delaware corporation, ALEXANDRE ("ALEX") BOUAZIZ, an individual, PHILIPPE BOUAZIZ, an individual, DANIEL JOHN ("DAN") WESTGARTH, an individual, and DOES 1–100,

Defendants.

Case No. 3:25-cv-02576-CRB

**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT ALEXANDRE BOUAZIZ'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

CIVIL L.R. 72-2

| | |
|---|---|
| Compl.: | March 17, 2025 |
| First Am. Compl.: | June 5, 2025 |
| Judge: | Hon. Charles R. Breyer |
| Courtroom: | 6 |

**[~~PROPOSED~~] ORDER**

Having considered Defendant Alexandre Bouaziz's Motion for Leave to file a Reply in Support of his Motion for Relief from a Nondispositive Pretrial Order of Magistrate Judge Re: Alex Bouaziz's Deposition Location, and good cause having been found, **IT IS HEREBY ORDERED** that the Court **GRANTS** the Motion and **ORDERS** Defendant Alexandre Bouaziz to file his reply

IT IS SO ORDERED.

DATED: November 23, 2026

Hon. Charles R. Breyer