United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEOPLE CENTER, INC.,
Plaintiff,

v.

DEEL, INC., et al.,
Defendants.

Case No. 25-cv-02576-CRB

**ORDER GRANTING MOTION FOR RELIEF FROM GAG ORDER**

For the reasons explained in the sealed hearing on November 23, 2026, the Court GRANTS the motion for relief from the October 22, 2026, gag order. Mot. for Relief (dkt. 481-2); Gag Ord. (dkt. 449). The gag order is hereby modified to allow for limited communications between counsel and their clients, as detailed at the November 23, 2026, hearing.

**IT IS SO ORDERED.**

Dated: November 23, 2026

CHARLES R. BREYER
United States District Judge